IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**Burst.com, Inc.**             *

     v.                      *        Case No. JFM-02-CV-2952

**Microsoft Corporation**       *
                       *******

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2003 a copy of a letter to the Honorable J. Frederick Motz re: Nortel Networks (non-party) objections to production of documents with attachment, which was electronically filed in this case on April 11, 2003, was mailed via first class mail, postage prepaid, to all parties of record that were not electronically mailed copies pursuant to the Notice of Electronic Filing.

                                                                 /s/
                                            Matthew W. Nayden
                                            Ober, Kaler, Grimes & Shriver
                                            A Professional Corporation
                                            120 E. Baltimore Street
                                            Baltimore, Maryland 21201
                                            (410) 685-1120

714670