IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION.<br><br>This Document relates to:<br><br>*Burst.com, Inc. v. Microsoft Corp.,*<br><br>Civil Action No JFM-02-cv-2952 | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz |

**NOTICE OF SERVICE OF BURST MOTION TO COMPEL MICROSOFT TO PRODUCE DOCUMENTS TO PRESERVE PRE-TRIAL SCHEDULE**

Pursuant to Local Rule 104.8a, Burst files this Notice to apprise the Court that Burst has served Microsoft with a Motion to Compel Microsoft to Produce Documents in Order to Preserve Pre-trial Schedule.

DATED: May 13, 2003.

                                                      SPENCER HOSIE (Ca Bar # 101777)
                                                      BRUCE J. WECKER (Ca Bar # 078530)
                                                      HOSIE, FROST, LARGE & McARTHUR
                                                      One Market, Spear Street Tower, 22nd Floor
                                                      San Francisco, CA 94105
                                                      Telephone: 415-247-6000

                                                      ROBERT YORIO (Ca Bar # 93178))
                                                      MARY A. WIGGINS (Ca Bar # 191687)
                                                      CARR & FERRELL, LLP
                                                      2225 East Bayshore Road, Suite 200
                                                      Palo Alto, CA 94303
                                                      Telephone: 650-812-3400

                                                      By        /s/             
                                                              Spencer Hosie

Attorneys for Plaintiff Burst.com, Inc.