IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION | : | |
| | : | |
| | : | MDL DOCKET NO. 1332 |
| This Document Relates To: | : | Hon. J. Frederick Motz |
| | : | |
| *Burst.com, Inc. v. Microsoft Corp.,* | : | |
| | : | |
| Case No. 1:02cv02952 | : | |
| | : | |

### NOTICE OF SERVICE OF MICROSOFT CORPORATION'S BRIEF IN OPPOSITION TO BURST.COM'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS TO PRESERVE PRE-TRIAL SCHEDULE

Microsoft. gives notice of service of its Brief in Opposition to Burst.com's Motion to Compel Production of Documents to Preserve Pre-Trial Schedule. A copy of the foregoing was served on May 28, 2003, upon the following as indicated:

James P. Ulwick, Esq.
KRAMON & GRAHAM, P.A.
One South Street
Baltimore, Maryland 21202
(via U.S. mail, first class, postage prepaid)

Spencer Hosie, Esq.
Bruce J. Wecker
HOSIE, FROST, LARGE & McARTHUR
One Market, Spear Street Tower, 22nd Fl.
San Francisco, California 94105
(via Federal Express)

Robert Yorio
Mary A. Wiggins
Carr & Ferrell, LLP
2225 East Bayshore Road
Suite 200
Palo Alto, CA  94303
(via Federal Express)


Dated: May 28, 2003

BY: _____
Michael F. Brockmeyer (Fed. Bar No. 02307)
Jeffrey D. Herschman (Fed. Bar No. 00101)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000


Philip L. Graham, Jr.
David B. Tulchin
Marc De Leeuw
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Thomas W. Burt
Richard J. Wallis
Steven J. Aeschbacher
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98052
(425) 936-8080

Karen A. Popp (D.Md. No. 26145)
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C.  20005

Charles W. Douglas
Richard A. Cederoth
John W. Treece
SIDLEY AUSTIN BROWN & WOOD
Bank One Plaza, 10 South Dearborn Street
Chicago, Illinois  60603
(312) 853-7000


*Attorneys for Microsoft Corporation*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2003, I caused a copy of the foregoing Notice of Service of Microsoft Corporation's Brief in Opposition to Burst.com's Motion to Compel Production of Document to Preserve Pre-Trial Schedule to be served upon the following as indicated:

James P. Ulwick, Esq.
KRAMON & GRAHAM, P.A.
One South Street
Baltimore, Maryland 21202
(via U.S. mail, first class, postage prepaid)

Spencer Hosie, Esq.
Bruce J. Wecker
HOSIE, FROST, LARGE & McARTHUR
One Market, Spear Street Tower, 22nd Fl.
San Francisco, California 94105
(via Federal Express)

Robert Yorio
Mary A. Wiggins
CARR & FERRELL, LLP
2225 East Bayshore Road
Suite 200
Palo Alto, CA 94303
(via Federal Express)

Jeffrey D. Herschman