IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION | : : | MDL DOCKET NO. 1332 |
| | : | Hon. J. Frederick Motz |
| This Document Relates To: | : : | |
| Burst.com, Inc. v. Microsoft Corp., Case Number 1:02cv02952 | : : : | |

**NOTICE OF SERVICE OF DISCOVERY**

Microsoft Corporation gives notice of service of a Notice of Deposition pursuant to Federal Rule of Civil Procedure 30(b)(6). A copy of the foregoing discovery document was sent on June 5, 2003 by first class mail, postage prepaid, to:

Spencer Hosie
Bruce J. Wecker
John McArthur
Hosie, Frost, Large & McArthur
One Market, Spear Street Tower, 22nd Fl.
San Francisco, California 94105

Robert Yorio
Mary A. Wiggins
Carr & Ferrell, LLP
2225 East Bayshore Road
Suite 200
Palo Alto, CA 94303

Of Counsel:

Thomas W. Burt
Richard J. Wallis
Steven J. Aeschbacher
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052
(425) 936-8080

BY: ______________________

Michael F. Brockmeyer (Fed. Bar No. 02307)
Jeffrey Herschman (Fed. Bar No. 00101)
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000

Bryan K. Anderson
Sidley Austin Brown & Wood
555 California Street
San Francisco, CA 94104
(415) 772-1200

Philip L. Graham, Jr.
David B. Tulchin
Marc DeLeeuw
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Charles W. Douglas
Richard A. Cederoth
David M. Schiffman
John W. Treece
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Karen A. Popp
Sidley Austin Brown & Wood LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8000

*Attorneys for Microsoft Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2003, I caused a copy of the foregoing Notice of Service of Discovery to be served upon the following by United States mail, first class, postage prepaid:

Spencer Hosie
Bruce J. Wecker
John McArthur
Hosie, Frost, Large & McArthur
One Market, Spear Street Tower, 22nd Fl.
San Francisco, California 94105

Robert Yorio
Mary A. Wiggins
Carr & Ferrell, LLP
2225 East Bayshore Road
Suite 200
Palo Alto, CA 94303

Jeffrey D. Herschman