IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>Burst.com, Inc. v. Microsoft Corp.,<br>Case Number 1:02cv02952 | : MDL DOCKET NO. 1332<br>: Hon. J. Frederick Motz<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SERVICE OF DISCOVERY DOCUMENTS

Microsoft Corporation gives notice of service of (1) Notice of Deposition of Richard Lang as Named Inventor on the Patents in Suit and of Plaintiff Pursuant to Federal Rule of Civil Procedure 30(b)(6) and (2) Third Set of Interrogatories to Burst.com Related to Burst Intellectual Property Claims. A copy of the each of the foregoing discovery documents was sent on July 2, 2003, by first class mail, postage prepaid, to:

Spencer Hosie
Bruce J. Wecker
John McArthur
Hosie, Frost, Large & McArthur
One Market, Spear Street Tower, 22nd Fl.
San Francisco, California 94105

Robert Yorio
Mary A. Wiggins
Carr & Ferrell, LLP
2225 East Bayshore Road
Suite 200
Palo Alto, CA 94303

Of Counsel:

Thomas W. Burt
Richard J. Wallis
Steven J. Aeschbacher
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052
(425) 936-8080

BY: _____

Michael F. Brockmeyer (Fed. Bar No. 02307)
Jeffrey Herschman (Fed. Bar No. 00101)
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000

Bryan K. Anderson
Sidley Austin Brown & Wood
555 California Street
San Francisco, CA 94104
(415) 772-1200

Philip L. Graham, Jr.
David B. Tulchin
Marc DeLeeuw
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Charles W. Douglas
Richard A. Cederoth
David M. Schiffman
John W. Treece
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Karen A. Popp
Sidley Austin Brown & Wood LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8000

*Attorneys for Microsoft Corporation*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 8, 2003, I caused a copy of the foregoing Notice of Service of Discovery Documents to be served upon the following by United States mail, first class, postage prepaid:

        Spencer Hosie
        Bruce J. Wecker
        John McArthur
        Hosie, Frost, Large & McArthur LLP
        One Market, Spear Street Tower, 22nd Fl.
        San Francisco, California 94105

        Robert Yorio
        Mary A. Wiggins
        Carr & Ferrell, LLP
        2225 East Bayshore Road
        Suite 200
        Palo Alto, CA 94303

_____
Jeffrey D. Herschman