IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>Burst.com, Inc. v. Microsoft Corp.,<br>Case Number 1:02cv02952 | : MDL DOCKET NO. 1332<br>: Hon. J. Frederick Motz<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SERVICE OF DISCOVERY**

Microsoft Corporation gives notice of service of an Amended Notice of Deposition of Richard Lang as Named Inventor on the Patents in Suit and of Plaintiff Pursuant to Federal Rule of Civil Procedure 30(b)(6). A copy of the foregoing discovery was sent on July 7, 2003, by first class mail, postage prepaid, to:

Spencer Hosie
Bruce J. Wecker
John McArthur
Hosie, Frost, Large & McArthur
One Market, Spear Street Tower, 22nd Fl.
San Francisco, California 94105

Robert Yorio
Mary A. Wiggins
Carr & Ferrell, LLP
2225 East Bayshore Road
Suite 200
Palo Alto, CA 94303

|                              |                                                        |
|------------------------------|--------------------------------------------------------|
| Of Counsel:                  | BY: _____                  |
|                              | Michael F. Brockmeyer (Fed. Bar No. 02307)             |
| Thomas W. Burt               | Jeffrey Herschman (Fed. Bar No. 00101)                 |
| Richard J. Wallis            | Piper Rudnick LLP                                      |
| Steven J. Aeschbacher        | 6225 Smith Avenue                                      |
| Microsoft Corporation        | Baltimore, Maryland 21209-3600                         |
| One Microsoft Way            | (410) 580-3000                                         |
| Redmond, WA 98052            |                                                        |
| (425) 936-8080               | Bryan K. Anderson                                      |
|                              | Sidley Austin Brown & Wood                             |
|                              | 555 California Street                                  |
|                              | San Francisco, CA 94104                                |
|                              | (415) 772-1200                                         |
|                              |                                                        |
|                              | Philip L. Graham, Jr.                                  |
|                              | David B. Tulchin                                       |
|                              | Marc DeLeeuw                                           |
|                              | Sullivan & Cromwell LLP                                |
|                              | 125 Broad Street                                       |
|                              | New York, New York 10004                               |
|                              | (212) 558-4000                                         |
|                              |                                                        |
|                              | Charles W. Douglas                                     |
|                              | Richard A. Cederoth                                    |
|                              | David M. Schiffman                                     |
|                              | John W. Treece                                         |
|                              | Sidley Austin Brown & Wood                             |
|                              | Bank One Plaza                                         |
|                              | 10 South Dearborn Street                               |
|                              | Chicago, Illinois 60603                                |
|                              | (312) 853-7000                                         |
|                              |                                                        |
|                              | Karen A. Popp                                          |
|                              | Sidley Austin Brown & Wood LLP                         |
|                              | 1501 K Street, N.W.                                    |
|                              | Washington, DC 20005                                   |
|                              | (202) 736-8000                                         |
|                              |                                                        |
|                              | *Attorneys for Microsoft Corporation*                  |

## CERTIFICATE OF SERVICE

      I hereby certify that on July 11, 2003, I caused a copy of the foregoing Notice of Service of Discovery to be served upon the following by United States mail, first class, postage prepaid:

      Spencer Hosie
      Bruce J. Wecker
      John McArthur
      Hosie, Frost, Large & McArthur LLP
      One Market, Spear Street Tower, 22nd Fl.
      San Francisco, California 94105

      Robert Yorio
      Mary A. Wiggins
      Carr & Ferrell, LLP
      2225 East Bayshore Road
      Suite 200
      Palo Alto, CA 94303

_____
Jeffrey D. Herschman