IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION | : MDL DOCKET NO. 1332 |
| | : Hon. J. Frederick Motz |
| This Document Relates To: | : |
| | : |
| Burst.com, Inc. v. Microsoft Corp., Case Number 1:02cv02952 | : |
| | : |
| | : |

**NOTICE OF SERVICE OF DISCOVERY RESPONSES AND OBJECTIONS**

Microsoft Corporation gives notice of service of its Responses and Objections to Burst.com, Inc.'s Second Separate Set of Interrogatories (*Highly Confidential—Subject to Protective Order*). A copy of the foregoing discovery was sent on July 10, 2003, by first class mail, postage prepaid, and with a courtesy copy by facsimile to:

Spencer Hosie
Bruce J. Wecker
John McArthur
Hosie, Frost, Large & McArthur
One Market, Spear Street Tower, 22nd Fl.
San Francisco, California 94105

Robert Yorio
Mary A. Wiggins
Carr & Ferrell, LLP
2225 East Bayshore Road
Suite 200
Palo Alto, CA 94303

|                              |                                              |
|------------------------------|----------------------------------------------|
| Of Counsel:                  | BY: _____        |
|                              |                                              |
| Thomas W. Burt               | Michael F. Brockmeyer (Fed. Bar No. 02307)   |
| Richard J. Wallis            | Jeffrey Herschman (Fed. Bar No. 00101)       |
| Steven J. Aeschbacher        | Piper Rudnick LLP                            |
| Microsoft Corporation        | 6225 Smith Avenue                            |
| One Microsoft Way            | Baltimore, Maryland 21209-3600               |
| Redmond, WA 98052            | (410) 580-3000                               |
| (425) 936-8080               |                                              |

David B. Tulchin
Marc DeLeeuw
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

Charles W. Douglas
David M. Schiffman
John W. Treece
Sidley Austin Brown & Wood
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Karen A. Popp
Sidley Austin Brown & Wood LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8000

*Attorneys for Microsoft Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 17, 2003, I caused a copy of the foregoing Notice of Service of Discovery Responses and Objections to be served upon the following by United States mail, first class, postage prepaid:

Spencer Hosie
Bruce J. Wecker
John McArthur
Hosie, Frost, Large & McArthur LLP
One Market, Spear Street Tower, 22nd Fl.
San Francisco, California  94105

Robert Yorio
Mary A. Wiggins
Carr & Ferrell, LLP
2225 East Bayshore Road
Suite 200
Palo Alto, CA  94303

_____
Jeffrey D. Herschman