IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION.<br><br>This Document relates to:<br><br>*Burst.com, Inc. v.*<br>*Microsoft Corp.,*<br><br>Civil Action No JFM-02-cv-2952 | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz |

**NOTICE OF SERVICE OF BURST MOTION TO COMPEL MICROSOFT TO SEARCH
FOR AND PRODUCE KEY E-MAILS**

Pursuant to Local Rule 104.8a, Burst files this Notice to apprise the Court that Burst served Microsoft with a Motion to Compel Microsoft to Search for and Produce Key E-mails. A copy of the foregoing was sent on July 22, 2003, by facsimile and first-class mail to:

> Bryan K. Anderson
> Sidley Austin Brown & Wood
> 555 California Street
> San Francisco, CA  94104
>
> John W. Treece
> Sidley Austin Brown & Wood
> Bank One Plaza
> 10 South Dearborn Street
> Chicago, IL  60603

DATED: July 22, 2003

        SPENCER HOSIE (Ca Bar # 101777)
        BRUCE J. WECKER (Ca Bar # 078530)
        JOHN BURRITT McARTHUR (Ca Bar # 159793; Texas Bar #13325650)
        GEORGE F. BISHOP (Ca Bar # 89205)
        JAMES T. McCARTT (Ca Bar # 121983; Texas Bar # 13376350)
        HOSIE, FROST, LARGE & McARTHUR
        One Market, Spear Street Tower, 22nd Floor
        San Francisco, CA 94105
        Telephone: 415-247-6000

        ROBERT YORIO (Ca Bar # 93178))
        CARR & FERRELL, LLP
        2225 East Bayshore Road, Suite 200
        Palo Alto, CA 94303
        Telephone: 650-812-3400


        By _____/s/_____
              Spencer Hosie

        Attorneys for Plaintiff Burst.com, Inc.