IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION. | MDL Docket No. 1332 |
| This Document relates to: | Hon. J. Frederick Motz |
| *Burst.com, Inc. v. Microsoft Corp.,* | |
| Civil Action No JFM-02-cv-2952 | |

**NOTICE OF SERVICE OF BURST.COM, INC.'S MOTION TO COMPEL MICROSOFT TO PROVIDE BASIC DISCOVERY ON WHO DEVELOPED ITS FAST STREAMING, WHEN, AND HOW**

Pursuant to Local Rule 104.8a, Burst files this Notice to apprise the Court that Burst served Microsoft with Burst.Com, Inc.'s Motion To Compel Microsoft To Provide Basic Discovery On Who Developed Its Fast Streaming, When, And How. A copy of the foregoing was sent on July 28, 2003, as noted below to:

> Bryan K. Anderson
> Sidley Austin Brown & Wood
> 555 California Street
> San Francisco, CA  94104
> *(Via Hand Delivery)*
>
> John W. Treece
> Sidley Austin Brown & Wood
> Bank One Plaza
> 10 South Dearborn Street
> Chicago, IL  60603
> *(Via Facsimile and Federal Express)*

DATED: July 28, 2003

        SPENCER HOSIE (Ca Bar # 101777)
        BRUCE J. WECKER (Ca Bar # 078530)
        JOHN BURRITT McARTHUR (Ca Bar # 159793; Texas Bar #13325650)
        GEORGE F. BISHOP (Ca Bar # 89205)
        JAMES T. McCARTT (Ca Bar # 121983; Texas Bar # 13376350)
        HOSIE, FROST, LARGE & McARTHUR
        One Market, Spear Street Tower, 22nd Floor
        San Francisco, CA 94105
        Telephone: 415-247-6000

        ROBERT YORIO (Ca Bar # 93178))
        CARR & FERRELL, LLP
        2225 East Bayshore Road, Suite 200
        Palo Alto, CA 94303
        Telephone: 650-812-3400


        By _____/s/_____
                Spencer Hosie

        Attorneys for Plaintiff Burst.com, Inc.