## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORPORATION<br>ANTITRUST LITIGATION<br><br>───────────────────<br><br>**This Document Relates to:**<br><br>*Burst.com, Inc. v. Microsoft Corp.*<br><br>**Civil action No. JMF-02-CV-2952**<br><br>───────────────────| )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    MDL Docket No. 1332<br><br>   Hon. J. Frederick Motz<br><br><br>   **PROOF OF SERVICE** |

SFI 1376927v1

## CERTIFICATE OF SERVICE

Clark S. Stone, an attorney, hereby certifies that on August 11, 2003, he caused a true and correct copy of the foregoing documents:

Microsoft's Memorandum in Opposition to Burst.com's Amended Motion to Compel Microsoft to Search For and Produce Key E-mails;

Declaration of Martha Dawson in Support of Microsoft Corporation's Opposition to Burst's Motion to Compel;

Declaration of Rick Frederking in Support of Microsoft Corporation's Opposition to Burst's Motion to Compel; and

Declaration of Douglas N. Brown in Support of Microsoft Corporation's Opposition to Burst's Motion to Compel

to be served upon the following counsel for the Plaintiff named below, as indicated:

Spencer Hosie *(via facsimile and Federal Express)*
Bruce J. Wecker
John McArthur
HOSIE, FROST, LARGE & McARTHUR
One Market Spear Street Tower, 22nd Floor
San Francisco, CA  94105
Facsimile:  415-247-6001

Robert Yorio *(via facsimile and Federal Express)*
Mary A. Wiggins
CARR & FERRELL, LLP
2225 East Bayshore Road
Suite 200
Palo Alto, CA  94303
Facsimile:  650-812-3444

_____
Clark S. Stone

CH1 2742633v1