IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORPORATION ANTITRUST LITIGATION ) ) ) ) | MDL Docket No. 1332 JFM 02-CV-2090 |
| **This Document Relates to:** *Burst.com, Inc. v. Microsoft Corp.* **Civil action No. C-02-2930-VRW** ) ) ) ) ) ) ) ) ) | **PROOF OF SERVICE** |

# **CERTIFICATE OF SERVICE**

Bryan K. Anderson, an attorney, hereby certifies that on August 12, 2003, he caused a true and correct copy of the foregoing documents:

> Microsoft's Amended Memorandum in Opposition to Burst.com's Amended Motion to Compel Microsoft to Search for and Produce Key e-mails
>
> Declaration of Martha J. Dawson In Support of Microsoft Corporation's Opposition to Burst's Motion to Compel.
>
> Declaration of Rick Frederking In Support of Microsoft Corporation's Opposition to Burst's Motion to Compel
>
> Declaration of Douglas N. Brown in Support of Microsoft Corporation's Opposition to Burst's Motion to Compel

to be served upon the following counsel for the Plaintiff named below, as indicated:

> Spencer Hosie (via Hand Delivery by Messenger)
> Bruce J. Wecker
> John McArthur
> HOSIE, FROST, LARGE & McARTHUR
> One Market Spear Street Tower, 22nd Floor
> San Francisco, CA 94105

> Robert Yorio (via Facsimile and Overnight Mail)
> Mary A. Wiggins
> CARR & FERRELL, LLP
> 2225 East Bayshore Road
> Suite 200
> Palo Alto, CA 94303

_____
Bryan K. Anderson