IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORPORATION ANTITRUST LITIGATION ) ) ) ) | MDL Docket No. 1332 JFM 02-CV-2090 |
| **This Document Relates to:** ) ) *Burst.com, Inc. v. Microsoft Corp.* ) ) **Civil action No. C-02-2930-VRW** ) ) ) | **PROOF OF SERVICE** |

SF1 1376926v1

## CERTIFICATE OF SERVICE

Clark S. Stone, an attorney, hereby certifies that on August 11, 2003, he caused a true and correct copy of the foregoing documents:

Microsoft Corporation's Opposition to Burst.com's Motion to Compel Discovery on Who Developed Microsoft's Fast Streaming; and

Declaration of Douglas I. Lewis in Support of Microsoft Corporation's Opposition to Burst.com's Motion to Compel Discovery on Who Developed Microsoft's Fast Streaming

to be served upon the following counsel for the Plaintiff named below, as indicated:

Spencer Hosie *(via facsimile and Federal Express)*
Bruce J. Wecker
John McArthur
HOSIE, FROST, LARGE & McARTHUR
One Market Spear Street Tower, 22nd Floor
San Francisco, CA  94105
Facsimile:  415-247-6001

Robert Yorio *(via facsimile and Federal Express)*
Mary A. Wiggins
CARR & FERRELL, LLP
2225 East Bayshore Road
Suite 200
Palo Alto, CA  94303
Facsimile:  650-812-3444

_____
Clark S. Stone

CH1 2742633v1

12