IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION.<br><br>This Document relates to:<br><br>*Burst.com, Inc. v.*<br>*Microsoft Corp.,*<br><br>Civil Action No JFM-02-cv-2952 | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz |

## PROOF OF SERVICE

    I am employed in the State of California, County of San Francisco. I am over 18 years of age and am not party to the within action. My business address is One Market, Spear Tower, Suite 2200, San Francisco, California 94105.

    On August 22, 2003, I served Burst.com, Inc.'s Motion, Memorandum and Reply in Support of Its Motion to Compel Microsoft to Search for and Produce Key E-mails upon counsel named below as indicated:

John W. Treece *(via e-mail)*
**SIDLEY AUSTIN BROWN & WOOD LLP**
Bank One Plaza
10 South Dearborn Street
Chicago, IL  60603
e-mail:  jtreece@sidley.com

Bryan K. Anderson *(via e-mail)*
**SIDLEY AUSTIN BROWN & WOOD LLP**
Bank One Plaza
10 South Dearborn Street
Chicago, IL  60603
e-mail:  bkanderson@sidley.com

Lloyd "Rusty" Day, Jr. *(via e-mail)*
**DAY CASEBEER MADRID**
**& BATCHELDER LLP**
20300 Stevens Creek Blvd.
Suite 400
Cupertino, Ca 95014
e-mail:  daylr@daycasebeer.com

Parker Folse *(via e-mail)*
**SUSMAN GODFREY, LLP**
1201 Third Avenue, Suite 3100
Seattle, WA 98101
e-mail:  pfolse@susmangodfrey.com

John B. Isbister *(via e-mail)*
**TYDINGS & ROSENBERG LLP**
100 East Pratt Street
Baltimore, MD 21202
e-mail:  jisbister@tydingslaw.com

James T. Southwick
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX  77002-5096
e-mail: jsouthwick@susmangodfrey.com

Executed this 22nd day of August, 2003.

/s/
Janine DeAndre