IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. | : |
| ANTITRUST LITIGATION | : MDL DOCKET NO. 1332 |
| | : Hon. J. Frederick Motz |
| This Document Relates To: | : |
| | : |
| *Burst.com, Inc. v. Microsoft Corp.,* | : |
| Case Number 1:02cv02952 | : |
| | : |

**NOTICE OF SERVICE OF DISCOVERY RESPONSES AND OBJECTIONS**

Microsoft Corporation gives notice of service of its Responses and Objections to Burst.com, Inc.'s Third Separate Request for Production of Documents. A copy of the foregoing discovery was sent on August 15, 2003, by first class mail, postage prepaid, and with a courtesy copy by facsimile to:

Spencer Hosie
Bruce J. Wecker
John McArthur
Hosie, Frost, Large & McArthur
One Market, Spear Street Tower, 22nd Fl.
San Francisco, California 94105

Robert Yorio
Mary A. Wiggins
Carr & Ferrell, LLP
2225 East Bayshore Road
Suite 200
Palo Alto, CA 94303

Of Counsel:

Thomas W. Burt
Richard J. Wallis
Steven J. Aeschbacher
Microsoft Corporation
One Microsoft Way
Redmond, WA  98052
(425) 936-8080

BY: _____

Michael F. Brockmeyer (Fed. Bar No. 02307)
Jeffrey Herschman (Fed. Bar No. 00101)
Piper Rudnick LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000

David B. Tulchin
Marc DeLeeuw
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

John W. Treece
Charles W. Douglas
David M. Schiffman
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois  60603
(312) 853-7000

Karen A. Popp
Sidley Austin Brown & Wood LLP
1501 K Street, N.W.
Washington, DC  20005
(202) 736-8000

*Attorneys for Microsoft Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2003, I caused a copy of the foregoing Notice of Service of Discovery Responses and Objections to be served upon the following by United States mail, first class, postage prepaid:

Spencer Hosie
Bruce J. Wecker
John McArthur
Hosie, Frost, Large & McArthur LLP
One Market, Spear Street Tower, 22nd Fl.
San Francisco, California  94105

Robert Yorio
Mary A. Wiggins
Carr & Ferrell, LLP
2225 East Bayshore Road
Suite 200
Palo Alto, CA  94303

Jeffrey D. Herschman