IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION. <br><br> This Document relates to: <br><br> (*Sun Microsystems, Inc. v. Microsoft Corp.*, Civil Action No. JFM-02-2739; *Burst.com, Inc. v. Microsoft Corp.*, Civil Action No. JFM-02-2952) | MDL Docket No. 1332 <br><br> Hon. J. Frederick Motz |

### NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure and the definitions and instructions set forth in the Subpoena attached to the Notice, the party below:

>UnitedGlobalCom, Inc.
>4643 S. Ulster Street, Suite 1300
>Denver, CO 80237

is required to produce for inspection and copying the documents specified in the Schedule A, attached to the Subpoena, at the specified location, on September 16, 2003 at 9:30 a.m.

DATED: August 25, 2003

    SPENCER HOSIE (Ca Bar # 101777)
    BRUCE J. WECKER (Ca Bar # 078530)
    JOHN BURRITT McARTHUR (Ca Bar # 159793;
      Texas Bar #13325650)
    GEORGE F. BISHOP (Ca Bar # 89205)
    JAMES T. McCARTT (Ca Bar # 121983;
      Texas Bar # 13376350)
    GEORGE FROST (Ca Bar. 178528)
    HOSIE, FROST, LARGE & McARTHUR
    One Market, Spear Street Tower, 22nd Floor
    San Francisco, CA 94105
    Telephone: 415-247-6000

    ROBERT YORIO (Ca Bar # 93178))
    CARR & FERRELL, LLP
    2225 East Bayshore Road, Suite 200
    Palo Alto, CA 94303
    Telephone: 650-812-3400


    By:____/s/_____
        George Frost
        Attorneys for Plaintiff Burst.com, Inc.


    JOHN B. ISBISTER
    TYDINGS & ROSENBERG LLP
    100 East Pratt Street
    Baltimore, MD 21202

    STEVEN M. LEVITAN, ESQ.
    DAY CASEBEER MADRID & BATCHELDER LLP
    20300 Stevens Creek Boulevard, Suite 400
    Cupertino, CA 95014

    RENEE C. MACRI
    SONNENSCHEIN NATH & ROSENTHAL LLP
    1301 K Street, NW
    Suite 600, East Tower
    Washington, D.C. 20005

    Attorneys for Plaintiff Sun Microsystems, Inc.