IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION.<br><br>This Document relates to:<br><br>(*Sun Microsystems, Inc. v. Microsoft Corp.*, Civil Action No. JFM-02-2739; *Burst.com, Inc. v. Microsoft Corp.*, Civil Action No. JFM-02-2952) | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure and the definitions and instructions set forth in the Subpoena attached to the Notice, the party below:

> J.P. Morgan Chase & Company
> 560 Mission Street
> San Francisco, CA  94105

is required to produce for inspection and copying the documents specified in the Schedule A, attached to the Subpoena, at the specified location, on September 16, 2003 at 9:30 a.m.

DATED: August 25, 2003

       SPENCER HOSIE (Ca Bar # 101777)
       BRUCE J. WECKER (Ca Bar # 078530)
       JOHN BURRITT McARTHUR (Ca Bar # 159793;
          Texas Bar #13325650)
       GEORGE F. BISHOP (Ca Bar # 89205)
       JAMES T. McCARTT (Ca Bar # 121983;
          Texas Bar # 13376350)
       GEORGE FROST (Ca Bar. 178528)
       HOSIE, FROST, LARGE & McARTHUR
       One Market, Spear Street Tower, 22nd Floor
       San Francisco, CA 94105
       Telephone: 415-247-6000

       ROBERT YORIO (Ca Bar # 93178))
       CARR & FERRELL, LLP
       2225 East Bayshore Road, Suite 200
       Palo Alto, CA 94303
       Telephone: 650-812-3400


       By: /s/ _____
          George Frost
          Attorneys for Plaintiff Burst.com, Inc.


       JOHN B. ISBISTER
       TYDINGS & ROSENBERG LLP
       100 East Pratt Street
       Baltimore, MD 21202

       STEVEN M. LEVITAN, ESQ.
       DAY CASEBEER MADRID & BATCHELDER LLP
       20300 Stevens Creek Boulevard, Suite 400
       Cupertino, CA 95014

       RENEE C. MACRI
       SONNENSCHEIN NATH & ROSENTHAL LLP
       1301 K Street, NW
       Suite 600, East Tower
       Washington, D.C. 20005

       Attorneys for Plaintiff Sun Microsystems, Inc.