IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION.<br><br>This Document relates to:<br><br>(*Sun Microsystems, Inc. v. Microsoft Corp.*, Civil Action No. JFM-02-2739; *Burst.com, Inc. v. Microsoft Corp.*, Civil Action No. JFM-02-2952) | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure and the definitions and instructions set forth in the Subpoena attached to the Notice, the party below:

>nCube Corporation
>110 Marsh Drive, Suite 200
>Foster City, CA 94404

is required to produce for inspection and copying the documents specified in the Schedule A, attached to the Subpoena, at the specified location, on September 16, 2003 at 9:30 a.m.

DATED: August 25, 2003

        SPENCER HOSIE (Ca Bar # 101777)
        BRUCE J. WECKER (Ca Bar # 078530)
        JOHN BURRITT McARTHUR (Ca Bar # 159793;
           Texas Bar #13325650)
        GEORGE F. BISHOP (Ca Bar # 89205)
        JAMES T. McCARTT (Ca Bar # 121983;
           Texas Bar # 13376350)
        GEORGE FROST (Ca Bar. 178528)
        HOSIE, FROST, LARGE & McARTHUR
        One Market, Spear Street Tower, 22nd Floor
        San Francisco, CA 94105
        Telephone: 415-247-6000

        ROBERT YORIO (Ca Bar # 93178))
        CARR & FERRELL, LLP
        2225 East Bayshore Road, Suite 200
        Palo Alto, CA 94303
        Telephone: 650-812-3400


        By:___/s/_____
           George Frost
           Attorneys for Plaintiff Burst.com, Inc.


        JOHN B. ISBISTER
        TYDINGS & ROSENBERG LLP
        100 East Pratt Street
        Baltimore, MD 21202

        STEVEN M. LEVITAN, ESQ.
        DAY CASEBEER MADRID & BATCHELDER LLP
        20300 Stevens Creek Boulevard, Suite 400
        Cupertino, CA 95014

        RENEE C. MACRI
        SONNENSCHEIN NATH & ROSENTHAL LLP
        1301 K Street, NW
        Suite 600, East Tower
        Washington, D.C. 20005

        Attorneys for Plaintiff Sun Microsystems, Inc.