IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION.<br><br>This Document relates to:<br><br>*Burst.com, Inc. v. Microsoft Corp.,*<br><br>Civil Action No JFM-02-cv-2952 | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz |

## PROOF OF SERVICE

     I am employed in the State of California, County of San Francisco. I am over 18 years of age and am not party to the within action. My business address is One Market, Spear Tower, Suite 2200, San Francisco, California 94105.

     On August 27, 2003, I served PLAINTIFF BURST.COM, INC.'S FOURTH SEPARATE REQUEST TO DEFENDANT MICROSOFT FOR PRODUCTION OF DOCUMENTS upon counsel named below by placing a true and correct copy thereof in an envelope addressed as follows:


Charles W. Douglas – *via facsimile & U.S. Postal Service*
**SIDLEY AUSTIN BROWN & WOOD LLP**
Bank One Plaza
10 South Dearborn Street
Chicago, IL  60603
Fax:  312.853.7036

Bryan K. Anderson – *via facsimile & U.S. Postal Service*
**SIDLEY AUSTIN BROWN & WOOD LLP**
555 California Street
San Francisco, CA  94104
Fax:  415.397.4621

David B. Tulchin – *via U.S. Postal Service*
**SULLIVAN & CROMWELL**
125 Broad Street
New York, NY 10004-2498

Robert J. Yorio – *via U.S. Postal Service*
**CARR & FERRELL**
2225 East Bayshore Road, Suite 200
Palo Alto, CA 94303

Lloyd "Rusty" Day, Jr. – *via U.S. Postal Service*
**DAY CASEBEER MADRID & BATCHELDER LLP**
20300 Stevens Creek Blvd.
Suite 400
Cupertino, Ca 95014

Parker Folse – *via U.S. Postal Service*
**SUSMAN GODFREY, LLP**
1201 Third Avenue, Suite 3100
Seattle, WA 98101

Michael F. Brockmeyer – *via U.S. Postal Service*
**PIPER RUDNICK LLP**
6225 Smith Avenue
Baltimore, MD 21209

Kevin J. Arquit – *via U.S. Postal Service*
**SIMPSON THACHER & BARTLETT**
425 Lexington Avenue
New York, NY 70017

Stephen D. Susman – *via U.S. Postal Service*
**SUSMAN GODFREY, LLP**
901 Main Street, Suite 4100
Dallas, TX 75202

John B. Isbister – *via U.S. Postal Service*
**TYDINGS & ROSENBERG LLP**
100 East Pratt Street
Baltimore, MD 21202

Michael Schlanger – *via U.S. Postal Service*
**SONNENSCHEIN NATH & ROSENTHAL**
1301 K Street, NW
Suite 600, East Tower
Washington D.C. 20005

Executed this 27th day of August, 2003.

_/s/_____
Janine DeAndre