IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION.<br><br>This Document relates to:<br><br>*Burst.com, Inc. v. Microsoft Corp.*,<br><br>Civil Action No JFM-02-cv-2952 | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz<br><br>**PROOF OF SERVICE** |

    I am employed in the State of California, County of San Francisco. I am over 18 years of age and am not party to the within action. My business address is One Market, Spear Tower, Suite 2200, San Francisco, California 94105.

    On September 23, 2003, I served Burst.Com, Inc.'s Rule 30(b)(6) Deposition Notice upon counsel named below as indicated:

John W. Treece *(via Facsimile)*
**SIDLEY AUSTIN BROWN & WOOD LLP**
Bank One Plaza
10 South Dearborn Street
Chicago, IL  60603
Fax:  312.853.7036

Christopher Q. King (*via Facsimile*)
**SONNENSCHEIN NATH & ROSENTHAL**
Sears Tower, Suite 8000
233 South Wacker Drive
Chicago, IL  60606
Fax: 312-876-7934

John B. Isbister *(via Facsimile)*
**TYDINGS & ROSENBERG LLP**
100 East Pratt Street
Baltimore, MD 21202
Fax:  410-727-5460

Executed this 23rd day of September, 2003.

                                                         /s/\
                                                   Janine DeAndre