IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION.<br><br>This Document relates to:<br><br>*Burst.com, Inc. v. Microsoft Corp.,*<br><br>Civil Action No JFM-02-cv-2952 | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz |

## **DECLARATION OF SERVICE BY E-MAIL AND FACSIMILE**

I, Jerry Shaw, am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action. My business address is Hosie Frost Large & McArthur, 1 Market, 22nd Floor, San Francisco, California, 94105.

On September 30, 2003, I served the following attached

BURST.COM, INC.'S SUPPLEMENTAL RESPONSES TO MICROSOFT CORPORATION'S THIRD SET OF INTERROGATORIES RELATED TO BURST INTELLECTUAL PROPERTY CLAIMS

by facsimile and e-mail at San Francisco, California, addressed to the following parties:

John W. Treece
Douglas Lewis
**SIDLEY AUSTIN BROWN & WOOD LLP**
Bank One Plaza
10 South Dearborn Street
Chicago, IL  60603

Bryan K. Anderson
**SIDLEY AUSTIN BROWN & WOOD LLP**
555 California Street
Suite 5000
San Francisco, CA 94104-1715

      I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:   September 30, 2003

                                                      /s/_____
                                                   Jerry Shaw