IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION.<br><br>This Document relates to:<br><br>*Burst.com, Inc. v. Microsoft Corp.,*<br><br>Civil Action No JFM-02-cv-2952 | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz |

## NOTICE OF DEPOSITION OF BILL SCHIEFELBEIN

PLEASE TAKE NOTICE THAT Burst.com, Inc. will take the deposition of the following individual on the following day:

| | | |
|---|---|---|
| Bill Schiefelbein | Location: | Preston, Gates & Ellis<br>925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104-1158 |
| | Date: | October 10, 2003<br>9:30 a.m. |

This deposition will be videotaped. All examinations shall be taken before a Notary Public or some other person authorized by law to administer oaths. Said examination will continue from day to day until completed. You are invited to attend and cross-examine.

1

DATED:  October 1, 2003

        SPENCER HOSIE (Ca Bar # 101777)
        BRUCE J. WECKER (Ca Bar # 078530)
        JOHN BURRITT McARTHUR (Ca Bar # 159793;
           Texas Bar #13325650)
        GEORGE F. BISHOP (Ca Bar # 89205)
        JAMES T. McCARTT (Ca Bar # 121983)
        HOSIE, FROST, LARGE & McARTHUR
        One Market, Spear Street Tower, 22nd Floor
        San Francisco, CA 94105
        Telephone: 415-247-6000

        ROBERT YORIO (Ca Bar # 93178))
        CARR & FERRELL, LLP
        2225 East Bayshore Road, Suite 200
        Palo Alto, CA 94303
        Telephone: 650-812-3400


By:_____/s/_____
       Spencer Hosie
       Attorneys for Plaintiff Burst.com, Inc.

**PROOF OF SERVICE**

      I am employed in the State of California, County of San Francisco. I am over 18 years of age and am not party to the within action. My business address is One Market, Spear Tower, Suite 2200, San Francisco, California 94105.

      On October 1, 2003, I served NOTICE OF DEPOSITION OF BILL SCHIEFELBEIN upon counsel named below by facsimile:

Jonathan Treece *(via facsimile)*
Douglas I. Lewis *(via facsimile)*
**SIDLEY AUSTIN BROWN & WOOD LLP**
Bank One Plaza
10 South Dearborn Street
Chicago, IL  60603
Fax:  312.853.7036

Bryan K. Anderson *(via facsimile)*
**SIDLEY AUSTIN BROWN & WOOD LLP**
555 California Street
San Francisco, CA  94104
Fax:  415.397.4621

      Executed this 1st day of October, 2003.

                                                            /s/
                                                   Jerry Shaw