IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION.<br><br>This Document relates to:<br><br>*Burst.com, Inc. v. Microsoft Corp.,*<br><br>Civil Action No JFM-02-cv-2952 | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz<br><br>**PROOF OF SERVICE** |

      I am employed in the State of California, County of San Francisco. I am over 18 years of age and am not party to the within action. My business address is One Market, Spear Tower, Suite 2200, San Francisco, California 94105.

      On October 10, 2003, I served BURST.COM, INC.'S (1) RENEWED MOTION TO COMPEL MICROSOFT TO SEARCH FOR AND PRODUCE KEY E-MAILS AND (2) MOTION TO COMPEL MICROSOFT TO TESTIFY AS TO WHEN, HOW AND WHY IT EXCLUDED E-MAILS FROM BACK-UP TAPES (UNDER SEAL) upon counsel named below as indicated:

Bryan K. Anderson *(via hand delivery)*
**SIDLEY AUSTIN BROWN & WOOD**
555 California Street
San Francisco, CA 94104
Fax: 415.397.4621

John W. Treece *(via facsimile and U.S. Mail)*
Susan Harris
**SIDLEY AUSTIN BROWN & WOOD LLP**
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
Fax: 312.853.7036

      Executed this 10th day of October, 2003.

                                                         /s/ _____
                                                            Jerry Shaw