IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION. | MDL Docket No. 1332 |
| This Document relates to: | Hon. J. Frederick Motz |
| *Burst.com, Inc. v.*<br>*Microsoft Corp.,* | **PROOF OF SERVICE** |
| Civil Action No 02cv2952 JFM | |

I am employed in the State of California, County of San Francisco. I am over 18 years of age and am not party to the within action. My business address is One Market, Spear Tower, Suite 2200, San Francisco, California 94105.

On October 28, 2003, I served Response Of Burst.Com, Inc. To Fourth Set Of Interrogatories Propounded By Microsoft Corp. upon counsel named below as indicated:

Bryan K. Anderson *(via hand delivery)*
SIDLEY AUSTIN BROWN & WOOD LLP
555 California Street
San Francisco, CA  94104
Fax:  415.397.4621

John W. Treece *(via facsimile and U.S. Mail)*
Susan Harris
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL  60603
Fax:  312.853.7036

Thomas F. Ryan *(via facsimile)*
Mark R. Johnson
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL  60603
Fax:  c/o Omni Hotel (San Francisco), 415.677.4108

    Executed this 28th day of October, 2003.

                                                  /s/
                                            Janine DeAndre