PROOF OF SERVICE

I am employed in the State of California, County of San Francisco. I am over 18 years of age and am not party to the within action. My business address is One Market, Spear Tower, Suite 2200, San Francisco, California 94105.

On November 10, 2003, I served the following via facsimile:

BURST.COM, INC.'S (1) RENEWED MOTION TO COMPEL MICROSOFT TO SEARCH FOR AND PRODUCE KEY E-MAILS AND (2) MOTION TO COMPEL MICROSOFT TO TESTIFY AS TO WHEN, HOW AND WHY IT EXCLUDED E-MAILS FROM BACK-UP TAPES

(UNDER SEAL)

Bryan K. Anderson  
Sidley Austin Brown & Wood  
555 California Street  
San Francisco, CA  94104  
Fax:  415.397.4621  

John W. Treece  
Susan Harris  
SIDLEY AUSTIN BROWN & WOOD LLP  
Bank One Plaza  
10 South Dearborn Street  
Chicago, IL  60603  
Fax:  312.853.7036  

Executed this 10th day of November, 2003.

                                                   /s/  
                                                 Jerry Shaw