IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Burst.com, Inc. v. Microsoft Corp.,*,<br>Civil Action No. C-02-2930 (N.D. Cal.) | MDL Docket No. 1332<br>Hon. J. Frederick Motz |

## NOTICE OF SERVICE

Please take notice that on this date Defendant, Microsoft Corporation, served a copy of Microsoft's Memorandum in Opposition to Burst.com's Motion to Compel Production of Certain Documents That Have Been Generated in Connection with European Commission Competition Law Investigations upon the following by first-class mail and facsimile:

> Spencer Hosie
> Bruce J. Wecker
> John McArthur
> HOSIE, FROST, LARGE & McARTHUR
> One Market Spear Street Tower, 22nd Floor
> San Francisco, CA  94105

> Robert Yorio
> Mary A. Wiggins
> CARR & FERRELL, LLP
> 2225 East Bayshore Road
> Suite 200
> Palo Alto, CA  94303

*Jeffrey D. Herschman*

- 2 -

Date:  November 19, 2003

Of Counsel:
David B. Tulchin
Marc De Leeuw
SULLIVAN & CROMWELL
125 Broad Street
New York, New York  10004
Telephone:     (212) 558-4000


Thomas W. Burt
Richard J. Wallis
Steven J. Aeschbacher
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington  98052
Telephone: (425) 936-8080

John W. Treece
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois  60603
(312) 853-7000


Michael F. Brockmeyer
(Federal Bar No. 02307)
Jeffrey D. Herschman
(Federal Bar No. 00101)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland  21209
Telephone:     (410) 580-3000


Karen A. Popp (D. Md. No. 26145)
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005


Charles W. Douglas
David M. Schiffman
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois  60603

*Attorneys for Microsoft Corporation*