IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Burst.com, Inc. v. Microsoft Corp.,,*<br>Civil Action No. C-02-2930 (N.D. Cal.) | MDL Docket No. 1332<br>Hon. J. Frederick Motz |

### NOTICE OF SERVICE

Please take notice that on November 17, 2003 Defendant, Microsoft Corporation, served a copy of Microsoft Corporation's Notice of Deposition Pursuant to Federal Rule of Civil Procedure 30 (B)(6) upon the following by first-class mail:

> Spencer Hosie
> Bruce J. Wecker
> John McArthur
> HOSIE, FROST, LARGE & McARTHUR
> One Market Spear Street Tower, 22nd Floor
> San Francisco, CA  94105

> Robert Yorio
> Mary A. Wiggins
> CARR & FERRELL, LLP
> 2225 East Bayshore Road
> Suite 200
> Palo Alto, CA  94303

_____
Michael F. Brockmeyer

- 2 -

Date:  November 24, 2003

Of Counsel:
Philip L. Graham, Jr.
David B. Tulchin
Marc De Leeuw
SULLIVAN & CROMWELL
125 Broad Street
New York, New York  10004
Telephone:    (212) 558-4000


Thomas W. Burt
Richard J. Wallis
Steven J. Aeschbacher
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington  98052
Telephone: (425) 936-8080

Michael F. Brockmeyer
(Federal Bar No. 02307)
Jeffrey D. Herschman
(Federal Bar No. 00101)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland  21209
Telephone:    (410) 580-3000


Karen A. Popp (D. Md. No. 26145)
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005


Charles W. Douglas
Richard A. Cederoth
David M. Schiffman
John W. Treece
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois  60603

*Attorneys for Microsoft Corporation*