IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| IN RE MICROSOFT CORPORATION ANTITRUST LITIGATION )<br><br>This Document Relates to:<br><br>*Burst.com, Inc. v. Microsoft Corp.*<br><br>Civil action No. C-02-2930-VRW | MDL Docket No. 1332 |

## AGREED MOTION FOR LEAVE TO AMEND

Defendant, Microsoft Corporation, moves for leave to amend its Answer and Counterclaim. Microsoft seeks to add an affirmative defense and corresponding counterclaim count asserting that Burst committed inequitable conduct in prosecuting the patents-in-suit, making the patents unenforceable. Microsoft learned of the facts underlying this defense after filing its original Answer and Counterclaim. This amendment will not affect the schedule in this case.

The parties have conferred on this issue. Plaintiff, Burst.com, does not oppose Microsoft receiving leave to amend its Answer and Counterclaim.

Pursuant to Local Rule 103.6, Microsoft's Amended Answer and Counterclaim is attached hereto as Exhibit A and the highlighted version is attached hereto as Exhibit B.

Dated: December 10, 2003

Respectfully submitted,

*[signature]*

Michael F. Brockmeyer
(Fed. Bar No. 02307)
Jeffrey D. Herschman
(Fed. Bar No. 00101)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
Telephone: (410) 580-4115

Philip L. Graham, Jr.
David B. Tulchin
Marc De Leeuw
SULLIVAN & CROMWELL
125 Broad Street
New York, NY 10004-2498
(212) 558-4000

Thomas W. Burt
Richard J. Wallis
Steven J. Aeschbacher
C. Andrew Culbert
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98052
(425) 936-8080

Karen A. Popp (D.Md. No. 26145)
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, DC 20005

Charles W. Douglas
Richard A. Cederoth
John W. Treece
SIDLEY AUSTIN BROWN & WOOD
Bank One Plaza, 10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

*Attorneys for Defendant Microsoft Corporation*

## CERTIFICATE OF SERVICE

The undersigned attorney for Microsoft hereby certifies that on December 10, 2003 he sent a true and exact copy of AGREED MOTION FOR LEAVE TO AMEND, WITH EXHIBITS THERETO, AND A PROPOSED ORDER via facsimile and overnight courier to:

>Spencer Hosie
>Hosie Frost Large & McArthur
>1 Market Street
>Spear Street Tower, 22nd Floor
>San Francisco, CA  94105

>John B Isbister
>Tydings & Rosenberg LLP
>100 East Pratt Street
>26TH Floor
>Baltimore, MD  21202

Michael F. Brockmeyer