IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORPORATION ANTITRUST LITIGATION ) ) ) ) | |
| This Document Relates to: ) ) *Burst.com, Inc. v. Microsoft Corp.* ) ) ) Civil action No. C-02-2930-VRW ) ) | MDL Docket No. 1332 |

**[PROPOSED] ORDER GRANTING LEAVE TO AMEND**

Upon consideration of Microsoft's Agreed Motion for Leave to Amend, it is this

_____ day of December, 2003 ORDERED that Microsoft's Motion is hereby GRANTED.


_____
J. Frederick Motz
United States District Court Judge