IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP._<br>ANTITRUST LITIGATION._<br><br>This Document relates to:<br><br>*Burst.com, Inc. v.*<br>*Microsoft Corp.,*<br><br>Civil Action No JFM-02-cv-2952 | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz |

**BURST.COM, INC.'S MOTION TO COMPEL MICROSOFT TO PRODUCE
DOCUMENTS CONCERNING THE EUROPEAN COMMISSION'S ANTITRUST
PROCEEDING AND CERTIFICATE OF CONFERENCE**

Pursuant to Local Rules 104.8(c), Burst.com, Inc. herewith files the parties' briefing on Burst.com's Motion to Compel Microsoft to Produce Documents Concerning the European Commission's Antitrust Proceeding and certification of a conference of counsel as required by Local Rule 104.7. See Exhibits A-C. In Burst's Reply Memorandum, it disclaims any request for an order compelling Microsoft to produce materials provided by third-parties to the European Commission ("EC"). Burst, however, maintains its request for an order compelling Microsoft to produce materials it provided to the EC, and to produce the EC's three Statements of Objection. The parties conducted a conference addressing the issue raised in the motion, but were not able to further narrow the issues presented by the motion.

Accordingly, the issue remaining for the Court's consideration is whether Microsoft should be compelled to produce the materials it provided to the EC, and the EC's Statements of Objection.

| | |
|---|---|
| DATED:  December 15, 2003 | SPENCER HOSIE (Ca Bar # 101777)<br>BRUCE J. WECKER (Ca Bar # 078530)<br>JOHN BURRITT McARTHUR (Ca Bar # 159793;<br>   Texas Bar #13325650)<br>GEORGE F. BISHOP (Ca Bar # 89205)<br>JAMES T. McCARTT (Ca Bar # 121983)<br>HOSIE, FROST, LARGE & McARTHUR<br>One Market, Spear Street Tower, 22nd Floor<br>San Francisco, CA 94105<br>Telephone: 415-247-6000<br><br>ROBERT YORIO (Ca Bar # 93178))<br>CARR & FERRELL, LLP<br>2200 Geng Road<br>Palo Alto, CA 94303<br>Telephone: 650-812-3400<br><br>By   /s/_____<br>       Spencer Hosie<br>Attorneys for Plaintiff Burst.com, Inc. |

2