IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION.<br><br>This Document relates to:<br><br>*Burst.com, Inc. v. Microsoft Corp.,*<br><br>Civil Action No JFM-02-cv-2952 | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz<br><br>**PROOF OF SERVICE** |

I am employed in the State of California, County of San Francisco. I am over 18 years of age and am not party to the within action. My business address is One Market, Spear Tower, Suite 2200, San Francisco, California 94105.

On December 15, 2003, I served BURST.COM, INC.'S MOTION TO COMPEL MICROSOFT TO PRODUCE DOCUMENTS CONCERNING THE EUROPEAN COMMISSION'S ANTITRUST PROCEEDING AND CERTIFICATE OF CONFERENCE upon counsel named below as indicated:

Bryan K. Anderson *(via hand delivery)*
**SIDLEY AUSTIN BROWN & WOOD LLP**
555 California Street
San Francisco, CA 94104
Fax: 415.397.4621

John W. Treece *(via Federal Express)*
Susan Harris
**SIDLEY AUSTIN BROWN & WOOD LLP**
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
Fax: 312.853.7036

Executed this December 15, 2003.

/s/ _____
Janine DeAndre