IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION.<br><br>This Document relates to:<br><br>*Burst.com, Inc. v.*<br>*Microsoft Corp.,*<br><br>Civil Action No JFM-02-cv-2952 | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz |

## [PROPOSED] ORDER GRANTING MOTION TO COMPEL

Burst's Motion to Compel Microsoft to Produce Documents Concerning the European Commission's Antitrust Proceeding, as limited by Burst, is GRANTED. Within fifteen days of the entry of this order, Microsoft shall:

1. Produce to Burst the materials it provided to the EC in connection with its investigation of Microsoft, and produce the EC's three Statements of Objection.

SO ORDERED this ____ day of _____, 2003.

_____
J. Frederick Motz
U.S. District Judge, District of Maryland