**NOTICE OF DOCUMENT FILED SEPARATELY UNDER SEAL**

In re: Microsoft Corp. Antitrust Litigation

MDL Docket No. 1332

This Document relates to:

Burst.com, Inc. v. Microsoft Corp.
No. JFM-02-2952


FILED SEPARATELY UNDER SEAL

1.   Burst.com, Inc.'s Motion to Compel Microsoft to Produce Documents Concerning the Windows Media Player Portion of the European Union's Antitrust Proceeding with exhibits.

2.   Microsoft's Memorandum in Opposition to Burst.com's Motion to Compel Production of Certain Documents That Have Been Generated in Connection with European Commission Competition Law Investigations with exhibits.

3.   Burst.com's Reply Memorandum in Support of Motion to Compel Microsoft to Produce Documents Concerning the European Commission's Antitrust Investigation with exhibits.