IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION. | MDL Docket No. 1332 |
| | Hon. J. Frederick Motz |
| This Document relates to: | |
| *Burst.com, Inc. v. Microsoft Corp.,* | |
| Civil Action No JFM-02-cv-2952 | |

## [PROPOSED] ORDER GRANTING MOTION TO COMPEL

Burst's Motion to Compel Microsoft to Produce a 30(b)(6) Witness Knowledgeable on Microsoft's Decision to Exclude E-mails from Document Backup Processes, is GRANTED.

Within fifteen days of the entry of this order, Microsoft shall:

1.   Produce 30(b)(6) witness for deposition.

SO ORDERED this ____ day of _____, 2003.

_____
J. Frederick Motz
U.S. District Judge, District of Maryland