**NOTICE OF DOCUMENT FILED SEPARATELY UNDER SEAL**

In re: Microsoft Corp. Antitrust Litigation

MDL Docket No. 1332

This Document relates to:

Burst.com, Inc. v. Microsoft Corp.
No. JFM-02-2952


FILED SEPARATELY UNDER SEAL

1. Burst.com, Inc.'s (1) Renewed Motion to Compel Microsoft to Search for and Produce Key E-mails and (2) Motion to Compel Microsoft o Testify as to When, How and Why it Excluded E-mails From Back-up Tapes with exhibits.

2. Microsoft's Memorandum in Opposition to Burst.com's (1) Renewed Motion to Compel the Production of Certain E-mails and (2) Motion to Compel Testimony Regarding E-mail Backup Tapes with exhibits.

3. Burst.com, Inc.'s [Reply] (1) Renewed Motion to Compel Microsoft to Search for and Produce Key E-mails and (2) Motion to Compel Microsoft o Testify as to When, How and Why it Excluded E-mails From Back-up Tapes.