IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Burst.com, Inc. v. Microsoft Corp.*,<br>Civil Action No. C-02-2952 | MDL Docket No. 1332<br>Hon. J. Frederick Motz |

## NOTICE OF SERVICE

Please take notice that on December 16, 2003 I sent a copy of Microsoft's Reply in Support of Its Motion to Compel Burst.com, Inc. to Provide Further Interrogatory Responses to the following:

| | |
|---|---|
| Via facsimile<br>And overnight delivery | Spencer Hosie<br>Bruce J. Wecker<br>John McArthur<br>HOSIE, FROST, LARGE & McARTHUR<br>One Market Spear Street Tower, 22nd Floor<br>San Francisco, CA 94105 |
| Via U.S. mail | Robert Yorio<br>Mary A. Wiggins<br>CARR & FERRELL, LLP<br>2225 East Bayshore Road<br>Suite 200<br>Palo Alto, CA 94303 |

_____
Jeffrey D. Herschman

- 2 -

Date: December 16, 2003

Of Counsel:
Philip L. Graham, Jr.
David B. Tulchin
Marc De Leeuw
SULLIVAN & CROMWELL
125 Broad Street
New York, New York  10004
Telephone:    (212) 558-4000


Thomas W. Burt
Richard J. Wallis
Steven J. Aeschbacher
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington  98052
Telephone: (425) 936-8080

Michael F. Brockmeyer
(Federal Bar No. 02307)
Jeffrey D. Herschman
(Federal Bar No. 00101)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland  21209
Telephone:    (410) 580-3000


Karen A. Popp (D. Md. No. 26145)
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005


Charles W. Douglas
Richard A. Cederoth
David M. Schiffman
John W. Treece
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois  60603

*Attorneys for Microsoft Corporation*