IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Burst.com, Inc. v. Microsoft Corp.*,<br>Civil Action No. C-02-2952 | MDL Docket No. 1332<br>Hon. J. Frederick Motz |

## AMENDED NOTICE OF SERVICE

Please take notice that on December 17, 2003 I sent a copy of Microsoft's Reply in Support of Its Motion to Compel Burst.com, Inc. to Provide Further Interrogatory Responses to the following:

| | |
|---|---|
| Via facsimile<br>And overnight delivery | Spencer Hosie<br>Bruce J. Wecker<br>John McArthur<br>HOSIE, FROST, LARGE & McARTHUR<br>One Market Spear Street Tower, 22nd Floor<br>San Francisco, CA 94105 |
| Via U.S. mail | Robert Yorio<br>Mary A. Wiggins<br>CARR & FERRELL, LLP<br>2225 East Bayshore Road<br>Suite 200<br>Palo Alto, CA 94303 |

Jeffrey D. Herschman

- 2 -

Date: December 18, 2003

| | |
|---|---|
| Of Counsel:<br>Philip L. Graham, Jr.<br>David B. Tulchin<br>Marc De Leeuw<br>SULLIVAN & CROMWELL<br>125 Broad Street<br>New York, New York 10004<br>Telephone:   (212) 558-4000 | Michael F. Brockmeyer<br>(Federal Bar No. 02307)<br>Jeffrey D. Herschman<br>(Federal Bar No. 00101)<br>PIPER RUDNICK LLP<br>6225 Smith Avenue<br>Baltimore, Maryland 21209<br>Telephone:   (410) 580-3000 |
| Thomas W. Burt<br>Richard J. Wallis<br>Steven J. Aeschbacher<br>MICROSOFT CORPORATION<br>One Microsoft Way<br>Redmond, Washington 98052<br>Telephone: (425) 936-8080 | Karen A. Popp (D. Md. No. 26145)<br>SIDLEY AUSTIN BROWN & WOOD LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005 |
| | Charles W. Douglas<br>Richard A. Cederoth<br>David M. Schiffman<br>John W. Treece<br>SIDLEY AUSTIN BROWN & WOOD LLP<br>Bank One Plaza<br>10 South Dearborn Street<br>Chicago, Illinois 60603<br><br>*Attorneys for Microsoft Corporation* |