IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION.<br><br>This Document relates to:<br><br>*Burst.com, Inc. v. Microsoft Corp.,*<br><br>Civil Action No JFM-02-cv-2952 | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz |

**BURST.COM, INC.'S MOTION TO COMPEL THE DEPOSITION OF
WILLIAM H. GATES, III AND CERTIFICATE OF CONFERENCE
(ATTACHMENTS UNDER SEAL)**

Pursuant to Local Rules 104.8(c), Burst.com, Inc. herewith files the parties' briefing on Burst.com's Motion to Compel the Deposition of William H. Gates, III and certification of a conference of counsel as required by Local Rule 104.7. See Exhibits A-C. The parties conducted a conference addressing the issue raised in the motion, but were not able to resolve the issue presented by the motion.

DATED:  December 22, 2003    SPENCER HOSIE (Ca Bar # 101777)
BRUCE J. WECKER (Ca Bar # 078530)
JOHN BURRITT McARTHUR (Ca Bar # 159793;
   Texas Bar #13325650)
GEORGE F. BISHOP (Ca Bar # 89205)
JAMES T. McCARTT (Ca Bar # 121983)
HOSIE, FROST, LARGE & McARTHUR
One Market, Spear Street Tower, 22nd Floor
San Francisco, CA 94105
Telephone: 415-247-6000

ROBERT YORIO (Ca Bar # 93178))
CARR & FERRELL, LLP
2200 Geng Road
Palo Alto, CA 94303
Telephone: 650-812-3400

By   /s/_____
          Spencer Hosie
Attorneys for Plaintiff Burst.com, Inc.