IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION.<br><br>This Document relates to:<br><br>*Burst.com, Inc. v.*<br>*Microsoft Corp.,*<br><br>Civil Action No JFM-02-cv-2952 | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz |

## [PROPOSED] ORDER GRANTING MOTION TO COMPEL

Burst's Motion to Compel the Deposition of William H. Gates, III, as limited by Burst, is GRANTED. Within fifteen days of the entry of this order, Microsoft shall:

1. Produce to Burst William H. Gates, III for deposition.

SO ORDERED this ____ day of _____, 2003.

_____
J. Frederick Motz
U.S. District Judge, District of Maryland