IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION. | MDL Docket No. 1332 |
| This Document relates to: | Hon. J. Frederick Motz |
| *Burst.com, Inc. v. Microsoft Corp.*, | |
| Civil Action No JFM-02-cv-2952 | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
SEEKING LEAVE TO FILE UNDER SEAL**

For the reasons stated in Plaintiff's Motion Seeking Leave to File Under Seal, it is hereby ORDERED that the Motion is GRANTED. The Clerk of the Court is directed to maintain Burst.com, Inc.'s Motion, Memorandum and Reply in Support of Its Motion to Compel the Deposition of William H. Gates, III and Microsoft's Opposition to the Motion, under seal.

SO ORDERED this ____ day of _____, 2003.

_____
J. Frederick Motz
U.S. District Judge, District of Maryland