## NOTICE OF DOCUMENT FILED SEPARATELY UNDER SEAL

In re: Microsoft Corp. Antitrust Litigation

MDL Docket No. 1332

This Document relates to:

Burst.com, Inc. v. Microsoft Corp.
No. JFM-02-2952


FILED SEPARATELY UNDER SEAL

1. Burst.com, Inc.'s Motion to Compel Microsoft to Produce a Witness for a Percipient Witness Deposition.

2. Microsoft's Memorandum in Opposition to Burst.com's Motion to Compel the Deposition of William H. Gates, III with exhibits.

3. Burst.com's Reply Brief in Support of Its Motion to Compel the Deposition of William H. Gates, III with exhibit.