IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE MICROSOFT CORPORATION
ANTITRUST LITIGATION            )
                                )     MDL Docket No. 1332
                                )
This Document Relates to        )     Hon. J. Frederick Motz
                                )
*Burst.com, Inc. v. Microsoft Corp.*  )
Civil action No. C-02-2952

[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED:

The discovery schedule for the antitrust and non-patent portion of this case is modified as follows:

| | |
|---|---|
| Close of Fact Discovery (antitrust, trade secret and patent issues) | February 17, 2004 |
| Burst's Expert Reports Due | February 20, 2004 |
| Microsoft's Expert Reports Due | April 20, 2004 |
| Burst's Rebuttal Reports Due | May 18, 2004 |
| Close of Expert Discovery | June 22, 2004 |

Signed this 30st day of December, 2003

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 DEC 30 P 2: 39
DEPUT