IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Burst.com, Inc. v. Microsoft Corp.,*<br>Civil Action No. C-02-2952 | MDL Docket No. 1332<br>Hon. J. Frederick Motz |

## NOTICE OF SERVICE

Please take notice that on October 28, 2003 a copy of Microsoft's Memorandum in Opposition to Burst.com's (1) Renewed Motion to Compel the Production of Certain E-Mails and (2) Motion to Compel Testimony Regarding E-mail Backup Tapes (UNDER SEAL) was sent to the following by facsimile and overnight delivery:

>Spencer Hosie
>Bruce J. Wecker
>John McArthur
>HOSIE, FROST, LARGE & McARTHUR
>One Market Spear Street Tower, 22nd Floor
>San Francisco, CA  94105

>Robert Yorio
>Mary A. Wiggins
>CARR & FERRELL, LLP
>2225 East Bayshore Road
>Suite 200
>Palo Alto, CA  94303

Michael F. Brockmeyer

- 2 -

Date: January 22, 2004

Of Counsel:
Philip L. Graham, Jr.
David B. Tulchin
Marc De Leeuw
SULLIVAN & CROMWELL
125 Broad Street
New York, New York  10004
Telephone:    (212) 558-4000


Thomas W. Burt
Richard J. Wallis
Steven J. Aeschbacher
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington  98052
Telephone:  (425) 936-8080

Michael F. Brockmeyer
(Federal Bar No. 02307)
Jeffrey D. Herschman
(Federal Bar No. 00101)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland  21209
Telephone:    (410) 580-3000


Karen A. Popp (D. Md. No. 26145)
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005


Charles W. Douglas
Richard A. Cederoth
David M. Schiffman
John W. Treece
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois  60603

*Attorneys for Microsoft Corporation*