IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORPORATION ANTITRUST LITIGATION ) ) ) ) This Document Relates to: ) ) *Burst.com, Inc. v. Microsoft Corp.* ) ) ) Civil Action No. C-02-2952 ) ) | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz |

## MOTION SEEKING LEAVE TO FILE UNDER SEAL

Pursuant to the Amended Stipulated Protective Order Re Competitor Cases entered by the Court on October 31, 2002, Defendant Microsoft Corp. hereby seeks leave to file under seal Defendant Microsoft's Motion and Reply in Support of Its Motion to Compel Plaintiff to Provide a Full and Complete Response to Microsoft's Fourth Set of Interrogatories, Interrogatory No. 1 and Burst.com Inc.'s Opposition to the Motion, as each of those documents reference material designated as "Confidential" or "Highly Confidential" under the protective order.

Dated: January 22, 2004

MICROSOFT CORPORATION

By: *John W. Treece (by MRT)*
John W. Treece
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Of Counsel:
Philip L. Graham, Jr.
David B. Tulchin
Marc De Leeuw
SULLIVAN & CROMWELL
125 Broad Street
New York, NY 10004-2498
(212) 558-4000

Thomas W. Burt
Richard J. Wallis
Steven J. Aeschbacher
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98052
(425) 936-8080

Michael F. Brockmeyer
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
Telephone: (410) 580 4115

Karen A. Popp (D. Md. No. 26145)
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005

Charles W. Douglas
Richard A. Cederoth
David M. Schiffman
John W. Treece
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

*Attorneys for Defendant Microsoft Corporation*

CH1 2863641v1

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2004, I caused a copy of the attached Motion Seeking Leave to File Under Seal to be served upon the following by overnight courier:

Spencer Hosie, Esq.
Hosie Frost Large & McArthur LLP
One Market
Spear Street Tower
Ste. 2200
San Francisco CA 94105

John B. Isbister, Esq.
Tydings & Rosenberg LLP
100 East Pratt Street, 26th Floor
Baltimore, Maryland 21202

Michael F. Brockmeyer