IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| IN RE MICROSOFT CORPORATION ANTITRUST LITIGATION ) ) ) ) | |
| ) ) | MDL Docket No. 1332 |
| This Document Relates to: ) ) | Hon. J. Frederick Motz |
| *Burst.com, Inc. v. Microsoft Corp.* ) ) ) | |
| Civil Action No. C-02-2952 ) ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION
SEEKING LEAVE TO FILE UNDER SEAL**

For the reasons stated in Defendant's Motion Seeking Leave to File Under Seal, it is hereby ORDERED that the Motion is GRANTED. The Clerk of Court is directed to maintain Microsoft Corp.'s Motion and Reply in Support of Its Motion to Compel Plaintiff to Provide a Full and Complete Response to Microsoft's Fourth Set of Interrogatories, Interrogatory No. 1 and Burst.com Inc.'s Opposition to the Motion, under seal.

SO ORDERED this ____ day of _____, 2004.

_____
J. Frederick Motz
U.S. District Judge, District of Maryland