IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORPORATION ANTITRUST LITIGATION ) ) ) ) This Document Relates to: ) ) *Burst.com, Inc. v. Microsoft Corp.* ) ) ) Civil action No. C-02-2952 ) ) | MDL Docket No. 1332  Hon. J. Frederick Motz |

**MICROSOFT'S MOTION TO COMPEL PLAINTIFF TO PROVIDE A FULL AND COMPLETE RESPONSE TO ITS FOURTH SET OF INTERROGATORIES, INTERROGATORY N0. 1, AND CERTIFICATE OF CONFERENCE [ATTACHMENTS FILED UNDER SEAL]**

Pursuant to Local Rules 104.8(c), Microsoft Corp. herewith files the parties' briefing on Microsoft's Motion to Compel Plaintiff to Provide a Full and Complete Response to its Fourth Set of Interrogatories, Interrogatory No. 1, and certification of a conference of counsel as required by Local Rule 104.7. See Exhibits A – C. The parties have held a number of discussions in efforts to resolve the issues, including holding a conference on January 22. Through those conferences, the parties have come close to resolving the outstanding issues, but Burst has yet to provide the requested information.

The issues remaining for the Court's consideration involve Burst's failure to provide complete narrative responses to subparts (a),(c), and (d), and to identify the relevant documents as requested by subparts (b) and (e), of Interrogatory No. 1, relating to the revenues Burst

received from each of its customers and its relationships with those customers as set forth in the attached briefing.

Dated: January 25, 2003                              MICROSOFT CORPORATION


By: /s/ John W. Treece
    John W. Treece
    SIDLEY AUSTIN BROWN & WOOD LLP
    Bank One Plaza
    10 South Dearborn Street
    Chicago, Illinois 60603
    (312) 853-7000

Of Counsel:                                          Michael F. Brockmeyer
Philip L. Graham, Jr.                                PIPER RUDNICK LLP
David B. Tulchin                                     6225 Smith Avenue
Marc De Leeuw                                        Baltimore, Maryland 21209-3600
SULLIVAN & CROMWELL                                  Telephone: (410) 580 4115
125 Broad Street
New York, NY 10004-2498
(212) 558-4000


Thomas W. Burt                                       Karen A. Popp (D. Md. No. 26145)
Richard J. Wallis                                    SIDLEY AUSTIN BROWN & WOOD LLP
Steven J. Aeschbacher                                1501 K Street, N.W.
MICROSOFT CORPORATION                                Washington, D.C. 20005
One Microsoft Way
Redmond, Washington 98052
(425) 936-8080

                                                     Charles W. Douglas
                                                     Richard A. Cederoth
                                                     David M. Schiffman
                                                     John W. Treece
                                                     SIDLEY AUSTIN BROWN & WOOD LLP
                                                     Bank One Plaza
                                                     10 South Dearborn Street
                                                     Chicago, Illinois 60603
                                                     (312) 853-7000

*Attorneys for Defendant Microsoft Corporation*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on January 26, 2004, I caused a copy of Microsoft's Motion to Compel Plaintiff to Provide a Full and Complete Response to Its Fourth Set of Interrogatories, Interrogatory No. 1, and Certificate of Conference [Attachments Filed Under Seal] to be served upon the following by overnight courier:

      Spencer Hosie, Esq.
      Hosie Frost Large & McArthur LLP
      One Market
      Spear Street Tower
      Ste. 2200
      San Francisco CA 94105

      John B. Isbister, Esq.
      Tydings & Rosenberg LLP
      100 East Pratt Street, 26th Floor
      Baltimore, Maryland 21202

_____
Michael F. Brockmeyer