## NOTICE OF DOCUMENTS FILED SEPARATELY UNDER SEAL

In re: Microsoft Corp. Antitrust Litigation

MDL Docket No. 1332

This Document related to:

Burst.com Inc. v. Microsoft Corp.
No. JFM-02-2952

FILED SEPARATELY UNDER SEAL

A. Microsoft's Motion to Compel Plaintiff to Provide a Full and Complete Response to Microsoft's Fourth Set of Interrogatories, Interrogatory No. 1 with exhibits, dated November 18, 2003.

B. Burst.com Inc.'s Opposition to Motion to Compel Further Interrogatory Responses with exhibits, dated December 2, 2003.

C. Microsoft's Reply in Support of Its Motion to Compel Burst.com Inc. to Provide Further Interrogatory Responses with exhibits, dated December 17, 2003.