IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORPORATION ANTITRUST LITIGATION | |
| This Document Relates to: | MDL Docket No. 1332 |
| *Burst.com, Inc. v. Microsoft Corp.* | Hon. J. Frederick Motz |
| Civil Action No. C-02-2952 | |

### [PROPOSED] ORDER GRANTING MOTION TO COMPEL

Microsoft's Motion to Compel Plaintiff to Provide a Full and Complete Response to Microsoft's Fourth Set of Interrogatories, Interrogatory No. 1, is GRANTED. Within fifteen days of the entry of this order, Burst shall:

1. Provide a full and complete response to each of the subparts of Microsoft's Fourth Set of Interrogatories, Interrogatory No. 1.

_____
J. Frederick Motz
U.S. District Judge, District of Maryland

CH1 2863621v1