## **INDEX OF EXHIBITS**

| | |
|---|---|
| U.S. Patent No. 4,963,995 | Exhibit A |
| U.S. Patent No. 5,164,839 | Exhibit B |
| U.S. Patent No. 5,995,705 | Exhibit C |
| Declaration of Brian Von Herzen | Exhibit D |
| Videotaped Deposition of Robert Louis Stevenson, Jr. | Exhibit E |
| Deposition of Richard Lang | Exhibit F |
| U.S. Patent No. 4,506,387 | Exhibit G |
| BUR5131194 to BUR5131202 | Exhibit H |
| Luther, "You are there … and in control," IEEE Spectrum (September 1988) | Exhibit I |
| Burst's Proposed Claim Construction | Exhibit J |
| August 28, 1995 Amendment "C" at 6 (Appl. No. 07/976,542, abandoned) | Exhibit K |
| January 4, 1991 Amendment "B" at 8 (U.S. Patent No. 5,057,932) | Exhibit L |
| August 4, 1997 Preliminary Amendment at 8 | Exhibit M |
| U.S. Patent No. 4,300,161 | Exhibit N |
| BUR 5077355 | Exhibit O |
| U.S. Patent No. 4,736,239 | Exhibit P |
| U.S. Patent No. 4,467,473 | Exhibit Q |
| Webster's New Collegiate Dictionary (1979) | Exhibit R |
| March 12, 1990 Amendment "A" at 20 ('995 patent) | Exhibit S |
| Patent Office's Manual of Patent Examining Procedure Section 2111.03 Transitional Phrases | Exhibit T |
| "How to Use This Dictionary" p. vi. | Exhibit U |
| '839 File History, Reason For Allowance | Exhibit V |
| AMD 7971 Data Sheet | Exhibit W |