# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

IN RE MICROSOFT CORPORATION
ANTITRUST LITIGATION:

BURST.COM,

    Plaintiff,

    -vs-          Case No. MDL DOCKET NO. 1332
                        JFM 02-CV-2090

MICROSOFT CORPORATION,

    Defendant.
_____/

**CERTIFIED COPY**

**CONFIDENTIAL**

DEPOSITION OF RICHARD LANG

CONFIDENTIAL

Pages 1 to 175

JULY 23, 2003

Reported by: LOUISE MARIE SOUSOURES, CSR NO. 3575



GROSSMAN & COTTER
CERTIFIED COURT REPORTERS
Comp-U-Scripts    Weber & Volzing

2421 Park Boulevard, Suite A-200 • Palo Alto, CA 94306    465 California Street • San Francisco, CA 94104
Phone 650.324.1181    Fax 650.324.4609    Phone 415.395.9330    Fax 415.395.9254

| | | |
|---|---|---|
| 1 | 18 seconds, would that be faster than realtime? | 10:37:54 |
| 2 | A.  Yes. | 10:38:00 |
| 3 | Q.  And then that would be within what you | 10:38:00 |
| 4 | invented, right? | 10:38:02 |
| 5 | A.  What I invented would be the apparatus and | 10:38:05 |
| 6 | the method for taking that audio source material and | 10:38:08 |
| 7 | putting it into the form where it was time compressed | 10:38:13 |
| 8 | and being able to send it to one or more -- one or | 10:38:16 |
| 9 | more similar apparatus or, you know, utilizing this | 10:38:21 |
| 10 | method such that it would be received in faster than | 10:38:28 |
| 11 | realtime. | 10:38:31 |
| 12 | I did not invent the concept of data going | 10:38:33 |
| 13 | faster than realtime.  I invented the specific | 10:38:38 |
| 14 | apparatus and specific method to accomplish that with | 10:38:41 |
| 15 | video and audio. | 10:38:44 |
| 16 | Q.  Had data been transferred faster than | 10:38:46 |
| 17 | realtime before your invention? | 10:38:49 |
| 18 | A.  I don't recall instances of it, but there | 10:38:52 |
| 19 | had not been this invention prior to my invention of | 10:38:55 |
| 20 | it. | 10:38:58 |
| 21 | Q.  Let's move to the -- to claim 26.  You had | 10:39:02 |
| 22 | mentioned -- not claim 26, Exhibit 26. | 10:39:07 |
| 23 | You had mentioned a method so let's start | 10:39:10 |
| 24 | taking a look at the method claims with some of the | 10:39:13 |
| 25 | apparatus claims? | 10:39:17 |

43

| | | |
|---|---|---|
| 1 | MR. YORIO: Same objection as to form. | 10:55:23 |
| 2 | THE WITNESS: I don't -- if I understand | 10:55:25 |
| 3 | your question correctly, I don't believe there's | 10:55:26 |
| 4 | another block in the patent other than the fact that | 10:55:28 |
| 5 | that block should be read in conjunction with the | 10:55:34 |
| 6 | various output means to determine what's being -- | 10:55:37 |
| 7 | what form that compression is taking. | 10:55:42 |
| 8 | BY MR. LEWIS: | |
| 9 | Q. I don't think you quite answered the same | 10:55:46 |
| 10 | question I asked. Let me just ask this: Other than | 10:55:48 |
| 11 | the AMD 7971, are there any other means in the '995 | 10:55:54 |
| 12 | patent specification to perform the compressing | 10:56:01 |
| 13 | function? If there are not, that's fine. I'm just | 10:56:05 |
| 14 | asking. | 10:56:08 |
| 15 | A. Well, again, if I understand your question | 10:56:09 |
| 16 | correctly, the answer is no. | 10:56:15 |
| 17 | Q. What about my question don't you understand? | 10:56:19 |
| 18 | A. Well, you know, that's given as an example. | 10:56:21 |
| 19 | So, it sounds like you're saying that that's the | 10:56:25 |
| 20 | compression that is called out as integral to this | 10:56:30 |
| 21 | patent and -- | 10:56:33 |
| 22 | Q. That's an issue for another day and what I'm | 10:56:34 |
| 23 | asking you factually, when you read the specification | 10:56:38 |
| 24 | to the '995 patent, is there any other means in it | 10:56:41 |
| 25 | disclosed, written about, other than the AMD 7971 | 10:56:46 |

