# EXHIBIT H

What is claimed is:

1. An apparatus comprising:

a first means for converting analog video signals received to first digital data signals,

an output port; and

a second means for transmitting said first digital data signals to said output port at a speed greater than the speed of the analog video signals received by said first means.

2. The apparatus set forth in claim 1 in further combination with:

means for coupling said output port to an optical fiber.

3. The apparatus set forth in claim 1 in further combination with:

means for coupling said output port to a telephone line.

4. The apparatus set forth in claim 1 wherein:

said first means sequentially compresses said first digital data signal into a second digital data signal, and

said second means transmits said second digital data signal to said output port.

5. The apparatus set forth in claim 1 in further combination with:

- 21 -

CONFIDENTIAL

a transmission medium coupled to said output port; and

decompression means coupled to said transmission medium for receiving and decompressing said second digital data signal.

6. The apparatus set forth in claim 5 in further combination with:

a memory device coupled to said transmission medium for receiving and storing said second digital data signal; and

means for editing the data stored in said memory device.

7. The apparatus set forth in claim 5 in further combination with:

means coupled to said decompression means for displaying video images corresponding to said second digital data signal.

8. An apparatus comprising:

a data port for receiving digital signals corresponding to video information, and

means connected to said data port for receiving program information in compressed digital signals and converting the compressed digital signals to decompressed analog signals.

- 22 -

9. The apparatus set forth in claim 8 in further combination with:

   data decompression means, and

   said data decompression means decompresses compressed digital signals received by said data port.

10. The apparatus set forth in claim 8 wherein:

    said means receives compressed digital signals from a video library.

11. An apparatus comprising:

    a first means for receiving analog video signals from an analog video signal storage device,

    a digital memory,

    a second means for receiving and digitizing said analog video signals and generating digitized data,

    said second means transmitting said digitized data to said memory, and

    a third means for receiving said digitized data from said digital memory and reconstructing analog video signals in response thereto.

12. The apparatus set forth in claim 11 wherein:

    said second means digitizes and compresses said analog video signals.

13. The apparatus set forth in claim 11 wherein:

    said first means receives said analog video signals from a video cassette, and

said third means transmits said reconstructed analog video signal to another cassette.

14. An apparatus comprising:

a first means for receiving digital data corresponding to first video signals,

a second means for editing said digital data, and

a third means for displaying second video signals on a monitor corresponding to said edited data,

said second means permitting a user to alter the sequence of said first video signals.

15. The apparatus set forth in claim 14 wherein:

said digital data comprises compressed digital data.

16. An apparatus comprising:

a first means for receiving analog video/audio signals,

a second means for generating digital data corresponding to said video/audio signals, and

a third means for communicating said digital data over a telephone line.

17. The apparatus set forth in claim 16 wherein:

said digital data comprises compressed digital data.

- 24 -

18. A self contained analog video recorder comprising:
   an analog video cassette recorder employing a data storage medium,
   an analog video control unit connected to said storage medium for receiving audio video signals from said medium at a first speed and then digitizing said signals, and
   a first means for transmitting the digitized signals to an output port at a second speed.

19. The self contained audio video recorder set forth in claim 18 wherein:
   said second speed is greater than said first speed.

20. The self contained audio video recorder set forth in claim 1 wherein:
   said control unit digitizing and modifies said signals.

21. The self contained audio video recorder set forth in claim 18 wherein:
   said output port comprises a receiver.

22. A self contained audio video recorder comprising:
   an audio video cassette recorder employing a data storage medium,
   an audio video control unit connected to said storage medium for receiving audio video signals from said medium and digitizing and modifying said signals,

a memory,

a first means for transmitting the digitized and modified signals to said memory,

a second means for editing said signals in said memory, and

a third means for transmitting the edited signals to said medium.

23. The self contained audio video recorder set forth in claim 22 wherein:

said audio video signals are received from said medium at a first speed, and

said third means transmits said edited signals to said medium at a second speed.

24. The self contained audio video recorder set forth in claim 23 wherein:

said second speed is higher than said first speed.

25. A digital editing audio video recorder transmitter comprising:

an audio video recorder comprising a data storage medium,

an audio video control unit connected to said storage medium for receiving audio video signals from said medium and digitizing said signals.

- 26 -

a memory,

a first means for transmitting the digitized signals to said memory,

a second means for editing the digitized signals in said memory, and

a third means for transmitting the edited digitized signals to a receiver.

26. The digital editing audio video recorder/transmitter, set forth in claim 25 wherein:

said audio video control unit digitizes and modifies the audio video signals received from said storage medium.

27. The digital editing audio video recorder/transmitter set forth in claim 25 wherein:

said audio video recorder comprises a video cassette recorder having a single deck for receiving a cassette.

28. The digital editing audio video recorder/transmitter set forth in claim 25 wherein:

said audio video control unit digitizes and compresses said audio video signals.

29. The digital editing audio video recorder/transmitter set forth in claim 28 in further combination with:

a fourth means for selectively transmitting the edited digitized signals to said audio video control unit,

- 27 -

said audio video control unit expanding said edited digitized signals, and

a fifth means for transmitting the expanded edited digitized signals to said medium.

30. A digital editing audio video recorder/transmitter comprising:

an audio video recorder employing a data storage medium,

an audio/video control unit,

said audio video control unit comprising an analog to digital converter, a digital to analog converter, a compressor/decompressor, a controller, a central processor unit, and a random access memory,

means for transmitting audio video signals from said storage medium to said analog to digital converter for conversion to signals of a digital form,

said controller, central processor unit and random access memory modifying said signals in said digital form in said compressor/decompressor,

a memory,

means for transmitting the modified digitial signals from said compressor/decompressor to said memory,

a digital control unit,

said digital control unit editing said compressed digital signals, and

means for transmitting the edited compressed digital signals to a receiver.

- 28 -

31. The digital editing video recorder/transmitter set forth in claim 30 wherein:

said controller of said audio video control unit comprises the digital form of said signals.

32. The digital editing video recorder/transmitter set forth in claim 30 in further combination with:

means for transmitting said modified signals to said medium.

- 29 -