# EXHIBIT O

# EXHIBIT O WITHDRAWN AT BURST.COM'S REQUEST AS INADVERTENTLY PRODUCED PRIVILEGED DOCUMENT