# EXHIBIT R



67                                                                                         assent ● assort

**as-sent** \ə-'sent\ vi [ME *assenten*, fr. OF *assenter*, fr. L *assentari*, freq. of *assentire*, fr. *ad-* + *sentire* to feel — more at SENSE] : to agree to something esp. after thoughtful consideration : CONCUR — **as-sent-er** or **as-sen-tor** \-'sent-ər\ n
**syn** ASSENT, CONSENT, ACCEDE, ACQUIESCE, AGREE, SUBSCRIBE *shared meaning element* : to concur with what has been proposed *ant* dissent
²**assent** n : an act of assenting : ACQUIESCENCE, AGREEMENT
**as-sen-ta-tion** \ˌas-ˌen-'tā-shən, -ən-\ n : ready assent esp. when insincere or obsequious
**as-sert** \ə-'sərt\ vt [L *assertus*, pp. of *asserere*, fr. *ad-* + *serere* to join — more at SERIES] 1 : to state or declare positively and often forcefully or aggressively 2 a : to demonstrate the existence of ⟨~ his manhood —James Joyce⟩ b : POSIT, POSTULATE
**syn** 1 ASSERT, DECLARE, AFFIRM, PROTEST, AVOW *shared meaning element* : to state or put forward positively usu. in anticipation of or in the face of denial or objection *ant* deny, controvert
2 see MAINTAIN
— **assert oneself** : to compel recognition esp. of one's rights
**as-ser-tion** \ə-'sər-shən\ n : the act of asserting; *also* : DECLARATION, AFFIRMATION
**as-ser-tive** \ə-'sərt-iv\ adj : disposed to or characterized by bold or confident assertion *syn* see AGGRESSIVE *ant* retiring, acquiescent — **as-ser-tive-ly** adv — **as-ser-tive-ness** n
**asses** pl of AS or of ASS
**as-sess** \ə-'ses\ vt [ME *assessen*, prob. fr. ML *assessus*, pp. of *assidēre*, fr. L to sit beside, assist in the office of a judge — more at ASSIZE] 1 : to determine the rate or amount of (as a tax) 2 a : to impose (as a tax) according to an established rate b : to subject to a tax, charge, or levy 3 : to make an official valuation of (property) for the purposes of taxation 4 : to determine the importance, size, or value of *syn* see ESTIMATE — **as-sess-able** \-'es-ə-bəl\ adj
**as-sess-ment** \ə-'ses-mənt\ n 1 : the act or an instance of assessing: APPRAISAL 2 : the amount assessed
**as-ses-sor** \ə-'ses-ər\ n 1 : an official who assists a judge or magistrate 2 : an official who assesses property for taxation
**asset** \'as-ˌet\ n [back-formation from *assets*, sing., sufficient property to pay debts and legacies, fr. AF *asetz*, fr. OF *assez* enough, fr. (assumed) VL *ad satis*, fr. L *ad* to + *satis* enough — more at AT, SAD] 1 pl a : the property of a deceased person subject by law to the payment of his debts and legacies b : the entire property of all sorts of a person, association, corporation, or estate applicable or subject to the payment of his or its debts 2 : ADVANTAGE, RESOURCE ⟨his wit is his chief ~⟩ 3 pl : the items on a balance sheet showing the book value of property owned
**as-sev-er-ate** \ə-'sev-ə-ˌrāt\ vt *-at-ed; -at-ing* [L *asseveratus*, pp. of *asseverare*, fr. *ad-* + *severus* severe] : to affirm or aver positively or earnestly — **as-sev-er-a-tion** \-ˌsev-ə-'rā-shən\ n — **as-sev-er-a-tive** \-'sev-ə-ˌrāt-iv\ adj
**as-si-du-i-ty** \ˌas-ə-'d(y)ü-ət-ē\ n, pl *-ties* 1 : the quality or state of being assiduous : DILIGENCE 2 : solicitous or obsequious attention to a person
**as-sid-u-ous** \ə-'sij-(ə-)wəs\ adj [L *assiduus*, fr. *assidēre*] : marked by careful unremitting attention or persistent application ⟨~ patrons of the opera⟩ *syn* see BUSY *ant* desultory — **as-sid-u-ous-ly** adv — **as-sid-u-ous-ness** n
¹**as-sign** \ə-'sīn\ vt [ME *assignen*, fr. OF *assigner*, fr. L *assignare*, fr. *ad-* + *signare* to mark, fr. *signum* (mark, sign)] 1 : to transfer (property) to another esp. in trust or for the benefit of creditors 2 a : to appoint to a post or duty b : PRESCRIBE ⟨~ the lesson⟩ 3 : to fix authoritatively : SPECIFY ⟨~ a limit⟩ 4 : to ascribe with assurance esp. as motive or reason *syn* see ALLOT, ASCRIBE — **as-sign-abil-i-ty** \-ˌsī-nə-'bil-ət-ē\ n — **as-sign-able** \-'sī-nə-bəl\ adj — **as-sign-er** \-'sī-nər\ or **as-sign-or** \ˌas-ə-'nȯ(ə)r, ˌas-ˌī-, ə-ˌsī-\ n
²**assign** n : ASSIGNEE
