# EXHIBIT S



RECEIVED

MAR 2 7 1990

GROUP 230

$2v\overline{\sigma} - 203 - 235$
$7/a$

IN THE

UNITED STATES PATENT AND TRADEMARK OFFICE

ART UNIT 235

Examiner W. Daniel Swayze

Richard A. Lang

CASE          1352L (204)

SERIAL NO.   07/289,776

FILED         December 27, 1988

SUBJECT      VIDEO RECORDER/TRANSMITTER

B91130846

March 12, 1990

hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231.

William F. Hein

THE COMMISSIONER OF PATENTS AND TRADEMARKS
   WASHINGTON, D.C.  20231

SIR:

Amendment "A"

In response to the Office Action mailed October 11, 1990, please amend the above-identified patent application as indicated by the following:

In the drawings

Please amend Figure 2 as indicated in red on the enclosed photocopy of that drawing figure to correct a typographical error in the spelling of the word "controller" on one of the blocks and to correct an error in the reference numeral designation of that block.

In the specification

Page 1, line 1, cancel the present title and substitute therefor the new title --AUDIO/VIDEO TRANSCEIVER APPARATUS INCLUDING COMPRESSION MEANS--;

Page 7, line 19, after "processing" insert --unit--;

Page 7, line 27, delete "framemay" and substitute --frame may--;

050  03/23/90  07289776          1 203      288.00 CK

1

Page 7, line 28, delete "signals" and substitute --signal--;

Page 15, line 30, delete "IC" and substitute --IC's--;

Page 16, line 7, delete "smaller" and substitute --narrower--;

Page 16, line 9, delete "smaller" and substitute --slower--;

Page 16, line 23, delete "in media" and substitute --on media--;

Page 18, line 5, delete "super imposed" and substitute --superimposed--; and

Page 19, line 2, delete "in media" and substitute --on media--;

In the claims

Cancel claims 1-32 presently on file, and add new claims 33-112, as set forth below:

33. An audio/video transceiver apparatus comprising:

input means for receiving audio/video source information;

compression means, coupled to said input means, for compressing said audio/video source information into a time compressed representation thereof having an associated time period that is shorter than a time period associated with a real time representation of said audio/video source information;

random access storage means, coupled to said compression means, for storing the time compressed representation of said audio/video source information; and

output means, coupled to said random access storage means, for receiving the time compressed audio/video source information stored in said random access storage means for transmission away from said audio/video transceiver apparatus.

34. An audio/video transceiver apparatus as in claim 33 further comprising editing means, coupled to said random access storage means, for editing the time compressed representation of said audio/video source information stored in said random access storage means and for restoring the edited time compressed representation of said audio/video source information

2

in said random access storage means; and wherein said output means is operative for receiving the edited time compressed representation of said audio/video source information stored in said random access storage means for transmission away from said audio/video transceiver apparatus.

35. An audio/video transceiver apparatus as in claim 34 further comprising monitor means for enabling the user to selectively identify the time compressed representation of said audio/video source information stored in said random access storage means during editing.

36. An audio/video transceiver apparatus as in claim 33 wherein said output means comprises a fiber optic output port for coupling said audio/video transceiver apparatus to a fiber optic transmission line.

37. An audio/video transceiver apparatus as in claim 33 wherein said output means comprises a modem for coupling said audio/video transceiver apparatus to a telephone transmission line.

38. An audio/video transceiver apparatus as in claim 33 wherein said random access storage means comprises an optical disc.

39. An audio/video transceiver apparatus as in claim 33 wherein said random access storage means comprises a semiconductor memory.

40. An audio/video transceiver apparatus as in claim 33 wherein:

said audio/video source information comprises analog audio/video source information;

said audio/video transceiver apparatus further comprises analog to digital converter means for converting said analog audio/video source information to corresponding digital audio/video source information;

said compression means is operative for compressing said corresponding digital audio/video source information into a digital time compressed representation thereof having an associated time period that is shorter than a time period associated with a real time representation of said digital audio/video source information; and

said random access storage means is operative for storing said digital

3

time compressed representation of said corresponding digital audio/video
source information.

