# EXHIBIT U

# IEEE 100
# The Authoritative Dictionary of IEEE Standards Terms //

## Seventh Edition



IE

Pul
Standards Information
IE
iii

Trademarks and disclaimers

*IEEE believes the information in this publication is accurate as of its publication date; such information is subject to change without notice. IEEE is not responsible for any inadvertent errors.*

*Other tradenames and trademarks in this document are those of their respective owners.*

*The Institute of Electrical and Electronics Engineering, Inc.*
*3 Park Avenue, New York, NY, 10016-5997, USA*

*Copyright © 2000 by the Institute of Electrical and Electronics Engineers, Inc. All rights reserved. Published December 2000. Printed in the United States of America.*

*No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.*

*To order IEEE Press publications, call 1-800-678-IEEE.*

*Print: ISBN 0-7381-2601-2*          SP1122

See other standards and standards-related product listings at: http://standards.ieee.org/

*The publisher believes that the information and guidance given in this work serve as an enhancement to users, all parties must rely upon their own skill and judgement when making use of it. The publisher does not assume any liability to anyone for any loss or damage caused by any error or omission in the work, whether such error or omission is the result of negligence or any other cause. Any and all such liability is disclaimed.*

*This work is published with the understanding that the IEEE is supplying information through this publication, not attempting to render engineering or other professional services. If such services are required, the assistance of an appropriate professional should be sought. The IEEE is not responsible for the statements and opinions advanced in this publication.*

Library of Congress Cataloging-in-Publication Data

IEEE 100 : the authoritative dictionary of IEEE standards terms.—7th ed.
    p. cm.
  ISBN 0-7381-2601-2 (paperback : alk. paper)
    1. Electric engineering—Dictionaries. 2. Electronics—Dictionaries. 3. Computer
engineering—Dictionaries. 4. Electric engineering—Acronyms. 5. Electronics—Acronyms.
6. Computer engineering—Acronyms. I. Institute of Electrical and Electronics Engineers.

TK9 .I28 2000
421.3'03—dc21                                          00-050601

# How to Use This Dictionary

The terms defined in the Dictionary are listed in *letter-by-letter* alphabetical order. Spaces are ignored in this style of alphabetization, so *cable value* will come before *cab signal*. Descriptive categories associated with the term in earlier editions of the Dictionary will follow the term in parentheses. New categories appear after the definitions (see Categories, below), followed by the designation of the standard or standards that include the definition. If a standard designation is followed by the letter *s*, it means that edition of the standard was superseded by a newer revision and the term was not included in the revision. If a designation is followed by the letter *w*, it means that edition of the standard was withdrawn and not replaced by a revision. A bracketed number refers to the non-IEEE standard sources given in the back of the book.

Abstracts of the current set of approved IEEE standards are provided in the back of the book. It should be noted that updated information about IEEE standards can be obtained at any time from the IEEE Standards World Wide Web site at http://standards.ieee.org/.

# Categories

The category abbreviations that are used in this edition of the Dictionary are defined below. This information is provided to help elucidate the context of the definition. Older terms for which no category could be found have had the category *Std100* assigned to them. Note that terms from sources other than IEEE standards, such as the National Electrical Code® (NEC®) or the National Fire Protection Association, may not be from the most recent editions; the reader is cautioned to check the latest editions of all sources for the most up-to-date terminology.

## Categories sorted by abbreviation

| | |
|---|---|
| AES | aerospace and electronic systems |
| AHDL | computer—Analog Hardware Descriptive Language |
| AMR | automatic meter reading and energy management |
| AP | antennas and propagation |
| ATL | computer—Abbreviated Test Language for All Systems |
| BA | computer—bus architecture |
| BT | broadcast technology |
| C | computer |
| CAS | circuits and systems |
| CE | consumer electronics |
| CHM | components, hybrids, and manufacturing technology |
| COM | communications |
| CS | control systems |
| DA | computer—design automation |
| DEI | dielectrics and electrical insulation |
| DESG | dispersed energy storage and generation |
| DIS | computer—distributed interactive simulation |
| ED | electron devices |
| EDU | education |
| EEC | electrical equipment and components |
| ELM | electricity metering |
| EM | engineering management |
| EMB | engineering in medicine and biology |
| EMC | electromagnetic compatibility |
| GRS | geoscience and remote sensing |
| GSD | graphic symbols and designations |
| IA | industry applications |
| IE | industrial electronics |
| II | information infrastructure |
| IM | instrumentation and measurement |
| IT | information theory |

