# EXHIBIT V



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231



| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/775,182 | 10/11/91 | LANG | R 249 |

EXAMINER

NGUYEN, H

WILLIAM E. HEIN
P.O. BOX 335
LOVELAND, CO 80539

ART UNIT: 2305

DATE MAILED: 03/10/92

## NOTICE OF ALLOWABILITY

**PART I**
1. ☑ This communication is responsive to _Amendment dated Jan 17, 1992_.
2. ☐ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.
3. ☑ The allowed claims are _26 - 102_.
4. ☐ The drawings filed on _____ are acceptable.
5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [ ] been received. [ ] not been received. [ ] been filed in parent application Serial No. _____, filed on _____.
6. ☑ Note the attached Examiner's Amendment.
7. ☐ Note the attached Examiner Interview Summary Record, PTOL-413.
8. ☑ Note the attached Examiner's Statement of Reasons for Allowance.
9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.
10. ☑ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**
A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.
2. ☐ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.
   a. ☐ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. _____. CORRECTION IS REQUIRED.
   b. ☑ The proposed drawing correction filed on _Jan 22, 1992_ has been approved by the examiner. CORRECTION IS REQUIRED.
   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.
   d. ☑ Formal drawings are now REQUIRED.

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

Attachments:
☑ Examiner's Amendment
☐ Examiner Interview Summary Record, PTOL-413
☑ Reasons for Allowance
☐ Notice of References Cited, PTO-892
☑ Information Disclosure Citation, PTO-1449
☐ Notice of Informal Application, PTO-152
☐ Notice re Patent Drawings, PTO-948
☐ Listing of Bonded Draftsmen
☐ Other

ROBERT L. RICHARDSON
PRIMARY EXAMINER
ART UNIT 235

PTOL-37 (REV. 4-89)   USCOMM-DC 89-3799

Serial No. 775,182

Art Unit 235                                                -2-

      The following is an Examiner's Statement of Reasons for Allowance: claims 26-102 are considered allowable over the prior art of record since none of the prior art of record alone or in combination disclose or suggest a method for handling audio/video source information including the step of compressing the received audio/video source information into the time compressed source information having a burst time period and/or the step of transmitting the compressed audio/video source information in the burst time period which is shorter than the real time period of the received audio/video source information.

      Any comments considered necessary by applicant must be submitted no later than the payment of the Issue Fee and, to avoid processing delays, should preferably accompany the Issue Fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

      An Examiner's Amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 C.F.R. 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the Issue Fee.

      In the amended claim 86, line 2, the term " said said" has been changed to -- said-- .

      Inquiries relative to the merits of this Office action

Serial No. 775,182

Art Unit 235 -3-

should be directed to Huy Nguyen, at (703)-308-1547. Other inquiries of a general nature, and status inquiries, should be directed to the Group 230 receptionist at (703)-308-0754.

ROBERT L. RICHARDSON
PRIMARY EXAMINER
ART UNIT 235