# EXHIBIT W

# Am7971A
## Compression Expansion Processor
### (CEP with image bit-boundary processing)

## DISTINCTIVE CHARACTERISTICS

- Image preserving compression and expansion of two-tone image using run-length (one-dimensional) coding and relative element address (two-dimensional) coding.
- Compatible with internationally accepted CCITT Group III and IV (Recommendations T.4 and T.6) image compression standards.
- Image bit-boundary operations.
- High performance of 1 to 12 MHz pixel rates with 3, 5, and 8MHz clock.
- CPU bus and optional local Document Store Bus with on-chip DMA. The CEP can address up to 16Mbytes on each bus.
- Handles four memory buffers: source and destination buffers for both the compressor and expander.
- Full duplex mode for simultaneous compressor and expander operations with each processor independently programmable.
- On-chip error detection to catch data corruptions and support for easy error recovery.
- 46 user programmable registers allow for very easy and highly flexible system implementation. Includes:
  - Programmable page width (up to 16K pels), frame width and top, left and right margins.
  - Optional Express mode during compression and Granularity mode during expansion for vertical resolution conversion.
  - Programmable K parameter.
  - Optional Wraparound mode.
  - Transparent mode.

## GENERAL DESCRIPTION

The Am7971A Compression Expansion Processor (CEP) with Image Bit-Boundary Processing capacity is a high performance peripheral which compresses and expands two-tone bit mapped images or documents in accordance with internationally accepted CCITT standards. These fully image preserving algorithms reduce storage requirements and data transmission time for systems handling bit-mapped data.

The Am7971A is a functionally enhanced version of the Am7971 offering improved negative compression and error recovery performance. The Am7971A can replace the Am7971 in existing systems without board/system/timing alterations.

The Am7971A performs one-dimensional Modified Hoffman (MH) run-length coding as well as two-dimensional Modified READ (MR/MMR) relative coding as specified in CCITT Recommendations T.4 and T.6 for Group III and Group IV compatible equipments. The typical compression ratio for the eight CCITT test documents is 5:1 to 50:1.

The compressor and expander operate not only in full duplex mode but each processor can be independently programmed for one-dimensional encoding/decoding, two-dimensional encoding/decoding, or transparent data transfer.

Equipped with an on-chip error detection mechanism, the Am7971A detects data corruptions by checking for illegal codes, negative run-lengths and incorrect line lengths. Furthermore, its architecture allows for error recovery with minimal CPU intervention.

With 46 user programmable registers, standard Am8088-like microprocessor bus interface, dual bus architecture and on-chip DMA the Am7971A offers tremendous system flexibility and ease of implementation. After initialization the Am7971A will operate with minimal CPU overhead. Its status is available through polled registers and exception conditions may be signalled using an external interrupt.

Document page width is programmable up to 16K picture elements (pels). Programmable frame width enable windowing features and programmable top, left and right margins allow image boundaries to be left blank.

Optional express mode allows one line to be skipped after every 'nth' line to accelerate compression (n = 1 to 255). On the expansion side, the granularity option allows the processor to duplicate every mth line (m = 1 to 7).

In two-dimensional mode, the programmable K-parameter (k = 1 to 255 and infinity) defines the number of lines to be encoded in 2-D coding sequence before a 1-D line is inserted. For error free environments (Group 4) K = infinity allows for maximum compression.

The CEP can address up to 16 Mbytes of memory on each bus and two buffers (source and destination) on both the compressor and expander. Starting address, buffer length and current address for image and coded data are stored in internal registers independently for both the compressor and expander.

Publication # 08681   Rev. B   Amendment /0
Issue Date: July 1988

Advanced Micro Devices

Am7971A



Figure 1. Am7971A Block Diagram

| RELATED AMD PRODUCTS | |
|---|---|
| Part No. | Description |
| Am7971A EVAL | Am7971A Evaluation Board |

## CONNECTION DIAGRAMS
### Top View

Figure 2. Am7971A Pinout for Leadless Chip Carrier (LCC)

Figure 3. Am7971A Pinout for Plastic Leaded Chip Carrier (PLCC)

3

# ORDERING INFORMATION

## Standard Products

AMD standard products are available in several packages and operating ranges. The order number (Valid Combination) is formed by a combination of:
a. Device Number
b. Speed Option (if applicable)
c. Package Type
d. Temperature Range
e. Optional Processing



**AM7971A –z L C** ⃝

e. **OPTIONAL PROCESSING**
Blank = Standard processing
*Burn In*

d. **TEMPERATURE RANGE**
C = Commercial (0 to +70°C)

c. **PACKAGE TYPE**
G = 68-Lead Pin Grid Array Without Heatsink (CGX068)
J = 68-Pin Plastic Leaded Chip Carrier (PL 068)
L = 68-Pin Ceramic Leadless Chip Carrier (CA2068)

b. **SPEED OPTION**
–3 = 3 MHz
–5 = 5 MHz
–8 = 8 MHz

a. **DEVICE NUMBER/DESCRIPTION**
Am7971A
Compression Expansion Processor

| Valid Combinations | |
|---|---|
| AM7971A-3 | JC |
| AM7971A-5 | GC, JC, LC |
| AM7971A-8 | GC, LC |

### Valid Combinations

Valid Combinations list configurations planned to be supported in volume for this device. Consult the local AMD sales office to confirm availability of specific valid combinations, to check on newly released combinations, and to obtain additional data on AMD's standard military grade products.