IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORPORATION ANTITRUST LITIGATION <br><br> This Document Relates to: <br><br> *Burst.com, Inc. v. Microsoft Corp.* <br><br> Civil Action No. C-02-2930-VRW | ) ) ) ) ) ) ) ) MDL Docket No. 1332 ) ) ) ) ) |

## INDEX OF EXHIBITS TO MICROSOFT CORP.'S RESPONSE CLAIM CONSTRUCTION BRIEF

For Exhibits A-W, see Microsoft Corp.'s Opening Claim Construction Brief

| | |
|---|---|
| Webster's New Collegiate Dictionary (1979) | Exhibit X |
| Deposition of Brian Von Herzen | Exhibit Y |
| '995 Patent Claim Charts | Exhibit Z |
| '705 Patent Claim Charts | Exhibit AA |
| The IEEE Standard Dictionary of Electrical and Electronics Terms, 6th Edition, IEEE Press (2000) | Exhibit BB |