# EXHIBIT X

Case 1:02-cv-02952-JFM   Document 103-3   Filed 02/03/2004   Page 2 of 4



# WEBSTER'S
# New
# Collegiate
# Dictionary

Copyright © 1979 by G. & C. Merriam Co.

Philippines Copyright 1979 by G. & C. Merriam Co.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's new collegiate dictionary.

   Editions for 1898–1948 have title: Webster's collegiate dictionary.
   Includes index.
   1. English language—Dictionaries.
PE1628.W4M4   1979   423   78-11140
ISBN  0-87779-358-1
ISBN  0-87779-359-X (indexed)
ISBN  0-87779-360-3 (deluxe)

Webster's New Collegiate Dictionary principal copyright 1973

COLLEGIATE trademark Reg. U.S. Pat. Off.

*All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information and retrieval systems—without written permission of the publisher.*

Made in the United States of America

323334RMcN79

*and* for "substandard" is senses that conform to a ~~e~~ that differs in choice of ~~i~~ the prestige group of the

bstand
.. **2 a** *substand*

phrase is sometimes used to ition of a word or sense:

*ij* ...  **3** *cryptology*

*adj* ... *of a crystal*

**3** *of a timepiece*

:ct orientation is given in the

~~i~~ndian king and husband of Brunhild

~~i~~sh of the passer by the defensive

~~i~~es followed by verbal illustra- use of the word in context. closed in angle brackets, and ~~e~~d is usually replaced by a ~~i~~e swung dash stands for the d it may be followed by an

<~ books>

~~i~~d a ~ opinion of him>

.. <~ *ing* in other people's affairs>

... <the ~-*est* moment in her life>

: used when the form of the hanged in suffixation, and it is ounds:

<*dared* him to jump>

:~~e~~rmined not to let his opponent get the

s are also used to show words

<search ~ for a creative impulse —

~~i~~s are indicated by suspension

: his ... holster *jogging* against his hip

etimes followed by usage notes tary information about such tax, semantic relationship, and introduced by a lightface dash:

. — used chiefly in the phrase *to stand*

— usu. used with *in*

.. — usu. used in pl.

... — used esp. in commands

· *adj* ... : ... — used as a direction in

. — usu. considered vulgar

... — usu. used disparagingly

~~o~~tes are separated by a semicolon: used with *around;* often considered vulgar

---

Sometimes a usage note is used in place of a definition. Some function words (as conjunctions and prepositions) have little or no semantic content; most interjections express feelings but are otherwise untranslatable into meaning; and some other words (as oaths and honorific titles) are more amenable to comment than to definition:

¹**if** ... *conj* ...  **3** — used as a function word to introduce an exclamation expressing a wish

¹**for** ... *prep* ...  **9** — used as a function word to indicate duration of time or extent of space

²**ouch** *interj* ... — used esp. to express sudden pain

³**gad** *interj* ... — used as a mild oath

¹**lord** ... *n* ...  **4** — used as a British title

## Sense Division

A boldface colon is used in this dictionary to introduce a definition:

**deb·u·tante** ... *n* ... : a young woman making her formal entrance into society

It is also used to separate two or more definitions of a single sense:

²**imitation** *adj* : resembling something else that is usu. genuine and of better quality : not real

Boldface Arabic numerals separate the senses of a word that has more than one sense:

²**quiz** *vt* ...  **1** : to make fun of : MOCK  **2** : to look at inquisitively  **3** : to question closely

Boldface lowercase letters separate the subsenses of a word:

¹**pack** ... *n* ...  **2 a** : the contents of a bundle  **b** : a large amount or number : HEAP  **c** : a full set of playing cards

Lightface numerals in parentheses indicate a further division of subsenses:

¹**re·treat** ... *n* ...  **1 a** (1) : an act or process of withdrawing ... (2) : the process of receding ...  **b** (1) : the usu. forced withdrawal of troops ... (2) : a signal for retreating ...

