# EXHIBIT Y

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                       DISTRICT OF MARYLAND

 3

 4   IN RE MICROSOFT CORPORATION

 5   ANTITRUST LITIGATION:

 6   BURST.COM,

 7        Plaintiff,

 8   vs.                    Case No. MDL DOCKET NO. 1332
                                     JFM 02-CV-2090
 9
     MICROSOFT CORPORATION,
10
          Defendant.
11                                  /

12

13

14
                   DEPOSITION OF BRIAN VON HERZEN
15
                     Thursday, December 18, 2003
16
                          Pages 1 - 268
17

18

19       REPORTED BY JOANNE ICHIKI, CSR #11660

20

21

22

23

24

25

                                                              1
```

1   number of employees that in fact maintain the
2   telephone network.
3       Q.   So when you say "telephone system," you
4   mean employees; you mean physical buildings; you mean
5   all the telephone lines and transmission lines we've
6   been discussing?  Telephone system you mean as a very
7   inclusive term?
8       A.   The telephone system is broader than the
9   telephone network.
10      Q.   Our discussion earlier about the telephone
11  system, was that including all of those other
12  elements?
13      A.   Which discussion are you referring to?
14      Q.   The discussion we have been having about
15  the elements of a telephone system, of what a
16  telephone system is.
17      A.   It is certainly part of the telephone
18  system.  For example, the analog to digital
19  converters are part of the telephone system.
20      Q.   The reference in this sentence that I
21  quoted, "the local loop," what is the local loop?
22      A.   The local loop in this quote refers to the
23  connection between a home and the central telephone
24  office.
25      Q.   Is that the POTS line you referred to

```
 1   earlier?
 2       A.   It's the local loop portion of the POTS
 3   system.
 4       Q.   So POTS is more than just the local loop?
 5       A.   POTS is, to my recollection, stands for
 6   Plain Old Telephone Service or something close to
 7   that.  And so I believe that refers to the service.
 8   And the local loop is part of that service.
 9       Q.   This statement indicates that the local
10   loop is analog.
11            Do you agree with that statement?
12            MR. LEWIS:  Objection.  Vague.  You mean
13   the statement in the paper or the statement you just
14   made?
15            MR. GARD:  The statement in the paper, "The
16   only part of the telephone network that is still
17   analog is the local loop."
18   BY MR. GARD:
19       Q.   Do you agree with that statement?
20       A.   I agree with the statement that the only
21   part of the telephone network that is still analog is
22   the local loop between a home and the central office
23   a few miles away.
24       Q.   So there are no other parts of the
25   telephone network that are analog; is that correct?
```

```
 1       A.    The local loop by itself does not.
 2       Q.    Does the local loop use circuit switching
 3  in combination with anything else?
 4       A.    Yes.
 5       Q.    In combination with what?
 6       A.    The telephone system.
 7       Q.    When you say "the telephone system," are
 8  you referring here to the digital telephone network?
 9       A.    I'm referring to the telephone system
10  utilizing circuit switching to transmit information
11  from two -- from point source to destination.
12       Q.    Does that telephone system include the
13  local loop?
14       A.    The telephone system includes the local
15  loop.
16       Q.    So the local loop -- strike that.
17             Was it your testimony that the local loop
18  includes a POTS line?
19       A.    I would put it the other way, actually.
20  The POTS line includes a local loop.
21       Q.    So the local loop is a subset of what is
22  meant by POTS?
23       A.    Correct.
24       Q.    And the local loop is an analog
25  transmission; is that correct?
```

76

1  office.
2      Q.   But it does not include the connection
3  between a central office and another central office?
4      A.   I prefer to refer to those lines as
5  transmission lines.
6      Q.   Does anyone refer to those as telephone
7  lines?
8      A.   It may be misleading to refer to those
9  directly as telephone lines since those are commonly
10 -- telephone lines are commonly used to refer to the
11 connection between an end user and a central office.
12           The central office to central office
13 connections are commonly called trunk lines.
14     Q.   Do all transmissions within the telephone
15 network use circuit switching?
16     A.   Since the telephone network itself uses
17 circuit switching in a particular time division
18 multiplexing, then transmissions on that network
19 would also inherently use circuit switching.
20     Q.   So does that mean when anyone speaks about
21 a transmission on a -- on the telephone network, that
22 necessarily means using circuit switching?
23     A.   Yes.
24     Q.   And that also necessarily means using time
25 division multiplexing?

