# EXHIBIT AA

# BURST.COM V. MICROSOFT

## '705 CLAIM CHARTS
### Attorneys' Eyes Only

The following charts compare certain of the independent claims and certain of the corresponding dependent claims of U.S. Patent No. 5,995,705 ("the '705 Patent"), owned by Burst.com, to Microsoft's Windows Media 9 Series Platform.

| Claim 1 | Claim Support | Windows Media 9 Series Platform |
|---|---|---|
| An audio/video transceiver apparatus comprising: | "Referring to the drawing by reference characters, FIGS. 1 and 2 illustrate an improved audio/video recorder editor/transceiver 10 (VCR-ET) comprising an audio/video recording unit (AVRU) 11, a video control unit (VCU) 12, memory 13, digital control unit (DCU) 14, video line or camera input line 15, TV RF tuner 16, auxiliary digital input port 17, fiber optic input/output port 18, RF modulator 19, RGB converter with synchronizer 21, and an audio/video transmitter/receiver 22 with keypad 45, all in a common housing." (3:38-47)<br><br>"The typical VCR has its own tuner-receiver …" (1:27). | The "Microsoft Windows Media Resource Kit" discusses the phases of streaming[1] media employed by the Windows Media 9 Series Platform, which transmits and receives signals. As to "capturing," or receiving signals, the Resource Kit states, "The capture phase is where you pull audio and video from its source and onto the computer using a capture card…" And, in discussing transmit signals, the Resource Kit states, "Distribution [is d]elivering the compressed digital media over the network or onto storage media such as CD-ROM, DVD, or floppy disk." (Tricia Gill and Bill Birney, Microsoft Windows Media Resource Kit at 7-8 (Microsoft Press (2003); a true and correct copy of pertinent portions of this Resource Kit attached |

[1] "The IBM Dictionary of Computing" defines "stream" as "(1) To send data from one device to another." It further defines "streaming" as (1) A condition in which a device remains in a transmit state for an abnormal length of time." Also, The IBM Dictionary defines "'stream mode" as "A method of sending and receiving data in which records are defined as a stream of data without boundaries." (The IBM Dictionary of Computing, at 654 (International Business Machines Corp. 1994). The "Microsoft Windows Media Resource Kit" defines "streaming" as "A method of delivering digital media across a network in a continuous flow. The digital media is played by client software as it is received. Typically, streaming makes is unnecessary for users to download a file before playing it." (Tricia Gill and Bill Birney, Microsoft Windows Media Resource Kit at 512 (Microsoft Press (2003); a true and correct copy of pertinent portions of this Resource Kit attached hereto as Exhibit A.).

{00608984v1}

# BURST.COM V. MICROSOFT

## '705 CLAIM CHARTS
### Attorneys' Eyes Only

| | |
|---|---|
| audio/video material in a digital format." (1:57-62).<br><br>"Fiber optic port 18 incorporates a fiber optic transceiver. ... Port 18 thus provides a capability for two-way communication between high speed data bus 34 and a fiber optic signal line. The incorporation of fiber optic port 18 in the VCR-ET provides a capability for receiving audio/video signals from or delivering audio/video signals to the fiber optic line such as a fiber optic telephone line." (7:57-66).<br><br>"Switch 37 is provided to select connection to the fiber optic input/output port 18....The selected signal is delivered to or supplied from high speed data bus 34.<br><br>Analog output signals from AVRU 11 are delivered to the common terminal 38 of a selector switch 39. When set to position A, switch 39 delivers the output signal of AVRU 11 directly to a video output line 41 as a standard STCS composite signal; when set to position B switch 39 delivers the output of VRU 11 to the input of RF modulator 19. Modulator 19 converts the video signal to an RF-modulator 19. Modulator 19 converts the video signal to an RF-modulated composite signal for | proxy server are two or more typical computers (see footnote 1) coupled to one-another and having input/ouput ports, an encoder for time compressing source information, storage means, for storing the time compressed representation, and a transmission means. The available documentation describes that source information stored in the storage means of the proxy server is for transmitting in a burst time period. It is more likely than not that the source information stored in the storage means of the origin server is for transmitting in a burst time period. (Dr. Robert L. Stevenson).<br><br>Exhibit A states, "Windows Media Services 9 Series is the distribution component of the Windows Media 9 Series platform. It is a streaming media server that works in conjunction with Windows Media Encoder and Windows Media Player to deliver live or on-demand audio and video content to clients over an intranet or the Internet. ...<br><br>Windows Media Services can deliver a live stream, such as a broadcast of a live event, or existing content, such as a Windows media file. In the case of live content, Windows Media Services gets the |

16

{00608984v1}