# NOTICE OF DOCUMENT FILED SEPARATELY UNDER SEAL

In re: Microsoft Corp. Antitrust Litigation

MDL Docket No. 1332

This Document relates to:
*Burst.com, Inc. v. Microsoft Corp.*
Civil Action No. C-02-02952

FILED SEPARATELY UNDER SEAL:

Microsoft's Response to Burst's Motion to Declassify Microsoft Documents Designated as Confidential

Dated: February 13, 2004

RELATED TO DOCUMENT NO. 105