# NOTICE OF DOCUMENT FILED SEPARATELY UNDER SEAL


In re:  Microsoft Corp. Antitrust Litigation

MDL Docket No. 1332

This Document relates to:

Burst.com, Inc., v. Microsoft Corp.
No. JFM-02-cv-2952


FILED SEPARATELY UNDER SEAL

Exhibit B to Burst.com, Inc.'s Reply Brief for Microsoft Response to Burst's Motion to
Declassify Microsoft Documents Designated as Confidential.