IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION.<br><br>This Document relates to:<br><br>*Burst.com, Inc. v.*<br>*Microsoft Corp.,*<br><br>Civil Action No JFM-02-cv-2952 | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz |

## PROOF OF SERVICE

     I am employed in the State of California, County of San Francisco.  I am over 18 years of age and am not party to the within action.  My business address is One Market, Spear Tower, Suite 2200, San Francisco, California 94105.

     On February 24, 2004, I served Burst.com, Inc.'s Reply Brief for Microsoft Response to Burst's Motion to Declassify Microsoft Documents Designated as Confidential (Exhibit B Filed Under Seal) upon counsel named below as indicated:


John W. Treece *(via Federal Express)*
**SIDLEY AUSTIN BROWN & WOOD LLP**
Bank One Plaza
10 South Dearborn Street
Chicago, IL  60603


Bryan K. Anderson *(via Hand Delivery)*
**SIDLEY AUSTIN BROWN & WOOD LLP**
555 California Street
San Francisco, CA  94104


Lloyd "Rusty" Day, Jr. *(via Federal Express)*
**DAY CASEBEER MADRID**
**& BATCHELDER LLP**
20300 Stevens Creek Blvd., Suite 400
Cupertino, Ca 95014

John B. Isbister *(via Federal Express)*
**TYDINGS & ROSENBERG LLP**
100 East Pratt Street
Baltimore, MD 21202

    Executed this 24th day of February, 2004.

                                                                 /s/
                                                                Janine DeAndre