IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION. | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz |
| This Document relates to:<br><br>*Burst.com, Inc. v.*<br>*Microsoft Corp.,*<br><br>Civil Action No JFM-02-cv-2952 | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
<u>SEEKING LEAVE TO FILE UNDER SEAL</u>**

For the reasons stated in Plaintiff's Motion Seeking Leave to File Under Seal, it is hereby ORDERED that the Motion is GRANTED. The Clerk of the Court is directed to maintain Exhibit B to Burst.com, Inc.'s Reply Brief for Microsoft Response to Burst's Motion to Declassify Microsoft Documents Designated as Confidential under seal.

SO ORDERED this ____ day of _____, 2004.

_____
J. Frederick Motz
U.S. District Judge, District of Maryland