UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

March 8, 2004

Memo To Counsel Re: Microsoft Corp. Antitrust Litigation
MDL 1332

The Document Relates To:
Burst.com, Inc. v. Microsoft Corp.
Civil No. JFM-02-2952

Dear Counsel:

I spoke with Judge Walker last week. He would prefer that you *not* contact him now about setting a trial date but wait to do so until the case has been returned to him as transferor judge.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge