## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **IN RE MICROSOFT CORP. ANTITRUST LITIGATION** | **MDL Docket No. 1332** |
| | **Hon. J. Frederick Motz** |
| **This Document relates to:** | |
| *Burst.com, Inc. v. Microsoft Corp.* | **Notice of Manual Filing of Lengthy Exhibits to Plaintiff Burst.com, Inc.'s Motion for Clarification and/or Reconsideration of the Court's March 12, 2004 Order Concerning Claim Construction** |
| **Civil Action No JFM-02-cv-2952** | |

Exhibits A through J, which is an attachment to Plaintiff Burst'com., Inc.'s Motion for Clarification and/or Reconsideration of the Court's March 12, 2004 Order Concerning Claim Construction exists only in paper format and is over fifteen (15) pages. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

March 26, 2004

SPENCER HOSIE (Ca Bar # 101777)
BRUCE J. WECKER (Ca Bar # 78530)
GEORGE BISHOP (Ca Bar # 89205)
**HOSIE, FROST, LARGE & McARTHUR**
One Market, Spear Street Tower, 22nd Floor
San Francisco, CA 94105
Telephone: 415-247-6000

ROBERT J. YORIO (Ca Bar # 93178)
COLBY B. SPRINGER (Ca Bar # 214868)
**CARR & FERRELL** *LLP*
2200 Geng Road
Palo Alto, CA 94303
Telephone: 650-812-3400

By:    _____/s/_____
         Colby B. Springer
         Attorneys for Plaintiff Burst.com, Inc.