**EXHIBIT EE**

# Compression Techniques

## Explicitly Disclosed in Patent

## Fibonacci Delta Compression

(*'995, column 5, line 28-35*)

- **Audio Compression Technique**

- **Could be implemented in 1988 in real-time using a CPU and software**

- **Can be implemented today in real-time using a CPU and software**