IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION. | MDL Docket No. 1332 |
| | Hon. J. Frederick Motz |
| This Document relates to: | |
| *Burst.com, Inc. v. Microsoft Corp.*, | |
| Civil Action No JFM-02-cv-2952 | |

**[PROPOSED] ORDER SHORTENING TIME FOR HEARING OF BURST.COM, INC.'S THIRD MOTION TO COMPEL MICROSOFT TO PROVIDE BASIC DISCOVERY CONCERNING ITS E-MAIL DESTRUCTION**

Burst.com, Inc.'s Motion for Relief From Local Rule 104.8(c) and Motion for Order Shortening Time for Hearing of Burst.com, Inc.'s Third Motion to Compel Microsoft to Provide Basic Discovery Concerning its E-Mail Destruction is Granted. Therefore:

1. Burst's Third Motion to Compel Microsoft to Provide Basic Discovery Concerning Its E-mail Destruction may be filed notwithstanding the requirements of Local Rule 104.8(c).

2. Said Motion shall be briefed and heard on the following schedule:

Microsoft's Opposition served and filed _____;

Burst's Reply served and filed _____;

Hearing _____.

SO ORDERED this _____ day of _____, 20004

_____
J. Frederick Motz
U.S. District Judge, District of Maryland