IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE MICROSOFT CORP.
ANTITRUST LITIGATION

This Document Relates To:

*Burst.com, Inc. v. Microsoft Corp.,*
Civil Action No. C-02-2952

MDL Docket No. 1332
Hon. J. Frederick Motz

## NOTICE OF SERVICE

Please take notice that on May 13, 2004 Defendant, Microsoft Corporation, served a copy of Microsoft's Memorandum in Opposition to Burst.com's Third Motion to Compel Microsoft to Provide Basic Discovery Concerning Its (Purported) Email Destruction upon the following by email and overnight delivery to:

> Spencer Hosie
> Bruce J. Wecker
> John McArthur
> HOSIE, FROST, LARGE & McARTHUR
> One Market Spear Street Tower, 22nd Floor
> San Francisco, CA 94105

> Robert Yorio
> Mary A. Wiggins
> CARR & FERRELL, LLP
> 2225 East Bayshore Road
> Suite 200
> Palo Alto, CA 94303

_____
Jeffrey D. Herschman

- 2 -

Date: May 13, 2004

Of Counsel:
Philip L. Graham, Jr.
David B. Tulchin
Marc De Leeuw
SULLIVAN & CROMWELL
125 Broad Street
New York, New York  10004
Telephone:     (212) 558-4000


Thomas W. Burt
Richard J. Wallis
Steven J. Aeschbacher
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington  98052
Telephone:  (425) 936-8080

Michael F. Brockmeyer
(Federal Bar No. 02307)
Jeffrey D. Herschman
(Federal Bar No. 00101)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland  21209
Telephone:     (410) 580-3000

Charles W. Douglas
Richard A. Cederoth
John W. Treece
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois  60603
Telephone: (312) 853-7000


*Attorneys for Microsoft Corporation*