IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION.<br><br>This Document relates to:<br><br>*Burst.com, Inc. v. Microsoft Corp.,*<br><br>Civil Action No JFM-02-cv-2952 | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz<br><br>**PROOF OF SERVICE** |

      I am employed in the State of California, County of San Francisco. I am over 18 years of age and am not party to the within action. My business address is One Market, Spear Tower, Suite 2200, San Francisco, California 94105.

      On May 17, 2004, I served upon counsel named below as indicated:

**BURST.COM, INC.'S REPLY TO MICROSOFT'S MEMORANDUM IN OPPOSITION TO BURST.COM'S THIRD MOTION TO COMPEL MICROSOFT TO PROVIDE BASIC DISCOVERY CONCERNING ITS E-MAIL DESTRUCTION**

John W. Treece *(via Facsimile and Federal Express)*
Susan Harris
**SIDLEY AUSTIN BROWN & WOOD LLP**
Bank One Plaza
10 South Dearborn Street
Chicago, IL  60603
Fax:  312.853.7036

      Executed this May 17, 2004.

                                                        /s/
                                                    Jerry Shaw