IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION | |
| This Document relates to: | MDL Docket No. 1332 |
| *Burst.com, Inc. v. Microsoft Corp.* | Hon. J. Frederick Motz |
| Civil Action No. C-02-02952 | |

**MICROSOFT CORPORATION'S MOTION TO FILE
CERTAIN MATERIAL UNDER SEAL**

Defendant Microsoft Corporation ("Microsoft") hereby moves, pursuant to Local Rule 105.11, for an order directing the filing of the following material under seal: Microsoft's Memorandum in Opposition to Burst.com's Third Motion to Compel Microsoft to Provide Basic Discovery Concerning Its (Purported) Email Destruction with attached exhibits 1-14. Microsoft respectfully requests that this document be filed under seal because it includes information designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Revised Protective Order entered by the Court on September 5, 2000. Inasmuch as Plaintiff's original motion was filed under seal and no public redacted version of the motion was filed, Microsoft has not filed a public redacted version of this document.

Dated: May 18, 2004                     MICROSOFT CORPORATION

                                        By: _____
Philip L. Graham, Jr.                   Jeffrey D. Herschman (Fed. Bar No. 00101)
David B. Tulchin                        Michael F. Brockmeyer (Fed. Bar No. 02307)
Marc De Leeuw                           PIPER RUDNICK LLP
SULLIVAN & CROMWELL                     6225 Smith Avenue
125 Broad Street                        Baltimore, Maryland  21209
New York, New York  10004-2498          Telephone:  (410) 580-3000
Telephone:  (212) 558-4000


Thomas W. Burt                          Charles W. Douglas
Richard J. Wallis                       Richard A. Cederoth
Steven J. Aeschbacher                   John W. Treece
MICROSOFT CORPORATION                   SIDLEY AUSTIN BROWN & WOOD
One Microsoft Way                       Bank One Plaza, 10 South Dearborn Street
Redmond, Washington  98052              Chicago, Illinois  60603
Telephone:  (425) 936-8080              (312) 853-7000

*Attorneys for Defendant Microsoft Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 18, 2004, I caused a copy of Microsoft's Memorandum in Opposition to Burst.com's Third Motion to Compel Microsoft to Provide Basic Discovery Concerning Its (Purported) Email Destruction to be sent via email to:

Spencer Hosie
Bruce J. Wecker
John McArthur
HOSIE, FROST, LARGE & McARTHUR
One Market Spear Street Tower, 22nd Floor
San Francisco, CA 94105

Robert Yorio
Mary A. Wiggins
CARR & FERRELL, LLP
2225 East Bayshore Road
Suite 200
Palo Alto, CA 94303

Jeffrey D. Herschman