NOTICE OF DOCUMENT FILED SEPARATELY UNDER SEAL

In re: Microsoft Corp. Antitrust Litigation

MDL Docket No. 1332

This Document relates to:
*Burst.com, Inc. v. Microsoft Corp.*
Civil Action No. C-02-02952

FILED SEPARATELY UNDER SEAL:

Microsoft's Memorandum in Opposition to Burst.com's Third Motion to Compel Microsoft to Provide Basic Discovery Concerning Its (Purported) Email Destruction with attached exhibits 1-14

Dated:  May 18, 2004

RELATED TO DOCUMENT NO. 124