IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE MICROSOFT ANTITRUST LITIGATION | * | MDL 1332 |
| This document relates to: | * | |
| BURST.COM, INC. | * | |
| v. | * | Civil No. JFM-02-2952 |
| MICROSOFT CORPORATION | * | |

ORDER

For the reasons stated yesterday on the record, it is, this ___ day of May 2004,

ORDERED that

1  Burst.Com's Third Motion to Compel Microsoft to Provide Basic Discovery Concerning its Email Destruction is granted, and

2. All documents related to the motion are hereby unsealed.

J. Frederick Motz
United States District Judge