IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| IN RE MICROSOFT CORPORATION ANTITRUST LITIGATION  )<br>)<br>)<br>)<br>This Document Relates to:  )<br>)<br>*Burst.com, Inc. v. Microsoft Corp.*  )<br>)<br>)<br>Civil Action No. 1:02 cv02952  )<br>) | MDL Docket No. 1332 |

**MICROSOFT'S MOTION FOR A PROTECTIVE ORDER**

Microsoft Corp. moves the Court for a protective order preventing Burst from deposing the Microsoft attorney who prosecuted two Microsoft patent applications: (1) Improved Media Streaming Method and Arrangement and (2) Client-Side Caching of Streaming Media Content." Burst seeks to depose this attorney about unidentified information relating to unidentified trade secrets allegedly relating to its misappropriation claim against Microsoft.

Burst's request to depose Microsoft's attorney constitutes good cause for a protective order barring that deposition unless Burst can show that the information it seeks (1) is *only* available from that attorney; (2) is not privileged or work product; and (3) is relevant and the relevancy of that information outweighs the risk inherent in deposing an attorney. Microsoft asked Burst to provide information sufficient to evaluate these criteria, but Burst would only say that the identified patent applications relate in some unidentified way to unidentified Burst trade secrets. Burst has also not identified why the information it seeks is not privileged.

For these reasons, and the additional reasons and case law in support of this motion provided in Microsoft's accompanying Memorandum, Microsoft asks the Court to issue a protective order barring this deposition.

Dated: June 3, 2004

Respectfully submitted,

Michael F. Brockmeyer
(Fed. Bar No. 02307)
Jeffrey D. Herschman
(Fed. Bar No. 00101)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
Telephone: (410) 580-4115

Philip L. Graham, Jr.
David B. Tulchin
Marc De Leeuw
SULLIVAN & CROMWELL
125 Broad Street
New York, NY 10004-2498
(212) 558-4000

Thomas W. Burt
Richard J. Wallis
Steven J. Aeschbacher
C. Andrew Culbert
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98052
(425) 936-8080

Karen A. Popp (D.Md. No. 26145)
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, DC 20005

Charles W. Douglas
Richard A. Cederoth
John W. Treece
SIDLEY AUSTIN BROWN & WOOD
Bank One Plaza, 10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

*Attorneys for Defendant Microsoft Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2004, I caused a copy of the foregoing Microsoft's Motion For A Protective Order and Memorandum in Support to be served by facsimile and U.S. mail, first class, postage prepaid, to:

Spencer Hosie, Esq.
Hosie Frost Large & McArthur LLP
One Market
Spear Street Tower
Ste. 2200
San Francisco CA  94105

James P. Ulwick, Esq.
Kramon & Graham, P.A.
One South Street
Baltimore, Maryland  21202

Michael F. Brockmeyer