**EXHIBIT A**

# HOSIE FROST LARGE & MCARTHUR
ATTORNEYS AT LAW

1 Market Street
Spear Street Tower, 22nd Floor
San Francisco, California 94105
Telephone: (415) 247 – 6000
Facsimile: (415) 247 – 6001

May 19, 2004

<u>VIA FACSIMILE</u> 312.853.7036

John Treece
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

  Re: <u>MDL 1332; Burst v. Microsoft Corporation</u>

Dear John:

  Pursuant to the December 17, 2002 Order Governing Depositions, I am writing to provide notice that Burst plans to notice the deposition of one of Microsoft's current employees,, and requests that you make such employee available as follows:

| | |
|---|---|
| **Deponent:** | Microsoft's Patent Prosecution Counsel for (1) Application for Letters Patent (Improved Media Streaming Methods and Arrangement – MS-CC-BU 9024650-9024679); and (2) Application for Letters Patent (Client-Side Caching of Streaming Media Content – MS-CC-BU 9023892-9023973) |
| **21-day Period** | May 24-June 14, 2004 |
| **Number of days** | 1 |

  As specified in the Order Governing Depositions, please respond within five days to provide dates during the 21-day period identified above when Microsoft's Patent Prosecution Counsel can be made available. The place for the deposition will be Seattle. The deposition will last a day or less, and I am the person to contact regarding scheduling.

              Very truly yours,

              Bruce Wecker

cc: Co-Counsel
   James Ulwick