**EXHIBIT B**

# SIDLEY AUSTIN BROWN & WOOD LLP

| | | |
|---|---|---|
| BEIJING | BANK ONE PLAZA | LOS ANGELES |
| BRUSSELS | 10 S. DEARBORN STREET | NEW YORK |
| CHICAGO | CHICAGO, ILLINOIS 60603 | SAN FRANCISCO |
| DALLAS | TELEPHONE 312 853 7000 | SHANGHAI |
| GENEVA | FACSIMILE 312 853 7036 | SINGAPORE |
| HONG KONG | www.sidley.com | TOKYO |
| LONDON | FOUNDED 1866 | WASHINGTON, D.C. |

WRITER'S DIRECT NUMBER
(312) 853-4169

WRITER'S E-MAIL ADDRESS
dilewis@sidley.com

May 27, 2004

**By Facsimile**

Spencer Hosie
Hosie Frost Large & McArthur
1 Market Street
Spear Street Tower, 22nd Floor
San Francisco, CA 94105

      Re:    <u>MDL 1332; Burst v. Microsoft Corporation</u>

Dear Spencer:

      I am writing regarding your May 19, 2004 letter seeking to depose Microsoft's counsel who prosecuted Microsoft's patent applications entitled: (1) Improved Media Streaming Method and Arrangement and (2) Client-Side Caching of Streaming Media Content.

      As you know, deposing your opponent's counsel is an extraordinary request. Please provide us the following information so that we may consider your request: (1) what information you seek from Microsoft's attorney, (2) why that information cannot be obtained from non-lawyers, (3) what relevance that information has to this case, and (4) why that information is not privileged.

Sincerely,

*[signature]*

Douglas I. Lewis

SIDLEY AUSTIN BROWN & WOOD LLP IS AN ILLINOIS LIMITED LIABILITY PARTNERSHIP PRACTICING IN AFFILIATION WITH OTHER SIDLEY AUSTIN BROWN & WOOD PARTNERSHIPS

CH1 2962738v1