**EXHIBIT C**

# HOSIE FROST LARGE & MCARTHUR
ATTORNEYS AT LAW

1 Market Street
Spear Street Tower, 22nd Floor
San Francisco, California 94105
Telephone: (415) 247 – 6000
Facsimile: (415) 247 – 6001

May 28, 2004

<u>VIA FACSIMILE</u>

Douglas Lewis
Sidley Austin Brown & Wood LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL  60603

    Re: <u>MDL 1332: Burst v. Microsoft Corporation</u>

Dear Doug:

    Responding to yours of yesterday, wherein you object to producing Microsoft prosecuting patent counsel for deposition:

    While this may be your view, it is certainly not Microsoft's. To quote a letter I received from Microsoft counsel in another matter mere days ago:

> To answer your questions of yesterday, the reason that prosecuting attorneys are routinely deposed in patent cases is that any communications that the attorney had with the PTO in prosecuting the patent are not privileged, and those may be explored. Further, some of the client/inventor's communications with the attorney also are not privileged, e.g., those communications that contain information that the client intends to be passed on to the PTO.

    I am confident that Microsoft will not take the position that a deposition it characterizes as routine in one case is quite improper in another near-identical case.

## HOSIE, FROST, LARGE & McARTHUR

Douglas Lewis
May 28, 2004
Page 2

   Your five day period to designate dates has expired. I would very much appreciate you telling me today the available dates in the three week window.

   Very truly yours,

   Spencer Hosie

cc:   Robert Yorio