IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION.<br><br>This Document relates to:<br><br>*Burst.com, Inc. v. Microsoft Corp.,*<br><br>Civil Action No JFM-02-cv-2952 | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz<br><br>**PROOF OF SERVICE** |

I am employed in the State of California, County of San Francisco. I am over 18 years of age and am not party to the within action. My business address is One Market, Spear Tower, Suite 2200, San Francisco, California 94105.

On June 17, 2004, I served BURST.COM, INC.'S OPPOSITION TO MICROSOFT'S MOTION FOR A PROTECTIVE ORDER [FILED UNDER SEAL] upon counsel named below as indicated:

Jonathan Treece *(via Federal Express)*
**SIDLEY AUSTIN BROWN & WOOD LLP**
Bank One Plaza
10 South Dearborn Street
Chicago, IL  60603

Bryan Anderson *(via hand delivery)*
**SIDLEY AUSTIN BROWN & WOOD LLP**
555 California Street, Suite 5000
San Francisco, CA  94104-1715

Ralph Palumbo *(via Federal Express)*
**SUMMIT LAW GROUP**
315 Fifth Avenue South, Suite 1000
Seattle, WA  98104

James P. Ulwick *(via Federal Express)*
**KRAMON & GRAHAM, PA**
One South Street, Suite 2600
Baltimore, MD  21202-3201

Sean Gallagher *(via Federal Express)*
**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**
54 West Hubbard, Suite 300
Chicago, IL  60610

Executed this 17th day of June, 2004.

                                            /s/_____
                                            Janine DeAndre