IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---

IN RE MICROSOFT CORP.
ANTITRUST LITIGATION.

This Document relates to:

*Burst.com, Inc. v.*
*Microsoft Corp.,*

Civil Action No JFM-02-cv-2952

MDL Docket No. 1332

Hon. J. Frederick Motz

---

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION**
**SEEKING LEAVE TO FILE UNDER SEAL**

For the reasons stated in Plaintiff's Motion Seeking Leave to File Under Seal, it is hereby

ORDERED that the Motion is GRANTED.  The Clerk of the Court is directed to maintain

Burst.com, Inc.'s Opposition to Microsoft's Motion for a Protective Order under seal.

SO ORDERED this _____ day of _____, 2004.

_____
J. Frederick Motz
U.S. District Judge, District of Maryland