IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION | |
| This Document relates to: | MDL Docket No. 1332 |
| *Burst.com, Inc. v. Microsoft Corp.* | Hon. J. Frederick Motz |
| Civil Action No. C-02-02952 | |

## MICROSOFT CORPORATION'S MOTION TO FILE CERTAIN MATERIAL UNDER SEAL

Defendant Microsoft Corporation ("Microsoft") hereby moves, pursuant to Local Rule 105.11, for an order directing the filing of the following material under seal: Reply Memorandum In Support of Microsoft's Motion for a Protective Order with attached exhibits F-AA. Microsoft respectfully requests that these documents be filed under seal because they include information designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Revised Protective Order entered by the Court on September 5, 2000. Inasmuch as Plaintiff's original motion was filed under seal and no public redacted version of the motion was filed, Microsoft has not filed a public redacted version of this document.

Dated: July 1, 2004                                MICROSOFT CORPORATION

                                                   By: *Jeffrey D. Herschman /lca*
Philip L. Graham, Jr.                              Jeffrey D. Herschman (Fed. Bar No. 00101)
David B. Tulchin                                   Michael F. Brockmeyer (Fed. Bar No. 02307)
Marc De Leeuw                                      PIPER RUDNICK LLP
SULLIVAN & CROMWELL                                6225 Smith Avenue
125 Broad Street                                   Baltimore, Maryland 21209
New York, New York 10004-2498                      Telephone: (410) 580-3000
Telephone: (212) 558-4000


Thomas W. Burt                                     Charles W. Douglas
Richard J. Wallis                                  Richard A. Cederoth
Steven J. Aeschbacher                              John W. Treece
MICROSOFT CORPORATION                              SIDLEY AUSTIN BROWN & WOOD
One Microsoft Way                                  Bank One Plaza, 10 South Dearborn Street
Redmond, Washington 98052                          Chicago, Illinois 60603
Telephone: (425) 936-8080                          (312) 853-7000

*Attorneys for Defendant Microsoft Corporation*

- 3 -

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 1, 2004, I caused a copy of the foregoing to be sent via overnight delivery to:

>James P. Ulwick
>Kramon & Graham, PA
>One South Street, Suite 2600
>Baltimore, Maryland 21202
>
>Spencer Hosie
>HOSIE, FROST, LARGE & McARTHUR
>One Market Spear Street Tower, 22nd Floor
>San Francisco, CA 94105

_____
Jeffrey D. Herschman