NOTICE OF DOCUMENT FILED SEPARATELY UNDER SEAL

In re: Microsoft Corp. Antitrust Litigation

MDL Docket No. 1332

This Document relates to:
*Burst.com, Inc. v. Microsoft Corp.*
Civil Action No. C-02-02952

FILED SEPARATELY UNDER SEAL:

Reply Memorandum in Support of Microsoft's Motion for a Protective Order with attached exhibits F-AA

Dated: July 1, 2004

RELATED TO DOCUMENT NO. 135