IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Burst.com, Inc. v. Microsoft Corp.,*<br>Civil Action No. C-02-2952 | MDL Docket No. 1332<br>Hon. J. Frederick Motz |

## NOTICE OF SERVICE

Please take notice that on August 23, 2004 Defendant, Microsoft Corporation, served a copy of Microsoft Corporation's Motion To Compel Plaintiff Burst.Com To Address Deficiencies In Its Privilege Logs Or, In The Alternative, To Produce Documents and the Memorandum in support thereof upon the following by overnight delivery to:

Spencer Hosie
Bruce J. Wecker
John McArthur
HOSIE, FROST, LARGE & McARTHUR
One Market Spear Street Tower, 22nd Floor
San Francisco, CA 94105

Robert Yorio
Mary A. Wiggins
CARR & FERRELL, LLP
2225 East Bayshore Road
Suite 200
Palo Alto, CA 94303

_____
Michael F. Brockmeyer

- 2 -

Date: August 23, 2004

| | |
|---|---|
| Of Counsel:<br>Philip L. Graham, Jr.<br>David B. Tulchin<br>Marc De Leeuw<br>SULLIVAN & CROMWELL<br>125 Broad Street<br>New York, New York  10004<br>Telephone:    (212) 558-4000 | Michael F. Brockmeyer<br>(Federal Bar No. 02307)<br>Jeffrey D. Herschman<br>(Federal Bar No. 00101)<br>PIPER RUDNICK LLP<br>6225 Smith Avenue<br>Baltimore, Maryland  21209<br>Telephone:    (410) 580-3000 |
| Thomas W. Burt<br>Richard J. Wallis<br>Steven J. Aeschbacher<br>MICROSOFT CORPORATION<br>One Microsoft Way<br>Redmond, Washington  98052<br>Telephone: (425) 936-8080 | Charles W. Douglas<br>Richard A. Cederoth<br>John W. Treece<br>Douglas I. Lewis<br>SIDLEY AUSTIN BROWN & WOOD LLP<br>Bank One Plaza<br>10 South Dearborn Street<br>Chicago, Illinois  60603<br>Telephone: (312) 853-7000 |
| | *Attorneys for Microsoft Corporation* |