IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION.<br><br>This Document relates to:<br><br>*Burst.com, Inc. v.*<br>*Microsoft Corp.,*<br><br>Civil Action No JFM-02-cv-2952 | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz |

**[PROPOSED] ORDER SHORTENING TIME FOR HEARING OF BURST.COM, INC.'S MOTION TO COMPEL MICROSOFT TO PRODUCE DOCUMENTS RELATING TO ITS DOCUMENT PRESERVATION POLICY AND PRACTICE**

Burst.com, Inc.'s Motion for Relief From Local Rule 104.8(c) and Motion for Order Shortening Time for Hearing of Burst.com, Inc.'s Motion to Compel Microsoft to Produce Documents Relating to Its Document Preservation Policy and Practice is Granted.  Therefore:

1.Burst's Motion to Compel Microsoft to Produce Documents Relating to Its Document Preservation Policy and Practice may be filed notwithstanding the requirements of Local Rule 104.8(c).

2.The motion, including all Exhibits, is unsealed.

3.Said Motion shall be briefed and heard on the following schedule:

Microsoft's Opposition served and filed _____;

Burst's Reply served and filed _____;

Hearing _____.

2

SO ORDERED this _____ day of _____, 2004

                                              _____
                                              J. Frederick Motz
                                              U.S. District Judge, District of Maryland