IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION.<br><br>This Document relates to:<br><br>*Burst.com, Inc. v. Microsoft Corp.,*<br><br>Civil Action No JFM-02-cv-2952 | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz<br><br>**PROOF OF SERVICE** |

      I am employed in the State of California, County of San Francisco.  I am over 18 years of age and am not party to the within action.  My business address is One Market, Spear Tower, Suite 2200, San Francisco, California 94105.

      On August 23, 2004, I served BURST.COM, INC.'S MOTION TO COMPEL MICROSOFT TO PRODUCE DOCUMENTS RELATING TO ITS DOCUMENT PRESERVATION POLICY AND PRACTICE [UNDER SEAL] upon counsel named below as indicated:

Jonathan Treece *(via facsimile)*
**SIDLEY AUSTIN BROWN & WOOD LLP**
Bank One Plaza
10 South Dearborn Street
Chicago, IL  60603
Fax:  312.853.7036


Executed this 23rd day of August, 2004.

                                                            /s/_____
                                                            Jerry Shaw