IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION.<br><br>This Document relates to:<br><br>*Burst.com, Inc. v.*<br>*Microsoft Corp.,*<br><br>Civil Action No JFM-02-cv-2952 | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
SEEKING LEAVE TO FILE UNDER SEAL**

For the reasons stated in Plaintiff's Motion Seeking Leave to File Under Seal, it is hereby ORDERED that the Motion is GRANTED. The Clerk of the Court is directed to maintain Burst.com, Inc.'s Motion to Compel Microsoft to Produce Documents Relating to Its Document Preservation Policy and Practice under seal.

SO ORDERED this ____ day of _____, 2004.

_____
J. Frederick Motz
U.S. District Judge, District of Maryland