**NOTICE OF DOCUMENT FILED SEPARATELY UNDER SEAL**

In re: Microsoft Corp. Antitrust Litigation

MDL Docket No. 1332

This Document relates to:

Burst.com, Inc. v. Microsoft Corp.
No. JFM-02-2952


FILED SEPARATELY UNDER SEAL

Exhibit A to Burst.com, Inc.'s Motion for Relief From Local Rule 104.8(c) and Motion for Order Shortening Time for Hearing of Burst.com, Inc.'s Motion to Compel Microsoft to Produce Documents Relating to Its Document Preservation Policy and Practice