## NOTICE OF DOCUMENTS FILED SEPARATELY UNDER SEAL

In re: Microsoft Corp. Antitrust Litigation

MDL Docket No. 1332

This Document relates to:
*Burst.com, Inc. v. Microsoft Corporation*
Civil Action No. JFM-02-02952

FILED SEPARATELY UNDER SEAL:

The following documents are filed separately under seal:

1. Microsoft's Cross-Motion to Extend Its Time to Respond to Burst's Latest Motion Concerning Document Retention;

2. Microsoft's Memorandum in Opposition to Burst's Motion to Shorten Time and In Support of Microsoft's Cross-Motion to Extend Its Time to Respond to Burst's Latest Motion Concerning Document Retention; and

3. Proposed Order.

Dated: August 24, 2004

RELATED TO DOCUMENT NO. 144