# NOTICE OF DOCUMENT FILED SEPARATELY UNDER SEAL

In re: Microsoft Corp. Antitrust Litigation

MDL Docket No. 1332

This Document relates to:
*Burst.com, Inc. v. Microsoft Corporation*
Civil Action No. JFM-02-2952

FILED SEPARATELY UNDER SEAL:

1. Microsoft's Reply Memorandum in Support of Its Cross-Motion to Extend Its Time to Respond to Burst's Latest Motion Concerning Document Retention

Dated: August 25, 2004

RELATED TO DOCUMENT NO. 147