# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

September 2, 2004

Memo To Counsel Re: Microsoft Corp. Antitrust Litigation
MDL 1332

The Document Relates To:
Burst.com, Inc. v. Microsoft Corp.
Civil No. JFM-02-2952

Dear Counsel:

This will confirm the schedule agreed upon during yesterday's conference call concerning Burst's motion to compel.

| | |
|---|---|
| September 17, 2004 | Deadline for Microsoft's opposition |
| September 24, 2004 | Deadline for Burst's reply |
| Three weeks after I rule upon the motion to compel | Deadline for discovery on any issues as to which I grant the motion |

During our conference I neglected to set a hearing date for the motion. A hearing may not be necessary. However, in order to prevent unnecessary delay in the event that I determine that a hearing would be helpful, I hereby set a hearing at 2:30 p.m. (Eastern time) on October 5, 2004 by telephone. This is an hour in advance of the monthly conference call we scheduled for that date. Please advise me immediately if that time and date is not a convenient time for a telephonic hearing on the motion.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge