IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION. | MDL Docket No. 1332 |
| This Document relates to: | Hon. J. Frederick Motz |
| *Burst.com, Inc. v. Microsoft Corp.*, | |
| Civil Action No JFM-02-cv-2952 | |

**BURST'S MOTION FOR LEAVE TO FILE A
FIRST AMENDED AND SUPPLEMENTAL COMPLAINT**

Plaintiff Burst.com, Inc. ("Burst"), pursuant to Fed.R.Civ.Proc. 15(a), requests that the Court grant Burst leave to file the attached First Amended and Supplemental Complaint. Burst bases this motion on the matters discussed in its Memorandum in Support of its Motion for Leave to File First Amended and Supplemental Complaint. Filed herewith.

DATED:  September 10, 2004

SPENCER HOSIE (Ca Bar # 101777)
BRUCE J. WECKER (Ca Bar # 078530)
GEORGE F. BISHOP (Ca Bar # 89205)
HOSIE, FROST, LARGE & McARTHUR
One Market, Spear Street Tower, 22nd Floor
San Francisco, CA 94105
Telephone: 415-247-6000

ROBERT YORIO (Ca Bar # 93178))
CARR & FERRELL, LLP
2200 Geng Road
Palo Alto, CA 94303
Telephone: 650-812-3400

By     /s/
         Spencer Hosie
Attorneys for Plaintiff Burst.com, Inc.

## PROOF OF SERVICE

I am employed in the State of California, County of San Francisco. I am over 18 years of age and am not party to the within action. My business address is One Market, Spear Tower, Suite 2200, San Francisco, California 94105.

On September 10, 2004, I served BURST'S MOTION FOR LEAVE TO FILE A FIRST AMENDED AND SUPPLEMENTAL COMPLAINT upon counsel named below as indicated:

John W. Treece *(via facsimile)*
**SIDLEY AUSTIN BROWN & WOOD LLP**
Bank One Plaza
10 South Dearborn Street
Chicago, IL  60603
Fax:  312.853.7036

Executed this 10th day of September, 2004.

/s/
Janine DeAndre