# NOTICE OF DOCUMENT FILED SEPARATELY UNDER SEAL

In re: Microsoft Corp. Antitrust Litigation

MDL Docket No. 1332

This Document relates to:
*Burst.com, Inc. v. Microsoft Corporation*
Civil Action No. JFM-02-2952

FILED SEPARATELY UNDER SEAL:

1.  Microsoft's Memorandum in Opposition to Burst.com's Motion for Additional Time to Depose William H. Gates, III

Dated: September 16, 2004

RELATED TO DOCUMENT NO. 154