NOTICE OF DOCUMENT FILED SEPARATELY UNDER SEAL

In re: Microsoft Corp. Antitrust Litigation

MDL Docket No. 1332

This Document relates to:
*Burst.com, Inc. v. Microsoft Corporation*
Civil Action No. JFM-02-2952

FILED SEPARATELY UNDER SEAL:

1. Microsoft's Memorandum in Opposition to Burst's Motion to Compel Microsoft to Produce Documents Relating to Its Document Preservation Policy and Exhibits 1-13 thereto.

Dated: September 17, 2004

RELATED TO DOCUMENT NO. 156