## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Burst.com, Inc. v. Microsoft Corp.,*<br>Civil Action No. C-02-02952 | MDL Docket No. 1332<br>Hon. J. Frederick Motz |

## NOTICE OF FILING OF LENGTHY EXHIBITS

Exhibits A through P which are attached to Microsoft's Response to Burst's Motion for Leave to File a First Amended and Supplemental Complaint exist only in paper format and are longer than 15 pages. These Exhibits will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice I will file and serve paper copies of the documents identified above.

Date: September 28, 2004

_____
Jeffrey D. Herschman
(Fed. Bar No. 00101)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, MD 21209-3600
410-580-3000
Attorney for Defendant Microsoft Corporation