IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION.<br><br>This Document relates to:<br><br>*Burst.com, Inc. v.*<br>*Microsoft Corp.,*<br><br>Civil Action No JFM-02-cv-2952 | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz |

**BURST.COM, INC.'S MOTION TO COMPEL MICROSOFT TO PRODUCE DOCUMENTS RELATING TO ITS DOCUMENT PRESERVATION POLICY AND CERTIFICATE OF CONFERENCE**
**[ATTACHMENTS FILED UNDER SEAL]**

Pursuant to Local Rules 104.8(c), Burst.com, Inc. herewith files its briefing on Burst.com's Motion to Compel Microsoft to Produce Documents Relating to Its Document Preservation Policy and certification of a conference of counsel as required by Local Rule 104.7. See Exhibits A-C. Microsoft has previously filed its Opposition Brief. The parties have conducted conferences addressing the issues raised in the motion. Those conferences have been unsuccessful in resolving the issues presented in this motion.

DATED:  September 29, 2004        SPENCER HOSIE (Ca Bar # 101777)
　　　　　　　　　　　　　　　　　BRUCE J. WECKER (Ca Bar # 078530)
　　　　　　　　　　　　　　　　　JOHN BURRITT McARTHUR (Ca Bar # 159793;
　　　　　　　　　　　　　　　　　　　Texas Bar #13325650)
　　　　　　　　　　　　　　　　　GEORGE F. BISHOP (Ca Bar # 89205)
　　　　　　　　　　　　　　　　　JAMES T. McCARTT (Ca Bar # 121983)
　　　　　　　　　　　　　　　　　HOSIE, FROST, LARGE & McARTHUR
　　　　　　　　　　　　　　　　　One Market, Spear Street Tower, 22nd Floor
　　　　　　　　　　　　　　　　　San Francisco, CA 94105
　　　　　　　　　　　　　　　　　Telephone: 415-247-6000

　　　　　　　　　　　　　　　　　ROBERT YORIO (Ca Bar # 93178))
　　　　　　　　　　　　　　　　　CARR & FERRELL, LLP
　　　　　　　　　　　　　　　　　2200 Geng Road
　　　　　　　　　　　　　　　　　Palo Alto, CA 94303
　　　　　　　　　　　　　　　　　Telephone: 650-812-3400

　　　　　　　　　　　　　　　　　By   ____/s/_____
　　　　　　　　　　　　　　　　　　　　Spencer Hosie
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Burst.com, Inc.