IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION.<br><br>This Document relates to:<br><br>*Burst.com, Inc. v.*<br>*Microsoft Corp.,*<br><br>Civil Action No JFM-02-cv-2952 | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz |

### **[PROPOSED] ORDER GRANTING MOTION TO COMPEL**

Burst.com, Inc.'s Motion to Compel Microsoft to Produce Documents Relating to Its Document Preservation Policy is GRANTED. It is FURTHER ORDERED:

1.  Within fifteen days of the entry of this order, Microsoft shall produce the requested documents relating to its document retention policies.

SO ORDERED this ____ day of _____, 2004.

                                                                                                                 _____
                                                                                                                  J. Frederick Motz
                                                                                                                  U.S. District Judge, District of Maryland