**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Burst.com, Inc. v. Microsoft Corp.*,<br>Civil Action No. C-02-02952 | MDL Docket No. 1332<br>Hon. J. Frederick Motz |

**NOTICE OF FILING OF LENGTHY EXHIBITS**

Exhibits 1 through 13 which are attached to Microsoft's Memorandum in Opposition to Burst's Motion to Compel Microsoft to Produce Documents Relating to Its Document Preservation Policy exist only in paper format and are longer than 15 pages. These Exhibits will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice I will file and serve paper copies of the documents identified above.

Date: October 1, 2004

_____
Michael F. Brockmeyer
(Fed. Bar No. 02307)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, MD 21209-3600
410-580-3000
Attorney for Defendant Microsoft Corporation