NOTICE OF DOCUMENT FILED SEPARATELY UNDER SEAL

In re: Microsoft Corp. Antitrust Litigation

MDL Docket No. 1332

This Document relates to:
*Burst.com, Inc. v. Microsoft Corporation*
Civil Action No. C-02-2952

FILED SEPARATELY UNDER SEAL:

Microsoft's Motion to File Surreply Brief and attached Surreply Memorandum in Opposition To Burst's Motion to Compel Microsoft to Produce Documents Relating to its Document Preservation Policy, with Exhibits 1 through 9

Dated: October 1, 2004

RELATED TO DOCUMENT NO. 166