Exhibit 5

# SONJA ERICKSON

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
--oOo--

IN RE MICROSOFT CORPORATION )
ANTITRUST LITIGATION, )
)
This Document Relates to: )
) MDL Docket No. 1332
) JFM 02-CV-2930
Burst.com, Inc. v. Microsoft )
Corp., )
)
Civil Action No. )
C-02-2830-VRW )
_____)

DEPOSITION OF
SONJA ERICKSON

October 31, 2003

REPORTED BY: SARAH LUCIA BRANN, CSR 3887 (04-341642)

Page 1

INDEX
                                                   PAGE
Examination by Mr. Ryan ........................... 7

ERICKSON EXHIBITS
MARKED FOR IDENTIFICATION

1  Email dated August 24, 2000 to five Sangay .... 21
   and Ms. Erickson from Mr. Jacobs,
   document numbers BUR0083352 and 83353
2  Email dated July 26, 2000 to seven ............ 23
   addressees from Hyochol Shim, document
   number BUR0015618
3  PowerPoint slides entitled "Web Hosting ....... 23
   Training originally attached to
   Exhibit 2, document numbers BUR0015775
   through 15779 and BUR0015780 through 15831
4  Supplemental Responses of Burst.com, Inc. ..... 31
   to Second Set of Interrogatories
   Propounded by Microsoft Corp.
5  Email dated October 25, 2000 to four .......... 34
   addressees from Ms. Erickson with
   attached spreadsheets, document
   numbers BUR0081356 through 81359
6  Email dated April 24, 2000 to five ............ 37
   addressees from Mr. Dahl, document
   number BUR0084529
7  Email dated May 15, 2000 to Mr. Moskowitz ..... 38
   and Ms. Erickson from Mr. Faulkner,
   document number BUR0084807
8  Email dated October 13, 2000 to Mr. Egan ...... 41
   from Ms. Erickson, document number
   BUR0081401

Page 2

9  Email string, the first dated ................. 44
   December 6, 2000 to Ms. Erickson from
   Mr. Egan, document numbers BUR0082441
   and 82442
10 Email dated March 1, 2000 to Mr. Jones ........ 47
   from Ms. Erickson with attachments,
   document numbers BUR0015679 through 15690
11 Email string, the first dated ................. 49
   January 22, 2001 to Mr. Egan from
   Ms. Erickson, document numbers
   BUR0082346 and 82347
12 Email string, the first dated ................. 51
   January 22, 2001 to Mr. Erickson from
   Mr. Egan, document numbers BUR0082349
   and 82350
13 Email dated March 1, 2001 to Mr. Egan ......... 54
   from Ms. Erickson, document number
   BUR0082095
14 Email string, the first dated ................. 56
   February 22, 2001 to Ms. Erickson
   from Mr. Egan, document numbers
   BUR0080775 and 80776
15 Email string, the first dated ................. 59
   September 28, 2000 to Mr. Egan from
   Ms. Erickson, document number
   BUR0080949 and 80950
16 Document entitled "BBC Bartware Demo .......... 60
   Project Plan," document numbers
   BUR0080970 through 80972
17 Email dated October 24, 2000 to ............... 67
   Mr. Egan and Ms. Erickson from Mr. Ryan,
   document numbers BUR0082936 and 82932
18 Email dated December 21, 2000 to .............. 71
   Mr. Egan from Ms. Erickson,
   document number BUR0083042
19 Email string, the first dated ................. 72
   January 4, 2001 to Mr. Egan from
   Ms. Erickson, document numbers
   BUR0083035 through 83036

Page 3

20 Email string, the first dated ................. 75
   January 5, 2001 to Mr. Egan from
   Ms. Erickson, document numbers
   BUR0080990 through 80992
21 Email string, the first dated ................. 75
   January 11, 2001 to Mr. Rullson
   from Mr. Egan, document numbers
   BUR0091625 through 91627
22 Email dated January 12, 2001 to Min Lee, ...... 77
   Mr. Rullson, and Ms. Erickson from
   Mr. Egan, document number BUR0091620