48

| | | |
|---|---|---|
| 1 | chip for performing the compressing function? | 10:56:50 |
| 2 | MR. YORIO: Objection to the form of the | 10:56:58 |
| 3 | question. | 10:57:09 |
| 4 | THE WITNESS: Well, on column 4, line 65, | 10:57:09 |
| 5 | the sentence reads "Various algorithms may be | 10:57:12 |
| 6 | employed in the compression process which enable the | 10:57:15 |
| 7 | representation of a series of numbers by a reduced | 10:57:18 |
| 8 | number of digits." | 10:57:21 |
| 9 | So, that's, I suppose, an additional | 10:57:23 |
| 10 | reference to the compression. | 10:57:25 |
| 11 | BY MR. LEWIS: | |
| 12 | Q. Other than that, are there any other means | 10:57:26 |
| 13 | in here, other than the AMD 7971 in the specification | 10:57:29 |
| 14 | for the '995 patent, to perform the compressing | 10:57:33 |
| 15 | function? | 10:57:36 |
| 16 | A. Again -- | 10:57:39 |
| 17 | MR. YORIO: Same objection. | 10:57:40 |
| 18 | THE WITNESS: I believe the answer is no. | 10:57:40 |
| 19 | BY MR. LEWIS: | |
| 20 | Q. And how did the AMD 7971 chip end up being | 10:57:42 |
| 21 | referenced in the '995 patent? | 10:57:51 |
| 22 | A. It was one that was available at that time | 10:57:55 |
| 23 | that could serve as an example. | 10:58:00 |
| 24 | Q. Did you look it up or did somebody else | 10:58:02 |
| 25 | provide you with that chip? | 10:58:05 |

49

| | | |
|---|---|---|
| 1 | Q. It's in the '839. I don't know, the | 11:15:13 |
| 2 | original continuation in part is an earlier | 11:15:17 |
| 3 | application? | 11:15:19 |
| 4 | A. Right. I don't recall that. | 11:15:19 |
| 5 | Q. Are you aware of anything was removed from | 11:15:21 |
| 6 | the specification when the continuation in part was | 11:15:22 |
| 7 | filed? | 11:15:26 |
| 8 | A. Again, I don't recall specifically. | 11:15:28 |
| 9 | Q. Let me ask you to turn to column 13 of | 11:15:59 |
| 10 | Exhibit 26, the '839 patent. | 11:16:05 |
| 11 | A. 13? | 11:16:10 |
| 12 | Q. Yes. | 11:16:10 |
| 13 | A. Okay. | 11:16:11 |
| 14 | Q. Before I do that, let me ask you a couple | 11:16:12 |
| 15 | other questions. | 11:16:13 |
| 16 | In December of 1988 when the '995 patent was | 11:16:14 |
| 17 | filed, do you recall whether you were aware of the | 11:16:17 |
| 18 | existence of the Internet? | 11:16:20 |
| 19 | A. I don't believe I was. | 11:16:22 |
| 20 | Q. You don't believe you were aware of it? | 11:16:23 |
| 21 | A. No, I don't think it was common, only talked | 11:16:25 |
| 22 | about in those days if it existed at all. | 11:16:28 |
| 23 | Q. Were you aware of the Internet in May of | 11:16:31 |
| 24 | 1989 when the continuation in part application was | 11:16:34 |
| 25 | filed? | 11:16:36 |

57

| | | |
|---|---|---|
| 1 | and to claim 6 within there. | 15:03:24 |
| 2 | Starting right around line 32, it looks | 15:03:26 |
| 3 | like, they're off again on this one, there's the | 15:03:29 |
| 4 | compression means paragraph. | 15:03:32 |
| 5 | Take a look at that and we will talk. | 15:03:34 |
| 6 | A. Column 13 -- | 15:03:37 |
| 7 | Q. About 32, give or take. | 15:03:39 |
| 8 | A. I see it, okay. Okay. | 15:03:42 |
| 9 | Q. All right. Now, with reference to the '995 | 15:03:53 |
| 10 | patent, we had talked earlier, if you recall, about | 15:03:58 |
| 11 | the AMD 7971. | 15:04:00 |
| 12 | Do you remember that? | 15:04:03 |
| 13 | A. Uh-huh. | 15:04:05 |
| 14 | Q. And now, it appears that the reference to | 15:04:06 |
| 15 | the AMD chip is not in the '705 patent. | 15:04:09 |
| 16 | I refer you to column 5 or anywhere else | 15:04:15 |
| 17 | you'd like to look. | 15:04:20 |
| 18 | Is that consistent with your understanding? | 15:04:21 |
| 19 | A. I believe that's correct. | 15:04:23 |
| 20 | Q. Is there, then, any specific structure | 15:04:26 |
| 21 | disclosed in the '705 patent that performs the | 15:04:28 |
| 22 | compressing function of -- as described in claim 6? | 15:04:34 |
| 23 | A. Well, yes, it's in the diagram. Box 12, | 15:04:41 |
| 24 | specifically box 26. | 15:04:45 |
| 25 | Q. Is there any -- that's just a little box | 15:04:49 |