**as-sig-nat** \ˌas-(ˌ)ēn-'yä, 'as-ig-ˌnat\ n [F, fr. L *assignatus*, pp. of *assignare*] : a bill issued as currency by the French Revolutionary government (1790–95) on the security of expropriated lands
**as-sig-na-tion** \ˌas-ig-'nā-shən\ n 1 : the act of assigning or the assignment made; *esp* : ALLOTMENT 2 : TRYST ⟨returned from an ~ with his mistress —W. B. Yeats⟩ — **as-sig-na-tion-al** \-shnəl, -shən-ᵊl\ adj
**assigned risk** n : a poor risk (as an accident-prone motorist) that insurance companies would normally reject but are forced to insure by state law
**as-sign-ee** \ˌas-ə-'nē, ˌas-ˌī-, ə-ˌsī-\ n 1 : a person to whom an assignment is made 2 : a person appointed to act for another 3 : a person to whom a right or property is legally transferred
**as-sign-ment** \ə-'sīn-mənt\ n 1 : the act of assigning 2 a : a position, post, or office to which one is assigned b : a specified task or amount of work assigned or undertaken as if assigned by authority 3 : the transfer of property; *esp* : the transfer of property to be held in trust or to be used for the benefit of creditors *syn* see TASK
**as-sim-i-la-ble** \ə-'sim-ə-lə-bəl\ adj : capable of being assimilated — **as-sim-i-la-bil-i-ty** \-ˌsim-ə-lə-'bil-ət-ē\ n
¹**as-sim-i-late** \ə-'sim-ə-ˌlāt\ vb *-lat-ed; -lat-ing* [ML *assimilatus*, pp. of *assimilare*, fr. L *assimulare* to make similar, fr. *ad-* + *simulare* to make similar, simulate] vt 1 : to take in and appropriate as nourishment : absorb into the system b : to take into the mind and thoroughly comprehend 2 a : to make similar b : to alter by assimilation c : to absorb into the cultural tradition of a population or group ⟨the community assimilated many immigrants⟩ 3 : COMPARE, LIKEN ~ vi : to become assimilated *syn* see ABSORB — **as-sim-i-la-tor** \-ˌlāt-ər\ n
²**as-sim-i-late** \-lət, -ˌlāt\ n : something that is assimilated
**as-sim-i-la-tion** \ə-ˌsim-ə-'lā-shən\ n 1 a : an act, process, or instance of assimilating b : the state of being assimilated 2 : the incorporation or conversion of nutrients into protoplasm that in animals follows digestion and absorption and in higher plants involves both photosynthesis and root absorption 3 : change of a sound in speech so that it becomes identical with or similar to a neighboring sound ⟨in the word *cupboard* the \p\ sound of the word *cup* has undergone complete ~⟩ *syn* see RECOGNITION
**as-sim-i-la-tion-ism** \-shə-ˌniz-əm\ n : a policy of assimilating differing racial or cultural groups — **as-sim-i-la-tion-ist** \-sh(ə-)nəst\ n or adj
**as-sim-i-la-tive** \ə-'sim-ə-ˌlāt-iv, -lət-\ adj : of, relating to, or causing assimilation
**as-sim-i-la-to-ry** \ə-'sim-ə-lə-ˌtōr-ē, -ˌtȯr-\ adj : ASSIMILATIVE
¹**as-sist** \ə-'sist\ vb [MF or L; MF *assister* to help, stand by, fr. L *assistere*, fr. *ad-* + *sistere* to cause to stand; akin to L *stare* to stand — more at STAND] vt 1 : to give support or aid 2 : to be present as a spectator ~ vi : to give usu. supplementary support or aid to ⟨~ a lame man up the stairs⟩ *syn* see HELP *ant* hamper, impede
²**assist** n 1 : an act of assistance : AID 2 : the action of a player who by passing a ball or puck enables a teammate to make a put-out or score a goal 3 : a mechanical device that provides assistance
**as-sis-tance** \ə-'sis-tən(t)s\ n : the act of assisting or the help supplied : AID ⟨financial and technical ~⟩
**as-sis-tant** \-tənt\ n : one who assists : HELPER; *also* : an auxiliary device or substance — **assistant** adj
**assistant professor** n : a member of a college or university faculty who ranks above an instructor and below an associate professor — **assistant professorship** n
**as-sis-tant-ship** \ə-'sis-tən(t)-ˌship\ n : an appointment awarded on an annual basis to a qualified graduate student that requires part-time teaching, research, or residence hall duties and carries a stipend
**as-size** \ə-'sīz\ n [ME *assise*, fr. OF, session, settlement, fr. *asseoir* to seat, fr. (assumed) VL *assedēre*, fr. L *assidēre* to sit beside, assist in the office of a judge, fr. *ad-* + *sedēre* to sit — more at SIT] 1 : an enactment made by a legislative assembly : ORDINANCE 2 a : a statute regulating weights and measures of articles sold in the market b : the regulation of the price of bread or ale by the price of grain 3 : a fixed or customary standard 4 a : a judicial inquest b : an action to be decided by such an inquest, the writ for instituting it, or the verdict or finding rendered by the jury 5 a : the former periodical sessions of the superior courts in English counties for trial of civil and criminal cases — usu. used in pl. b : the time or place of holding such a court, the court itself, or a session of it — usu. used in pl.