9 11. An audio/video transceiver apparatus as in claim 25 wherein:

said audio/video source information comprises digital audio/video
source information;

said compression means is operative for compressing said digital
audio/video source information into a digital time compressed representation
thereof having an associated time period that is shorter than a time period
associated with a real time representation of said digital audio/video source
information; and

said random access storage means is operative for storing said digital
time compressed representation of said digital audio/video source information.

10 12. An audio/video transceiver apparatus as in claim 46 wherein said
input means is coupled to an external television camera and said analog
audio/video source information comprises information received from said
external television camera.

11 13. An audio/video transceiver apparatus as in claim 46 wherein said
input means is coupled to an external analog video tape recorder and said
analog audio/video source information comprises information received from said
external analog video tape recorder.

12 14. An audio/video transceiver apparatus as in claim 46 wherein said
input means is coupled to an external television RF tuner and said analog
audio/video source information comprises information received from said
external television RF tuner.

13 15. An audio/video transceiver apparatus as in claim 46 wherein said
input means comprises television RF tuner means coupled to an external
television antenna and said analog audio/video source information comprises
information transmitted by a remotely located television transmitter.

14 16. An audio/video transceiver apparatus as in claim 46 wherein said
input means comprises television RF tuner means coupled to an external cable

4

television system and said analog audio/video source information comprises information received from said external cable television system.

15. 47. An audio/video transceiver apparatus as in claim 9 wherein said input means is coupled to an external computer and said digital audio/video source information comprises computer-generated audio/video information.

16. 48. An audio/video transceiver apparatus as in claim 9 wherein said input means comprises a fiber optic input port coupled to a fiber optic transmission line and said digital audio/video source information comprises information received over said fiber optic transmission line.

17. 49. An audio/video transceiver apparatus comprising:

input means for receiving audio/video source information as a time compressed representation thereof, said time compressed representation of said audio/video source information being received over an associated burst time period that is shorter than a real time period associated with said audio/video source information;

random access storage means, coupled to said input means, for storing the time compressed representation of said audio/video source information received by said input means; and

output means, coupled to said random access storage means, for receiving the time compressed representation of said audio/video source information stored in said random access storage means for transmission away from said audio/video transceiver apparatus.

18. 50. An audio/video transceiver apparatus as in claim 17 wherein:

said input means comprises a fiber optic input port;

said input means is coupled, via a fiber optic transmission line, to a video library, said video library storing a multiplicity of items of audio/video source information in said time compressed representation for selective retrieval, in said associated burst time period over said fiber optic transmission line, by the user.

19. 51. An audio/video transceiver apparatus as in claim 17 in combination

5

with a video library, coupled via a communication link with said audio/video
transceiver apparatus, said video library storing a multiplicity of items of
audio/video source information in said time compressed representation for
selective retrieval, in said associated burst time period over said
communication link.

52. An audio/video transceiver apparatus as in claim 33 further
comprising:

decompression means, coupled to said random access storage means, for
selectively decompressing said time compressed representation of said
audio/video source information stored in said random access storage means; and

editing means, coupled to said random access storage means and
decompression means, for editing said selectively decompressed time compressed
representation of said audio/video source information, and for storing said
edited selectively decompressed time compressed representation of said
audio/video source information in said random access storage means.

53. An audio/video transceiver apparatus as in claim 33 further
comprising:

decompression means, coupled to said random access storage means, for
selectively decompressing said time compressed representation of said
audio/video source information stored in said random access storage means; and

editing means, coupled to said random access storage means and
decompression means, for editing said selectively decompressed time compressed
representation of said audio/video source information;

wherein said compression means is operative for recompressing the
edited selectively decompressed time compressed representation of said
audio/video source information; and

wherein said random access storage means is operative for storing the
recompressed selectively decompressed time compressed representation of said
audio/video source information.