IVHS
LEO
LM
MAG
MIL
MM
MTT
NEC
NESC
NFPA
NI
NIR
NN
NPS
ODM
OE
PA
PE
PEL
PQ
PSPD
PV
QUL
R
RA
REM
RL
S&P
SB
SE
SMC
SP
Std100
SUB
SWG
T&D
TF
TRR
TT
UFFC
VT

## Categories s...

aerospace and electro...
antennas and propaga...
automatic meter read...
broadcast technology
circuits and systems
communication
components, hybrids
computer
computer—Abbrevia...
computer—Analog I...
computer—bus archi...
computer—design a...
computer—distribute...
computer—local and...
computer—micropro...
computer—optical d...
computer—portable
computer—security
computer—software
consumer electronics

plicitly in a transaction-initiation message and returned in a transaction-completion message. (C/MM) 1212.1-1993

**transaction initiation (request)** A request generated by the initiator to start an action by the responder. An initiation message usually transfers a command and sometimes data. For a disk read I/O transaction, for example, the initiation transfers the address and command. (C/MM) 1212.1-1993

**transaction, I/O** *See:* I/O transaction.

**transaction layer** (1) The layer above the packet layer for use by applications. It is unspecified in this standard. *See also:* transaction. (C/BA) 1355-1995

(2) The layer, in a stack of three protocol layers defined for the Serial Bus, that defines a request-response protocol to perform bus operations of type read, write, and lock. (C/MM) 1394-1995

**transaction matrix** A matrix that identifies possible requests for database access and relates each request to information categories or elements in the database. (C) 610.12-1990

**transaction record** A record, representing one transaction, used to process data stored in a master file. *See also:* update transaction; null transaction; change transaction; delete transaction; add transaction. (C) 610.2-1987

**transactor** A magnetic device with an air-gapped core having an input winding which is energized with an alternating current and having an output winding which produces a voltage that is a function of the input current. *Note:* The term "transactor" is a contraction of the words "transformer" and "reactor." (SWG/PE/PSR) C37.110-1996, C37.100-1992

**transadmittance** For harmonically varying quantities at a given frequency, the ratio of the complex amplitude of the current at one pair of terminals of a network to the complex amplitude of the voltage across a different pair of terminals. *See also:* interelectrode transadmittance. (IM/HFIM) [40]

**transadmittance compression ratio (electron tube)** The ratio of the magnitude of the small-signal forward transadmittance of the tube to the magnitude of the forward transadmittance at a given input signal level. (ED) 161-1971w

**transadmittance, forward** *See:* forward transadmittance.

**transceiver** (1) **(data transmission)** The combination of radio transmitting and receiving equipment in a common housing, usually for portable or mobile use, and employing common circuit components for both transmitting and receiving. (PE) 599-1985w

(2) **(navigation aids)** A combination transmitter and receiver in a single housing, with some components being used by both parts. *See also:* transponder. (AES/GCS) 172-1983w

(3) (A) A device that both transmits and receives data. (B) A device that connects a host interface to a network. (C) A device that applies electronic signals to the cable and may sense collisions. *Note:* Definition (C) is contextually specific to IEEE Std 802.3. (C) 610.7-1995

**transceiver cable** A four-pair, shielded cable which interconnects a workstation to a transceiver or fan-out box. *Note:* This term is contextually specific to IEEE Std 802.3. *See also:* coaxial cable; trunk cable; drop cable; attachment unit interface cable. (C) 610.7-1995