A lightface colon following a definition and immediately preceding two or more subsenses indicates that the subsenses are subsumed by the preceding definition:

**huge** ... *adj* ... : very large or extensive: as  **a** : of great size or area  **b** : great in scale or degree ...  **c** : great in scope or character

¹**pe·cu·liar** ... *adj* ...  **3** : different from the usual or normal:  **a** : SPECIAL, PARTICULAR  **b** : CURIOUS  **c** : ECCENTRIC, QUEER

The word *as* may or may not follow the lightface colon. Its presence (as at *huge*) indicates that the following subsenses are typical or significant examples. Its absence (as at *peculiar*) indicates that the subsenses which follow are exhaustive.

The system of separating the various senses of a word by numerals and letters is a lexical convenience. It reflects something of their semantic relationship, but it does not evaluate senses or set up a hierarchy of importance among them.

Sometimes a particular semantic relationship between senses is suggested by the use of one of four italic sense dividers: *esp, specif, also,* or *broadly.*

---

The sense divider *esp* (for *especially*) is used to introduce the most common meaning subsumed in the more general preceding definition:

**chick** ... *n*  **1 a** : CHICKEN; *esp* : one newly hatched

The sense divider *specif* (for *specifically*) is used to introduce a common but highly restricted meaning subsumed in the more general preceding definition:

²**pitcher** *n* : one that pitches; *specif* : the player that pitches in a game of baseball

The sense divider *also* is used to introduce a meaning that is closely related to but may be considered less important than the preceding sense:

**Mo·selle** ... *n* ... a white table wine made in the valley of the Moselle; *also* : a similar wine made elsewhere

The sense divider *broadly* is used to introduce an extended or wider meaning of the preceding definition:

**bull's-eye** ... *n* ...  **3 b** : a shot that hits the bull's-eye; *broadly* : something that precisely attains a desired end

The order of senses is historical: the sense known to have been first used in English is entered first. This is not to be taken to mean, however, that each sense of a multisense word developed from the immediately preceding sense. It is altogether possible that sense 1 of a word has given rise to sense 2 and sense 2 to sense 3, but frequently sense 2 and sense 3 may have arisen independently of one another from sense 1.

Information coming between the entry word and the first definition of a multisense word applies to all senses and subsenses. Information applicable only to some senses or subsenses is given between the appropriate boldface numeral or letter and the symbolic colon:

**ole·in** ... *n* ...  **2** *also* **ole·ine** \-ən, -ēn\

**cru·ci·fix·ion** ... *n* ...  **1 a** ...  **b** *cap*

¹**tile** ... *n* ...  **1** *pl* **tiles** *or* **tile  a** : ...

²**palm** *n* ...  **3** [L *palmus,* fr. *palma*]

When an italicized label or guide phrase follows a boldface numeral, the label or phrase applies only to that specific numbered sense and its subsenses. It does not apply to any other boldface numbered senses:

**ro·ta** ... *n* ...  **1** *chiefly Brit* : ...  **2** *cap* ...

**ro·man·ti·cism** ... *n*  **1** : ...  **2** *often cap*  **a** (1) : ... (2) : ...  **b** : ...

At *rota,* the *chiefly Brit* label applies to sense **1** but not to sense **2**. The *cap* label applies to sense **2** but not to sense **1**.
At *romanticism,* the *often cap* label applies to all the subsenses of sense **2** but not to sense **1**.

When an italicized label or guide phrase follows a boldface letter, the label or phrase applies only to that specific lettered sense and its subsenses. It does not apply to any other boldface lettered senses:

¹**hearse** ... *n* ...  **2 a** *archaic* : ...  **b** *obs*

The *archaic* label applies to sense **2a** but not to sense **2b**. The *obs* label applies to sense **2b** but not to sense **2a**.

When an italicized label or guide phrase follows a parenthesized numeral, the label or phrase applies only to that specific numbered sense:

¹**mat·ter** ... *n* ...  **1** ...  **h** (1) *obs* : REASON, CAUSE

The *obs* label applies to sense **1h** (1) and to no other subsenses of the word.