```
 1        A.   Yes.  As I've stated in my report, the
 2   telephone company began to use time division
 3   multiplexing to implement circuit switching and
 4   create virtual connections or circuits between two
 5   places.
 6        Q.   Is packet switching ever used on a
 7   telephone line?
 8        A.   What is the time frame of your question?
 9        Q.   Ever.  At any point in time, has packet
10   switching ever been used on a telephone line?
11        A.   In the 2003 time frame that may be
12   possible, but not in the 1988 time frame.
13        Q.   Do you have any knowledge of whether it's
14   ever been done?
15             MR. LEWIS:  Vague.  Objection.  Vague.
16   BY MR. GARD:
17        Q.   Do you have -- are you aware of whether
18   packet switching has ever been done on a telephone
19   line?
20        A.   Yes.
21        Q.   When?  When was that done?
22        A.   2003.
23        Q.   By whom?
24        A.   By Internet connections that are on top of
25   a circuit switched network.
```

```
 1          THE WITNESS:  "Telephone line" is vague.
 2   The local loop is not circuit switched.
 3   BY MR. GARD:
 4        Q.   Is POTS circuit switched?
 5        A.   Plain Old Telephone Service includes the
 6   circuit switching that occurs in the central office.
 7   So the answer is yes.
 8        Q.   So the portion of POTS that operates within
 9   the central office is circuit switching?
10          MR. LEWIS:  Objection.  Vague.
11          THE WITNESS:  Central offices utilize
12   circuit switching.
13   BY MR. GARD:
14        Q.   But the portion of a POTS line that is
15   within the central office uses circuit switching
16   techniques; is that correct?
17          MR. LEWIS:  Objection.  Vague.
18          THE WITNESS:  What is the time frame of
19   your question?
20   BY MR. GARD:
21        Q.   In the 1988 time frame.
22        A.   In the 1988 time frame, the central offices
23   utilized circuit switching.  And the POTS line
24   implementation in the central office utilized circuit
25   switching.
```

1   Q.  When we talked earlier about the telephone
2   network, that was inclusive of both the local loop
3   and the trunk lines or transmission lines; is that
4   correct?
5   A.  Yes.
6   Q.  So does that then mean that the telephone
7   network has both dedicated links and circuit switched
8   links?
9   A.  The telephone network, inclusive of the
10  local loop -- the local loops, utilized dedicated
11  links.  And the telephone network as a whole utilized
12  circuit switching.
13      Because on a -- let's use the example of a
14  non-party line among residences -- those lines are
15  not multiplexed, and therefore, do not involve
16  circuit switching in that context.
17  Q.  So the local loop portion of the telephone
18  network does not use multiplexing?  I believe that
19  was your testimony; is that correct?
20  A.  My testimony was that in fact in the case
21  of a party line, the situation would be different
22  than in the case of a dedicated line.
23  Q.  So if the local loop were implemented as a
24  dedicated line, that would not be doing multiplexing;
25  is that correct?

1    A.   As a dedicated line, as a non-party line,
2    it would not be doing multiplexing, with the
3    exception that if you have multiple telephone
4    extensions in your house, then in fact you're
5    selecting which extension it goes to.  If you pick up
6    two extensions, you're using both at once and that
7    could be interpreted as a form of multiplexing.
8         Q.   But it is known to have dedicated local
9    loop lines that do not use multiplexing, is that
10   correct, as of 1988?
11        A.   Yes.  Generally speaking, the local loop
12   was implemented using a dedicated line.
13        Q.   That did not use multiplexing; is that
14   correct?
15        A.   That's correct.
16        Q.   Did that dedicated line in 1988 typically
17   use circuit switching techniques?
18             MR. LEWIS:  I'm going to object.  Vague.
19             THE WITNESS:  By the "dedicated line,"
20   you're referring to the local loop dedicated line.
21   BY MR. GARD:
22        Q.   Yes.
23        A.   No.  However, that local loop formed part
24   of the telephone system, which is a circuit switched
25   network.

```
 1   division multiplexing.  But I don't think -- I'm not
 2   sure if that's your intended question.
 3        Q.   But it's not typically implemented using
 4   time division multiplexing?
 5             MR. LEWIS:  Objection.  Vague.
 6             MR. GARD:  The local loop.
 7             MR. LEWIS:  Still objection.  Vague.
 8             THE WITNESS:  Are you asking about the
 9   telephone company and how it implements local loops?
10   BY MR. GARD:
11        Q.   That dedicated line, non-party line, local
12   loop we have been discussing, is that implemented by
13   the resident, the residential user, or is that
14   implemented by the telephone company?
15        A.   The local loop is implemented by the
16   telephone company.
17        Q.   So that implementation by the telephone
18   company of the local loop dedicated non-party line,
19   is that implemented using time division multiplexing?
20        A.   No, it is not in general.
21        Q.   Does that, therefore, mean that it does not
22   have these time slots we have been discussing in the
23   context of time division multiplexing?
24        A.   You asked the question in a negative, so
25   I'm going to try to provide a complete answer --
```