Page 4

1 (Pages 1 to 4)

LegaLink San Francisco (415) 359-2040

# SONJA ERICKSON

### Page 13

```
 1   be able to recover anything lost within the previous        08:22:19
 2   five to seven days?                                         08:22:23
 3     A.  Yeah.                                                 08:22:27
 4     Q.  Do you recall ever having to recover?                 08:22:28
 5     A.  Yes.                                                  08:22:32
 6     Q.  And under what circumstances?                         08:22:33
 7     A.  I recall people deleting -- this isn't                08:22:47
 8   specific, so I recall people deleting -- it's more          08:22:49
 9   people deleting things in the moment and then coming and    08:22:53
10   saying, "Oh, I deleted something. Can you get it back?"     08:22:55
11   So, it was very instantaneous. So, usually it was           08:22:59
12   within 24 hours, but...                                     08:23:03
13     Q.  Now, what types of documents would be on the          08:23:07
14   servers that were backed up in the range of five to         08:23:12
15   seven days? You mentioned emails. What else?                08:23:18
16     A.  Emails is the one that I recall. The other            08:23:21
17   servers I don't recall. Servers that were just general      08:23:26
18   file servers, or even -- I believe we had a server that     08:23:29
19   had all the financial information on it and things like     08:23:32
20   that. I don't recall.                                       08:23:35
21     Q.  Do you recall that Burst laid off many of its         08:23:45
22   employees in November of 2000?                              08:23:48
23     A.  Yes.                                                  08:23:49
24     Q.  Was anything done when those employees left to        08:23:50
25   preserve their files, either paper files, if you know,     08:23:54
```

### Page 14

```
 1   or --                                                       08:23:59
 2     A.  I don't know.                                         08:23:59
 3     Q.  -- or electronic files?                               08:24:00
 4     A.  I don't know.                                         08:24:02
 5     Q.  Did you do anything?                                  08:24:02
 6     A.  Not that I recall.                                    08:24:04
 7     Q.  What would happen to employees' computers and         08:24:24
 8   files when they left?                                       08:24:27
 9     A.  They were recycled, wiped out, reinstalled,           08:24:36
10   and given to other people.                                  08:24:45
11     Q.  Were -- when there was a layoff in November of        08:24:48
12   2000, were other people hired?                              08:24:52
13     A.  No.                                                   08:24:55
14     Q.  So, at that time -- I can understand you would        08:24:58
15   recycle and give to other people when the company was --    08:25:01
16     A.  Mm-hmm.                                               08:25:05
17     Q.  -- losing people and bringing more in.                08:25:05
18     A.  Mm-hmm.                                               08:25:09
19     Q.  Would that have occurred in November of 2000,         08:25:09
20   when it was just people being laid off?                     08:25:11
21     A.  No. At that time, when the massive layoffs            08:25:14
22   occurred, the company decided to sell the equipment to      08:25:20
23   the employees that were laid off.                           08:25:27
24     Q.  And just to be sure I have got it, at the time        08:25:27
25   the people left, the company to your knowledge did          08:25:41
                                                                 08:25:44
```