130

| | | |
|---|---|---|
| 1 | that says comp/decom? | 15:04:51 |
| 2 |     A.   Yeah, compression, decompression. | 15:04:54 |
| 3 |     Q.   Is there any specific hardware called out -- | 15:04:56 |
| 4 | I won't use that -- is there any specific hardware | 15:04:58 |
| 5 | identified in the '705 patent to perform the | 15:05:01 |
| 6 | compressing function? | 15:05:05 |
| 7 |     MR. YORIO:  Objection to the form of the | |
| 8 | question. | 15:05:11 |
| 9 |     THE WITNESS:  There wasn't a need to call | 15:05:11 |
| 10 | out a specific.  By this time, there are numerous | 15:05:12 |
| 11 | examples known in the art for compressing video data. | 15:05:15 |
| 12 | BY MR. LEWIS: | |
| 13 |     Q.   So then it's correct no specific hardware | 15:05:19 |
| 14 | was identified in the '705 patent? | 15:05:22 |
| 15 |     MR. YORIO:  Same objection. | 15:05:25 |
| 16 |     THE WITNESS:  Again, you know, there was an | 15:05:27 |
| 17 | example given of specific hardware in the '995.  We | 15:05:29 |
| 18 | did not see a need to call out specific hardware in | 15:05:36 |
| 19 | this one. | 15:05:38 |
| 20 | BY MR. LEWIS: | |
| 21 |     Q.   So then you didn't do so, correct? | 15:05:40 |
| 22 |     A.   That's correct. | 15:05:43 |
| 23 |     Q.   Let me refer you to a different part of -- | 15:05:44 |
| 24 | within that paragraph that we're talking about, | 15:05:50 |
| 25 | column 13, and it looks like it's line 38. | 15:05:53 |

131

1       In other words, if it were not noticeable,   15:07:02
2 if it was -- if it was a 60 minute program that was   15:07:05
3 transmitted in 59 minutes and 58 seconds, I would not   15:07:08
4 call it substantially shorter.   15:07:13
5       If it was transmitted in 30 minutes instead   15:07:15
6 of 60, I would say that's substantially shorter.   15:07:17
7 BY MR. LEWIS:
8   Q. Where would you draw the line between just   15:07:21
9 shorter and substantially shorter?   15:07:23
10   A. I don't know. I think that would be   15:07:25
11 subjective for different people.   15:07:27
12   Q. Is there anything in the '705 patent   15:07:29
13 specification or figures that would help you draw the   15:07:32
14 line between shorter and substantially shorter?   15:07:36
15       MR. YORIO: Objection to the form of the
16 question.   15:07:39
17       THE WITNESS: I -- if you like, I can read   15:07:40
18 through the '705 specification to look for that. I   15:07:43
19 don't recall anything off the top of my head.   15:07:47
20 Doesn't mean it's not there.   15:07:48
21 BY MR. LEWIS:
22   Q. Go ahead.   15:07:50
23   A. If you want me to, I will.   15:07:51
24   Q. That's fine. You've looked at it enough   15:07:53
25 times. I'm sure you can go through it in a   15:07:55