**assn** *abbr* association
**assoc** *also* **asso** *abbr* 1 associate 2 association
**as-so-cia-ble** \ə-'sō-sh(ē-)ə-bəl, -sē-ə-\ adj : capable of being associated, joined, or connected in thought
¹**as-so-ci-ate** \ə-'sō-s(h)ē-ˌāt\ vb *-at-ed; -at-ing* [ME *associat* associated, fr. L *associatus*, pp. of *associare* to unite, fr. *ad-* + *sociare* to join, fr. *socius* companion — more at SOCIAL] vt 1 : to join as a partner, friend, or companion 2 *obs* : to keep company with : ATTEND 3 : to join or connect together : COMBINE; *specif* : to subject to chemical association 4 : to bring together in any of various ways (as in memory or imagination) ~ vi 1 : to come together as partners, friends, or companions 2 : to combine or join with other parts : UNITE *syn* see JOIN
²**as-so-ci-ate** \ə-'sō-s(h)ē-ət, -shət, -ə(h)ē-ˌāt\ adj 1 : closely connected (as in function or office) with another 2 : closely related esp. in the mind 3 : having secondary or subordinate status ⟨~ membership in a society⟩
³**as-so-ci-ate** \like ²\ n 1 : a fellow worker : PARTNER, COLLEAGUE 2 : COMPANION, COMRADE 3 *often cap* : a degree conferred esp. by a junior college ⟨~ in arts⟩ — **as-so-ci-ate-ship** \-ˌship\ n
**associate professor** n : a member of a college or university faculty who ranks above an assistant professor and below a professor — **associate professorship** n
**as-so-ci-a-tion** \ə-ˌsō-sē-'ā-shən, -shē-\ n 1 a : the act of associating b : the state of being associated : PARTNERSHIP, COMBINATION 2 : an organization of persons having a common interest : SOCIETY 3 : something linked in memory or imagination with a thing or person 4 : the process of forming mental connections or bonds between sensations, ideas, or memories 5 : the formation of polymers by linkage through hydrogen bonds or of loosely bound chemical complexes 6 : a major unit in ecological community organization characterized by essential uniformity and usu. by two or more dominant species — **as-so-ci-a-tion-al** \-shnəl, -shən-ᵊl\ adj
**association football** n : SOCCER
**as-so-cia-tive** \ə-'sō-sh(ē-)ˌāt-iv, -shət-iv\ adj 1 : of or relating to association esp. of ideas or images 2 : dependent on or acquired by association or learning 3 : combining elements such that when the order of the elements is preserved the result is independent of the grouping ⟨addition is ~ since $(a + b) + c = a + (b + c)$⟩ — **as-so-cia-tive-ly** adv — **as-so-cia-tiv-i-ty** \-ˌsō-s(h)ē-ə-'tiv-ət-ē, -shət-'iv-\ n
**as-soil** \ə-'sȯi(ə)l\ vt [ME *assoilen*, fr. OF *assoldre*, fr. L *absolvere* to absolve] 1 *archaic* : ABSOLVE, PARDON 2 *archaic* : ACQUIT, CLEAR 3 *archaic* : EXPIATE — **as-soil-ment** \-mənt\ n, *archaic*
**as-so-nance** \'as-ə-nən(t)s\ n [F, fr. L *assonare* to answer with the same sound, fr. *ad-* + *sonare* to sound — more at SOUND] 1 : resemblance of sound in words or syllables 2 a : relatively close juxtaposition of similar sounds esp. of vowels b : repetition of vowels without repetition of consonants (as in *stony* and *holy*) used as an alternative to rhyme in verse — **as-so-nant** \-nənt\ adj or n
**as soon as** *conj* : immediately at or just after the time that
**as-sort** \ə-'sȯ(ə)rt\ vb [MF *assortir*, fr. *a-* (fr. L *ad-*) + *sorte* sort] vt 1 : to distribute into groups of a like kind : CLASSIFY 2 : to supply with an assortment or variety (as of goods) ~ vi 1 : to agree

| ə abut | ᵊ kitten | ər further | a back | ā bake | ä cot, cart |
| aů out | ch chin | e less | ē easy | g gift | i trip  I life |
| j joke | ŋ sing | ō flow | ȯ flaw | ȯi coin | th thin  ᵗʰ this |
| ü loot | ů foot | y yet | yü few | yů furious | zh vision |