54. An audio/video transceiver apparatus as in claim 33 further

6

comprising:

decompression means, coupled to said random access storage means, for selectively decompressing the time compressed representation of said audio/video source information stored in said random access storage means; and

monitor means for enabling the user to view the selectively decompressed time compressed representation of said audio/video source information.

23
55. An audio/video transceiver apparatus as in claim 48 further comprising:

decompression means, coupled to said random access storage means, for selectively decompressing the digital time compressed representation of said corresponding digital audio/video source information stored in said random access storage means; and

editing means, coupled to said random access storage means and decompression means, for editing the decompressed digital time compressed representation of said corresponding digital audio/video source information and for then storing the edited decompressed digital time compressed representation of said corresponding digital audio/video source information in said random access storage means.

24                                                                 23
56. An audio/video transceiver apparatus as in claim 55 further comprising monitor means for enabling the user to selectively view the decompressed digital time compressed representation of said corresponding digital audio/video source information during editing.

25                                                                 8
57. An audio/video transceiver apparatus as in claim 48 further comprising:

decompression means, coupled to said random access storage means, for selectively decompressing the digital time compressed representation of said corresponding digital audio/video source information stored in said random access storage means; and

monitor means, coupled to said decompression means, for enabling the

7

user to selectively view the decompressed digital time compressed

representation of said corresponding digital audio/video source information.

26 56. An audio/video transceiver apparatus as in claim 41 [9] further

comprising:

decompression means, coupled to said random access storage means, for

selectively decompressing the digital time compressed representation of said

digital audio/video source information stored in said random access memory

means; and

editing means, coupled to said random access storage means and

decompression means, for editing the decompressed digital time compressed

representation of said digital audio/video source information;

said random access storage means thereafter being operative for storing

the edited decompressed digital time compressed representation of said digital

audio/video source information in said random access storage means.

27 59. An audio/video transceiver apparatus as in claim 56 [26] further

comprising monitor means for enabling the user to selectively view the

decompressed digital time compressed representation of said digital

audio/video source information during editing.

28 60. An audio/video transceiver apparatus as in claim 41 [9] further

comprising:

decompression means, coupled to said random access storage means, for

selectively decompressing the digital time compressed representation of said

digital audio/video source information stored in said random access memory

means; and

monitor means, coupled to said decompression means, for enabling the

user to selectively view the decompressed digital time compressed

representation of said digital audio/video source information.

29 61. An audio/video transceiver apparatus as in claim 48 [8] further

comprising a video tape recorder for providing said analog audio/video source

information.

62. An audio/video information transfer network comprising:

a plurality of audio/video transceivers, coupled via one or more communications links, each of said audio/video transceivers comprising:

input means for receiving audio/video source information;

compression means, coupled to said input means, for compressing said audio/video source information into a time compressed representation thereof having an associated burst time period that is shorter than a time period associated with a real time representation of said audio/video source information;

random access storage means, coupled to said compression means, for storing the time compressed representation of said audio/video source information; and

output means, coupled to said random access storage means and to one of said one or more communications links, for receiving the time compressed format representation of said audio/video source information stored in said random access storage means for transmission in said burst time period to another one of said plurality of audio/video transceivers.

63. An audio/video information transfer network as in claim 62 wherein said input means of one of said plurality of audio/video transceivers comprises a fiber optic input port, said output means of another one of said plurality of audio/video transceivers comprises a fiber optic output port, and one of said one or more communications links comprises a fiber optic transmission line coupled between said fiber optic input port and said fiber optic output port.

64. An audio/video information transfer network as in claim 62 wherein said output means of one of said plurality of audio/video transceivers comprises a modem and one of said one or more communications links comprises a telephone transmission line.

65. An audio/video information transfer network as in claim 62 wherein said random access storage means comprises an optical disc memory.