**transceiver chatter** *See:* chatter.

**transconductance** The real part of the transadmittance. *Note:* Transconductance is, as most commonly used, the interelectrode transconductance between the control grid and the plate. At low frequencies, transconductance is the slope of the control-grid-to-plate transfer characteristic. *See also:* interelectrode transconductance; electron-tube admittances. (ED) 161-1971w

**transconductance meter (mutual-conductance meter)** An instrument for indicating the transconductance of a grid-controlled electron tube. *See also:* instrument. (EEC/PE) [119]

**transcribe (electronic computation)** To convert data recorded in a given medium to the medium used by a digital computing machine or vice versa. (C) 162-1963w

**transcriber (electronic computation)** Equipment associated with a computing machine for the purpose of transferring input (or output) data from a record of information in a given language to the medium and the language used by a digital computing machine (or from a computing machine to a record of information). (Std100) 270-1966w

**transducer** (1) **(electrical heating applications to melting furnaces and forehearths in the glass industry)** A device that is actuated by power from one system and supplies power in any other form to a second system. (IA) 668-1987w

(2) **(communication and power transmission)** A device by means of which energy can flow from one or more transmission systems or media to one or more other transmission systems or media. *Note:* The energy transmitted by these systems or media may be of any form (for example, it may be electric, mechanical, or acoustical), and it may be of the same form or different forms in the various input and output systems or media. (MIL/C/AP/ANT) [2], [85], 145-1983

(3) **(metering)** A device to receive energy from one system and supply energy (of either the same or of a difference kind) to another system, in such a manner that the desired characteristics of the energy input appear at the output. (ELM) C12.1-1988

(4) **(thyristor)** A device which under the influence of a change in energy level of one form or in one system, produces a specified change in energy level of another form or in another system. (IA/IPC) 428-1981w

(5) A device for converting energy from one form to another. (C) 610.10-1994w

(6) A device converting energy from one domain into another. The device may either be a sensor or an actuator. (IM/ST) 1451.2-1997

(7) A device converting energy from one domain into another, calibrated to minimize the errors in the conversion process. A sensor or an actuator. (IM/ST) 1451.1-1999

**transducer, active** *See:* active transducer.

**Transducer Block** An instance of a subclass of IEEE1451. TransducerBlock. (IM/ST) 1451.1-1999

**transducer conversion loss** The ratio of the SAW power generated in the substrate at the transducer output to the power available in the circuit at the transducer input in decibels. (UFFC) 1037-1992w

**Transducer Electronic Data Sheet (TEDS)** (1) A data sheet describing a transducer stored in some form of electronically readable memory. (IM/ST) 1451.2-1997

(2) Several of the IEEE 1451.X standards use TEDS to provide a machine-readable specification of the characteristics of the transducer interface. (IM/ST) 1451.1-1999

**transducer gain** (1) The ratio of the power that the transducer delivers to the specified load under specified operating conditions to the available power of the specified source. *Notes:* 1. If the input and/or output power consist of more than one component, such as multifrequency signals or noise, then the particular components used and their weighting must be specified. 2. This gain is usually expressed in decibels. *See also:* transducer. (Std100) 270-1966w

(2) **(two-port linear transducer)** At a specified frequency, the ratio of the actual signal power transferred from the output port of the transducer to its load, to the available signal power from the source driving the transducer. (ED) 161-1971w

**transducer, ideal** *See:* ideal transducer.

**Transducer Independent Interface** The digital interface used to connect a Smart Transducer Interface Module to a Network Capable Application Processor. (IM/ST) 1451.2-1997

**transducer interface** The physical connection by which a transducer communicates with the control or data systems that it is a member of, including the physical connector, the signal wires used and the rules by which information is passed across the connection. (IM/ST) 1451.2-1997

**transducer, line** *See:* line transducer.

**transducer loss** The ratio of the available power of the specified source to the power that the transducer delivers to the speci-