### Page 15

```
 1   nothing to preserve those persons' files or emails?         08:25:45
 2       MR. BISHOP: Object. Compound. Are you                   08:25:50
 3   talking about personal computers, or files on other --      08:25:52
 4       MR. RYAN: They weren't personal computers               08:25:55
 5   when they were at the company.                              08:25:56
 6       MR. BISHOP: Well, I mean personal computer in           08:25:57
 7   the sense of a PC, a desktop or a laptop, regardless of     08:25:59
 8   who owned it, as opposed to a file server. Do you see       08:26:06
 9   what I mean?                                                08:26:09
10       MR. RYAN: Let me try it again.                          08:26:10
11     Q.  To your knowledge, when the layoffs occurred          08:26:17
12   in 2000, did the company do anything to preserve the        08:26:22
13   emails or other company documents in the possession of      08:26:30
14   the people who were laid off?                               08:26:35
15       MR. BISHOP: I am going to object again, in              08:26:36
16   that it's indefinite as to the computer, type of            08:26:38
17   computer, type of file, et cetera.                          08:26:43
18       MR. RYAN: I didn't even mention computer. I             08:26:46
19   said emails or other records.                               08:26:47
20       MR. BISHOP: Right. But they may appear on a             08:26:50
21   variety of computers.                                       08:26:52
22       MR. RYAN: I don't care how they appeared. I             08:26:54
23   want to know if the company did anything to preserve        08:26:55
24   them.                                                       08:26:58
25       MR. BISHOP: I know what you want to know, but           08:26:59
```

### Page 16

```
 1   there were a number of computers, and that's the basis      08:27:00
 2   of my objection.                                            08:27:02
 3       Anyway, Sonja, if you understand the question,          08:27:03
 4   you are free to go ahead and answer it, if you have         08:27:08
 5   knowledge.                                                  08:27:09
 6       THE WITNESS: In the case of systems that                08:27:10
 7   people worked on day-to-day that were on their desks        08:27:17
 8   that we then sold to them, no.                              08:27:21
 9       MR. RYAN: Q. What about paper files?                    08:27:29
10     A.  I don't recall.                                       08:27:33
11     Q.  And what about servers?                               08:27:46
12       MR. BISHOP: What's the question?                        08:27:47
13       MR. RYAN: Same question.                                08:27:48
14       MR. BISHOP: Could you ask a complete                    08:27:49
15   question?                                                   08:27:50
16       MR. RYAN: Look, she knows what the question             08:27:51
17   is.                                                         08:27:53
18       MR. BISHOP: I am not trying to be difficult,            08:27:54
19   Tom. I just think it's clear if you ask a question.         08:27:55
20       MR. RYAN: Everyone here knows what the                  08:28:00
21   question is. We want to know what if anything was done      08:28:02
22   to preserve files.                                          08:28:04
23       MR. BISHOP: For the servers. Thank you.                 08:28:06
24       THE WITNESS: The thing that I remember most             08:28:15
25   in the efforts to preserve the code line, that that was     08:28:16
```

4 (Pages 13 to 16)

# SONJA ERICKSON

**Page 17**

1  done very deliberately and specifically, and given to    08:28:24
2  multiple people to store on CD.    08:28:28
3      As far as the other servers go, the mail -- I    08:28:36
4  know there were a couple servers that we -- that when    08:28:43
5  everything happened we didn't touch, and were just    08:28:51
6  handed over to, I would guess -- I am not sure who it    08:28:55
7  was. It was Richard or Eric, Richard Lang or Eric    08:29:03
8  Watson. I believe one of those was the mail server. I    08:29:10
9  know that -- I would be guessing as to what other    08:29:16
10 servers were handed over to them.    08:29:20
11     MR. RYAN: Q. Do you recall any instruction    08:29:34
12 whatsoever to people who were leaving or to people who    08:29:35
13 were staying to retain emails and other documents in    08:29:38
14 hard copy when they -- at any point in time?    08:29:42
15  A. No.    08:29:47
16  Q. Was there any document retention policy in    08:29:54
17 place at Burst?    08:29:59
18  A. No.    08:30:00
19  Q. Was there any document retention practice in    08:30:06
20 place at Burst?    08:30:09
21     MR. BISHOP: Object. Vague as to what is    08:30:10
22 meant by practice.    08:30:23
23     If you understand the question, you can    08:30:24
24 answer.    08:30:26
25     THE WITNESS: I would say there wasn't any    08:30:32