133

| | | |
|---|---|---|
| 1 | reasonably efficient manner. | 15:07:58 |
| 2 |     A.  I'll do my best, but -- in other words, what | 15:08:00 |
| 3 | you want me to identify is terminology that refers to | 15:08:03 |
| 4 | the term substantially shorter? | 15:08:05 |
| 5 |     Q.  What I'm trying to understand is the | 15:08:09 |
| 6 | difference between shorter and substantially shorter, | 15:08:10 |
| 7 | because in the other patents, it talks about shorter | 15:08:13 |
| 8 | and this one says substantially shorter. | 15:08:17 |
| 9 |     I'm trying to understand what if anything | 15:08:20 |
| 10 | the difference is and so I wanted to know if there's | 15:08:21 |
| 11 | anything in the specification or the figures that | 15:08:26 |
| 12 | would help me understand the difference between | 15:08:28 |
| 13 | shorter and substantially shorter. | 15:08:31 |
| 14 |     A.  Let me take a quick look here. | 15:08:35 |
| 15 |     One possible place would be column 2, line | 15:09:18 |
| 16 | 54. Actually, the sentence starting at 50 looks | 15:09:23 |
| 17 | like 3 where it talks about utilizing a data | 15:09:30 |
| 18 | compression technique for efficient storage, | 15:09:33 |
| 19 | efficient transmission and so, you know, to be | 15:09:36 |
| 20 | efficient, I would say efficient is a word that would | 15:09:40 |
| 21 | help clarify substantial. | 15:09:44 |
| 22 |     Q.  Does that tell you the difference between -- | 15:09:48 |
| 23 | strike that. | 15:09:50 |
| 24 |     Does efficient as used in column 2 help one | 15:09:50 |
| 25 | understand the difference between shorter and | 15:09:54 |

134

| | | |
|---|---|---|
| 1 | substantially shorter? | 15:09:56 |
| 2 |     MR. YORIO: Objection to the form. | 15:09:58 |
| 3 |     THE WITNESS: Again, it's subjective, | 15:09:59 |
| 4 | depending upon what the needs are of the person | 15:10:01 |
| 5 | that's applying the invention. | 15:10:04 |
| 6 |     So, I'll keep looking but that's the first | 15:10:06 |
| 7 | word that helps clarify that difference. | 15:10:16 |
| 8 | BY MR. LEWIS: | |
| 9 |     Q.  Okay.  Let me know if there's anything else. | 15:10:18 |
| 10 |     A.  There's a reference -- two references to | 15:12:10 |
| 11 | speed beginning on column 7, line 66 ending -- let's | 15:12:13 |
| 12 | see.  The first one ends on column 8, line 1 and 2, | 15:12:24 |
| 13 | talks about accuracy and reliability at a high speed | 15:12:29 |
| 14 | and example is 200 megabytes per second. | 15:12:35 |
| 15 |     And it talks about the VCR-ET can | 15:12:41 |
| 16 | receive/transmit a video program at an accelerated | 15:12:45 |
| 17 | rate. | 15:12:48 |
| 18 |     So, in less time than it would take to view | 15:12:49 |
| 19 | the program in that same paragraph. | 15:12:52 |
| 20 |     Again, the true answer to your question is | 15:12:56 |
| 21 | that it is subjective, whether something is shorter, | 15:12:58 |
| 22 | substantially shorter. | 15:13:01 |
| 23 |     Q.  Subjective to whom? | 15:13:03 |
| 24 |     A.  To the reader, to the person using the | 15:13:03 |
| 25 | invention. | 15:13:08 |

135

| | | |
|---|---|---|
| 1 | I think the key point from my perspective | 15:13:09 |
| 2 | was that that time be less than the duration of the | 15:13:12 |
| 3 | realtime program.  There may be -- you know, there | 15:13:16 |
| 4 | may be efficiencies even if it's only five percent | 15:13:18 |
| 5 | shorter that would make sense in one application | 15:13:22 |
| 6 | versus another application.  To really be worthwhile, | 15:13:28 |
| 7 | economically feasible you would have to send it four | 15:13:30 |
| 8 | times faster than realtime and that would be a | 15:13:33 |
| 9 | function of how it's being used and where and who is | 15:13:35 |
| 10 | using it. | 15:13:38 |
| 11 | So, you know, what's shorter to one person | 15:13:39 |
| 12 | might be substantially shorter to another. | 15:13:42 |
| 13 | Q.  Would five to 30 seconds for a two-hour | 15:13:53 |
| 14 | movie be substantially shorter than realtime? | 15:13:56 |
| 15 | A.  I would think so. | 15:13:59 |
| 16 | Q.  Do you know why substantially shorter was | 15:14:21 |
| 17 | included in the claims of the '705 patent? | 15:14:23 |
| 18 | A.  I don't remember. | 15:14:26 |
| 19 | Q.  Did you ever know? | 15:14:27 |
| 20 | A.  I'm sure I did, but I don't recall it right | 15:14:29 |
| 21 | now, the context of today, you know, however many | 15:14:31 |
| 22 | years later it is. | 15:14:34 |
| 23 | Q.  Were there any other references in the | 15:15:14 |
| 24 | specification of the '705 patent that you thought | 15:15:16 |
| 25 | would help one identify the difference between | 15:15:19 |