9

34
66. An audio/video information transfer network as in claim 62 wherein said random access storage means comprsies a semiconductor memory.

35
67. An audio/video information transfer network as in claim 62 wherein said random access storage means of one of said plurality of audio/video transceivers stores a library comprising a multiplicity of items of audio/video source information in said time compressed representation for selective transmission in said associated burst time period to another one of said audio/video transceivers.

36
68. An audio/video information transfer network as in claim 62 wherein at least one of said audio/video transceivers further comprises recording means, including a removable recording medium, coupled to said random access storage means, for storing the time compressed representation of said audio/video source information stored in said random access storage means onto said removable recording medium.

37
69. An audio/video information transfer network as in claim 62 wherein at least one of said audio/video transceivers further comprises:

decompression means, coupled to said random access storage means, for decompressing the time compressed representation of said audio/video source information stored in said random access storage means; and

recording means, including a removable recording medium, coupled to said decompression means, for storing the decompressed time compressed format representation of said audio/video source information onto said removable recording medium.

38
70. An audio/video information transfer network as in claim 68 wherein said recording means comprises a video tape recorder and said removable recording medium comprises magnetic tape.

39
71. An audio/video information transfer network as in claim 69 wherein said recording means comprises a video tape recorder and said removable recording medium comprises magnetic tape.

40
72. An audio/video information transfer network as in claim 68 wherein

10

said recording means comprises a write once read many (WORM) optical disc drive and said removable recording medium comprises one or more WORM discs.

41 [37] 73. An audio/video information transfer network as in claim 69 wherein said recording means comprises a write once read many (WORM) optical disc drive and said removable recording medium comprises one or more WORM discs.

42 [36] 74. An audio/video information transfer network as in claim 68 wherein said recording means comprises an erasable optical disc drive and said hard copy storage medium comprises one or more erasable optical discs.

43 [37] 75. An audio/video information transfer network as in claim 69 wherein said recording means comprises an erasable optical disc drive and said hard copy storage medium comprises one or more erasable optical discs.

44 [1] 76. An audio/video transceiver apparatus as in claim 33 further comprising recording means, including a removable recording medium, coupled to said random access storage means, for storing the time compressed representation of said audio/video source information stored in said random access storage means onto said removable recording medium.

45 [2] 77. An audio/video transceiver apparatus as in claim 34 further comprising recording means, including a removable recording medium, coupled to said random access storage means, for storing the edited time compressed representation of said audio/video source information stored in said random access storage means onto said removable recording medium.

46 [45] 78. An audio/video transceiver apparatus as in claim 77 further comprising monitor means for enabling the user to selectively view the time compressed representation of said audio/video source information stored on said removable recording medium.

47 [17] 79. An audio/video transceiver apparatus as in claim 49 further comprising recording means, including a removable recording medium, coupled to said random access storage means, for storing the time compressed representation of said audio/video source information stored in said random access storage means onto said removable recording medium.

11

48 80. An audio/video transceiver apparatus as in claim 2 further comprising recording means, including a removable recording medium, coupled to said random access storage means, for storing the edited decompressed time compressed representation of said audio/video source information stored in said random access storage means.

49 81. An audio/video transceiver apparatus as in claim 33 further comprising:

decompression means, coupled to said random access storage means, for selectively decompressing the time compressed representation of said audio/video source information stored in said random access storage means; and

recording means, including a removable recording medium, coupled to said decompression means, for storing the selectively decompressed time compressed representation of said audio/video source information stored in said random access storage means.

50 82. An audio/video transceiver apparatus as in claim 22 further comprising:

recording means, including a removable recording medium, coupled to said decompression means, for storing the selectively decompressed time compressed representation of said audio/video source information on said hard copy storage medium; and

wherein said monitor means is operative for enabling the user to view the selectively decompressed time compressed representation of said audio/video source information stored on said removable recording medium.

51 83. An audio/video transceiver apparatus as in claim 9 further comprising CD-ROM means for providing said digital audio/video source information.