**Page 18**

1  official document retention policy.    08:30:34
2      MR. RYAN: Q. Or general practice?    08:30:36
3      MR. BISHOP: Object. Vague.    08:30:37
4      THE WITNESS: I don't know what certain    08:30:39
5  individuals did.    08:30:41
6      MR. RYAN: Q. What about the people in your    08:30:44
7  department?    08:30:45
8  A. I would say no.    08:30:53
9  Q. Each person made their own decision?    08:30:54
10 A. About their documents, yeah.    08:30:57
11 Q. What is hosting?    08:31:02
12 A. Hosting is, in the IT industry, it's when you    08:31:06
13 install some servers and infrastructure at what is    08:31:15
14 called a co-location facility, and the facility is    08:31:18
15 responsible for the network conductivity for you to the    08:31:24
16 Internet. And so you say your service or your systems    08:31:28
17 are hosted by someone else. It means you don't do it    08:31:35
18 yourself in your own facility.    08:31:38
19 Q. And so this service was one that was provided    08:31:44
20 by Burst?    08:31:48
21 A. The technology and the computers and the    08:31:51
22 know-how was provided by Burst. The network in terms of    08:32:00
23 the Internet and how you move traffic across it was    08:32:07
24 provided by different carriers, or hosting providers.    08:32:12
25 Q. Did Burst contract with those --    08:32:19

**Page 19**

1  A. Yes.    08:32:23
2  Q. -- network providers?    08:32:24
3  A. Yes.    08:32:25
4  Q. What-all equipment did Burst acquire to enter    08:32:36
5  into the hosting service market?    08:32:43
6  A. A variety of servers. Different types. Sun    08:32:50
7  servers, Dell servers, network equipment, Cisco network    08:32:54
8  equipment, Foundry network equipment.    08:32:59
9  Q. What about software?    08:33:04
10 A. Software meaning? Well, Burst ran its own --    08:33:06
11 I mean, Burstware was the software that we ran,    08:33:15
12 video-on-demand service. That was the product of the    08:33:19
13 company. As far as operating systems, we ran Linux and    08:33:23
14 NT, Microsoft NT.    08:33:30
15 Q. And I think you have already answered this    08:33:34
16 question. The manpower requirements by Burst to enter    08:33:36
17 into this was in the range of eight to ten people?    08:33:43
18 A. Yes.    08:33:47
19 Q. All of whom were technologically oriented?    08:33:49
20 A. Yes.    08:33:54
21 Q. Would they be in general college graduates,    08:33:54
22 or...    08:33:58
23 A. I don't know. Some yes, some no.    08:34:03
24 Q. Do you recall how much money was invested by    08:34:13
25 Burst to enter the hosting market?    08:34:17

**Page 20**

1  A. No.    08:34:20
2  Q. Do you have a range in that?    08:34:21
3  A. I don't recall.    08:34:23
4  Q. Did it reach 100,000?    08:34:24
5      MR. BISHOP: Objection. Lack of foundation.    08:34:27
6  Calls for speculation.    08:34:28
7      THE WITNESS: I can guess.    08:34:33
8      MR. RYAN: Q. Please don't guess.    08:34:36
9  A. Okay.    08:34:37
10 Q. Would it be your recollection that it would be    08:34:41
11 under 500,000?    08:34:44
12     MR. BISHOP: Objection. Calls for    08:34:45
13 speculation. Lack of foundation.    08:34:46
14     MR. RYAN: I asked for her recollection.    08:34:48
15     MR. BISHOP: Same objection.    08:34:50
16     MR. RYAN: Q. Would that be a guess, too?    08:35:01
17 A. Mm-hmm.    08:35:03
18 Q. Okay.    08:35:03
19 A. Yes.    08:35:04
20 Q. When Burst entered the hosting market do you    08:35:14
21 know how many competitors there were in that market?    08:35:17
22 A. No.    08:35:28
23 Q. Can you name any competitors in the hosting    08:35:29
24 services market?    08:35:33
25     MR. BISHOP: You mean at the time, I assume.    08:35:35