136

| | | |
|---|---|---|
| 1 | shorter and substantially shorter? | 15:15:22 |
| 2 | A. I'll keep looking. | 15:15:25 |
| 3 | Column 8, lines -- the sentence beginning on | 15:15:30 |
| 4 | line 10, talks about an accelerated rate. | 15:15:35 |
| 5 | Again, the answer is it is subjective, but | 15:15:41 |
| 6 | the key -- it is shorter as a result of the | 15:15:44 |
| 7 | application of the invention. | 15:15:48 |
| 8 | Q. But then there's substantially shorter? | 15:15:50 |
| 9 | A. You know, it's -- it's subjective. | 15:15:52 |
| 10 | Q. One wouldn't know just from the word | 15:15:57 |
| 11 | substantially shorter whether something was | 15:15:59 |
| 12 | substantially shorter or not substantially shorter | 15:16:01 |
| 13 | and not just shorter? | 15:16:05 |
| 14 | MR. YORIO: Objection to the form of the | |
| 15 | question. | 15:16:08 |
| 16 | THE WITNESS: No, each person would know | 15:16:08 |
| 17 | based on their own application of the patent, whether | 15:16:09 |
| 18 | the actual application represented shorter or | 15:16:13 |
| 19 | substantially shorter. | 15:16:16 |
| 20 | Again, in some situations, a gain of ten | 15:16:18 |
| 21 | percent could be substantial given all the other | 15:16:21 |
| 22 | factors. | 15:16:25 |
| 23 | In another situation, you know, you might | 15:16:26 |
| 24 | need to get twice or ten times realtime to say that's | 15:16:30 |
| 25 | substantially shorter. | 15:16:33 |

137

| | | |
|---|---|---|
| 1 | BY MR. LEWIS: | |
| 2 | Q. Anywhere else you would like to point to in | 15:16:35 |
| 3 | the '705 patent that would help understand the | 15:16:38 |
| 4 | difference between shorter and substantially shorter? | 15:16:42 |
| 5 | A. All I'm doing really is pointing out | 15:16:44 |
| 6 | references to speed. I don't think it will change | 15:16:48 |
| 7 | the sense of my response, but if you want, I will | 15:16:50 |
| 8 | continue to look for other references to speed. | 15:16:54 |
| 9 | Q. I guess I don't understand how a reference | 15:16:56 |
| 10 | to speed tells you the difference between shorter and | 15:16:58 |
| 11 | substantially shorter. | 15:17:00 |
| 12 | Does it? | 15:17:01 |
| 13 | MR. YORIO: Objection to the form of the | |
| 14 | question. | 15:17:05 |
| 15 | BY MR. LEWIS: | |
| 16 | Q. Let me reask it. | 15:17:05 |
| 17 | How does a reference to speed indicate the | 15:17:06 |
| 18 | difference between shorter and substantially shorter | 15:17:08 |
| 19 | transmission time? | 15:17:12 |
| 20 | MR. YORIO: Same objection. | 15:17:13 |
| 21 | THE WITNESS: I'm not sure that it will. I | 15:17:13 |
| 22 | think the core answer is that it's subjective based | 15:17:16 |
| 23 | on how the invention is being practiced, in what | 15:17:19 |
| 24 | context. | 15:17:26 |
| 25 | BY MR. LEWIS: | |

138

```
 1        I, LOUISE MARIE SOUSOURES, duly authorized to
 2   administer oaths pursuant to Section 2093(b) of the
 3   California Code of Civil Procedure, do hereby
 4   certify: That the witness in the foregoing deposition
 5   was by me duly sworn to testify the truth in the
 6   within-entitled cause; that said deposition was taken
 7   at the time and place therein cited; that the
 8   testimony of the said witness was reported by me and
 9   was hereafter transcribed under my direction into
10   typewriting; that the foregoing is a complete and
11   accurate record of said testimony; and that the
12   witness was given an opportunity to read and correct
13   said deposition and to subscribe the same.
14        Should the signature of the witness not be
15   affixed to the deposition, the witness shall not have
16   availed himself or herself of the opportunity to sign
17   or the signature has been waived.
18        I further certify that I am not of counsel,
19   nor attorney for any of the parties in the foregoing
20   deposition and caption named, nor in any way
21   interested in the outcome of the cause named in said
22   caption.
23        DATED: _____August 5_____, 2003
24        _____
25        LOUISE MARIE SOUSOURES,
          CSR. NO 3575
```

175