52 84. An audio/video transceiver apparatus as in claim 9 further comprising erasable optical disc means for providing said digital audio/video source information.

53 85. An audio/video transceiver apparatus as in claim 17 wherein:

12

said input means comprises television RF tuner means; and

said audio/video source information comprises a time compressed representation thereof transmitted by a remotely located television transmitter.

54. An audio/video transceiver apparatus as in claim 33 further comprising external video tape recorder means, coupled to said output means, for storing the time compressed representation of said audio/video source information stored in said random access storage means onto magnetic tape.

55. An audio/video transceiver apparatus as in claim 34 further comprising external video tape recorder means, coupled to said output means, for storing the edited time compressed representation of said audio/video source information stored in said random access storage means onto magnetic tape.

56. An audio/video transceiver apparatus as in claim 49 further comprising external video tape recorder means, coupled to said output means, for storing the time compressed representation of said audio/video source information stored in said random access storage means onto magnetic tape.

57. An audio/video transceiver apparatus as in claim 52 further comprising external video tape recorder means, coupled to said output means, for storing the edited decompressed time compressed representation of said audio/video source information stored in said random access storage means onto magnetic tape.

58. An audio/video transceiver apparatus as in claim 33 further comprising:

decompression means, coupled to said random access storage means, for selectively decompressing the time compressed representation of said audio/video source information stored in said random access storage means; and

external video tape recorder means, coupled to said output means, for storing the selectively decompressed time compressed representation of said audio/video source information stored in said random access storage means.

59
9̶1̶. An audio/video transceiver apparatus as in claim 5̶4̶ 22 further comprising external video tape recorder means, coupled to said output means, for storing the selectively decompressed time compressed representation of said audio/video source information onto magnetic tape.

60
9̶2̶. An audio/video transceiver apparatus comprising:

input means for receiving analog and/or digital audio/video source information;

analog to digital converter means for converting analog audio/video source information received at said input means to corresponding digital audio/video source information;

digital to analog converter means for converting digital audio/video source information received at said input means to corresponding analog audio/video source information;

compressor/decompressor means for compressing digital audio/video source information received at said input means or said corresponding digital audio/video source information received from said analog to digital converter means into a time compressed representation of said digital or corresponding digital audio/video source information, said time compressed representation having an associated time period that is shorter than a time period associated with a real time representation of said digital or corresponding digital audio/video source information, said compressor/decompressor means being further operative for decompressing said time compressed representation into a decompressed real time representation of said digital or corresponding digital audio/video source information;

central processing unit means for controlling operation of of said compressor/decompressor means;

random access storage means for storing said time compressed representation of said digital or corresponding digital audio/video source information and for storing said decompressed real time representation of said digital or corresponding digital audio/video source information;

14

controller means for enabling communication between said compressor/decompressor means, said central processing unit means, and said random access memory means; and

output means for receiving said time compressed representation of said digital or corresponding digital audio/video source information stored in said random access storage means for transmission away from said audio/video transceiver apparatus.

61 ~~93.~~ An audio/video transceiver apparatus as in claim ~~92~~ 60 further comprising time base generator means for supplying timing information for association with said time compressed representation of said digital or corresponding digital audio/video source information.

62 ~~94.~~ An audio/video transceiver apparatus as in claim ~~92~~ 60 further comprising audio/video recording means, including a recording medium, for recording said analog or corresponding analog audio/video source information onto said recording medium.

63 ~~95.~~ An audio/video transceiver apparatus as in claim ~~92~~ 60 further comprising audio/video recording means, including a recording medium, for recording said digital or corresponding digital audio/video source information onto said recording medium.

64 ~~96.~~ An audio/video transceiver apparatus as in claim ~~94~~ 62 wherein said recording medium comprises magnetic tape.

65 ~~97.~~ An audio/video transceiver apparatus as in claim ~~95~~ 63 wherein said recording medium comprises magnetic tape.

66 ~~98.~~ An audio/video transceiver apparatus as in claim ~~95~~ 63 wherein said recording medium comprises a CD-ROM.

67 ~~99.~~ An audio/video transceiver apparatus as in claim ~~95~~ 63 wherein said recording medium comprises a WORM optical disc.

68 ~~100.~~ An audio/video transceiver apparatus as in claim ~~95~~ 63 wherein said recording medium comprises an erasable optical disc.

69 ~~101.~~ An audio/video transceiver apparatus as in claim ~~92~~ 60 further

15

comprising audio/video recording and playback means coupled to said input means
for providing said analal and/or digital audio/video source information.

70 _102._ An audio/video transceiver apparatus as in claim 92 further
comprising high speed bus means coupled to said input means, and wherein said
input means comprises auxiliary digital input means for receiving said digital
audio/video source information.

71 _103._ An audio/video transceiver apparatus as in claim 102 wherein said
high speed bus means comprises an optical bus.

72 _104._ An audio/video transceiver apparatus as in claim 92 further
comprising high speed bus means coupled to said input means, and wherein said
input means comprises fiber optic input means for receiving said digital
audio/video source information.

73 _105._ An audio/video transceiver apparatus as in claim 92 further
comprising high speed bus means, and wherein said analog to digital converter
means, digital to analog converter means, compressor/decompressor means, central
processing unit means, and controller means are coupled to said random access
storage means via said high speed bus means.

74 _106._ An audio/video transceiver apparatus as in claim 92 further
comprising:

digital control unit means, said digital control unit means comprising:

additional central processing unit means;

read-only memory means coupled to said additional central processing unit
means for storing microinstructions defining a plurality of selected editing
functions; and

additional controller means for enabling communication between said
additional central processing unit means and said read-only memory means;

said additional central processing unit means being operative for
selectively executing the microinstructions stored in said read-only memory
means to perform one or more of said plurality of selected editing functions.

75 _107._ An audio/video transceiver apparatus as in claim 106 wherein said

16

digital control unit means is coupled to said random access storage means.

108. An audio/video transceiver apparatus as in claim 105 further comprising RGB converter means for converting information stored in said random access storage means to an RGB format, and wherein said output means comprises RGB output means for receiving RGB format information from said RGB converter means.

109. An audio/video transceiver apparatus as in claim 105 wherein said output means comprises audio/video transmitter/receiver means coupled to said high speed bus for receiving said time compressed representation of said digital or corresponding digital audio/video source information stored in said random access storage means for transmission away from said audio/video transceiver apparatus.

110. An audio/video transceiver apparatus as in claim 109 wherein said audio/video transmitter/receiver means comprises a modem for coupling to a telephone transmission line.

111. An audio/video transceiver apparatus as in claim 109 wherein said audio/video transmitter/receiver means comprises a fiber optic transceiver for coupling to a fiber optic transmission line.

112. An audio/video transceiver apparatus as in claim 95 further comprising editing means, coupled to said random access storage means, for editing said time compressed representation of said audio/video source information and for then storing the edited time compressed representation of said audio/video source information in said random access storage means.

17

## REMARKS

Submitted herewith is a document executed by the sole inventor in the above-identified patent application revoking all previous powers of attorney and appointing the undersigned attorney as his new attorney in this application.

Also submitted herewith is a Letter to the Official Draftsman and a copy of Figure 2 of the drawings as originally filed, requesting the correction of two minor typographical errors in that drawing figure. The Examiner's approval of these corrections is respectfully requested.

Also submitted herewith is an Information Disclosure Statement under Rule 56, a completed Form PTO-1449, and copies of four prior art references that have recently come to applicant's attention.

Also submitted herewith, at the Examiner's request, are copies of the references cited at page 7, lines 3-11 of the specification.

The title of the application has been objected to as not being descriptive. Accordingly, applicant has amended the title to make it clearly descriptive of the claimed subject matter.

Claims 1-32 have been canceled in favor of new claims 33-112, presented herewith. New claims 33-112 are believed to present the previously claimed subject matter in better form, with more specificity, particularity, and clarity than original claims 1-32. In addition, they are believed to provide the scope of claims coverage to which applicant believes he is entitled.

Claims 33-48, 52-61, 76-78, 80-84, 86, 87, 89-91, and 112 are directed to an audio/video transceiver having the ability to receive audio/video source information from a variety of signal sources, compress the received audio/video source information into a time compressed representation thereof, store the time compressed representation of the audio/video source information in a random access storage, and then transmit the time compressed representation of the audio/video source information that is stored in the random access storage to any of various types of destination devices via any of a number of transmission mediums.

Claims 49-51, 79, 85, and 88 are similarly directed to an audio/video transceiver having the ability to receive time compressed audio/video source information over a burst time period that is shorter than the real time period associated with that audio/video source information, store the time compressed audio/video source information in a random access storage, and then transmit the time compressed audio/video source information stored in the random access storage.

Claims 62-75 are similarly directed to a network comprising two or more audio/video transceivers coupled via a communications link, each transceiver being capable of receiving audio/video source information, compressing the received audio/video source information into a time compressed representation thereof, storing the time compressed representation of the audio/video source information in a random access storage, and then transmitting the time compressed representation of the audio/video source information stored in the random access storage, over a burst time period that is shorter than the real time period associated with the audio/video source information, to another one of the audio/video transceivers coupled within the network.

Claims 92-111 are similarly directed to an audio/video transceiver for receiving analog and/or digital audio/video source information and having an analog to digital converter for converting analog audio/video source information to a corresponding digital format, a digital to analog converter for converting digital audio/video source information to a corresponding analog format, a compressor/decompressor for compressing digital audio/video information received by the transceiver or processed by the analog to digital converter into a time compressed representation thereof and for also decompressing the time compressed representation thereof into a decompressed real time representation thereof, and a random access storage for storing the time compressed representation of audio/video information and the decompressed real time representation of audio/video information.

In summary, these important features of applicant's claimed invention

provide an audio/video transceiver in which an analog and/or digital audio/video program can be received from a variety of sources. If the audio/video program is received in analog format, it may be converted to digital format, compressed into a time compressed digital format, and stored in a random access storage. If the audio/video program is received in digital format, it may then be directly compressed into the time compressed digital format and stored in the random access storage. The time compressed digital format program stored in the random access storage may then be edited and restored in the random access storage. It may then be decompressed and downloaded onto a removable storage medium in either analog or digital format. Alternatively, it may be transmitted over a burst time period to a second remotely located transceiver via any of a number of transmission mediums. Typically, a 2-hour real time audio/video program can be so transmitted over a burst time period of only 5-30 seconds. As a result, a user of the transceiver of the present invention may, for example, select an audio/video program for his evening's viewing entertainment from a remotely located audio/video library. The selected program is then transmitted to the user's transceiver over the burst time period of 5-30 seconds, where it is stored in time compressed digital format in the random access storage of his transceiver. The transceiver is then operative for decompressing the program so received and stored into either an analog or digital format for direct viewing by the user.

These features of applicant's specifically claimed invention are simply not shown or suggested by any of the cited references, taken alone or in any combination. For example, Baldwin teaches a multiple head helical scanning device for television tape recording in which the multiple heads are disposed on a rotatable headwheel. Nichols et al. teaches a multiple-screen editing system that permits quicker editing of recorded information.

In view of the foregoing remarks, it is respectfully submitted that applicant's new claims 33-112 are patentable over all of the cited references, taken alone or in any combination. Favorable action is accordingly solicited.

Respectfully submitted,

Richard A. Lang

By _____
        William E. Hein
        Patent Attorney #26,465

March 12, 1990
(303) 667-6741
Loveland, Colorado

21