Exhibit 6

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                     DISTRICT OF MARYLAND
 3
 4
 5   IN RE MICROSOFT CORPORATION
     ANTITRUST LITIGATION:
 6
     BURST.COM,
 7
                         Plaintiff,
 8
           -vs-              Case No. MDL DOCKET NO. 1332
 9                                    JFM 02-CV-2090
10   MICROSOFT CORPORATION,
11                       Defendant.
                                          /
12
13
14            DEPOSITION OF MICHAEL MOSKOWITZ
15                    Pages 1 to 178
16                   OCTOBER 10, 2003
17
18
19   Reported by:  LOUISE MARIE SOUSOURES, CSR NO. 3575
20
21
22
23
24
25
```

Page 22

1  sale, I believe, to a company in L.A. called Tonos.
2       And beyond that, the only other sale that
3  I'm aware of had to do really with a partnership that
4  I wasn't part of, to Eagle Wireless, that was Burst
5  software there, but I couldn't say.
6       Q. Did the sales group generate lists of win,
7  losses or other materials that would identify pending
8  or consummated deals?
9       A. I believe they did, yes.
10      Q. Do you recall who in sales would generate
11  those types of reports?
12      A. It would have to be David Egan.
13      Q. How did those come to your attention?
14      A. Because I was part of the executive staff,
15  so they would get discussed by the executive staff.
16      I don't recall if it was regularly, if it
17  was -- what have you, but it was certainly most
18  likely that way.
19      Q. Would you get those materials in hard copy
20  or electronically?
21      A. Probably both.
22      Q. Do you recall what you did with the copies
23  that you received of those materials?
24      A. You mean as of today?
25      Q. Yes.

Page 23

1       A. Or in general?
2       Q. In general.
3       A. In general, I would see them and I would
4  save them.
5       Q. How would you save them?
6       A. I would save them -- if they were an e-mail
7  attachment, I would probably save them in the Dave
8  Egan folder on Exchange.
9       Q. So you had on your PC or on your network a
10  folder for all of your communications concerning
11  Mr. Egan?
12      A. Yes.
13      Q. Do you recall whether that was a network
14  folder?
15      A. It was a Microsoft Exchange network.
16      Q. When you left the company, did you leave all
17  your files behind?
18      A. I seem to recall deleting them all at the
19  time I left, the mail messages.
20      Q. Any other files you deleted or destroyed on
21  leaving Burst that you recall?
22      A. No, that was --
23      Q. Did you hold any other positions after
24  becoming vice-president of product marketing in
25  August of 2000?

Page 24

1       A. No. That was the last one.
2       Q. The reason I sat there and waited for you to
3  talk is unfortunately for the court reporter, she
4  needs a verbal response.
5       A. I got you, okay.
6       Q. While we do have a videographer, for the
7  official record, we need a yes, no or narrated
8  response.
9       A. Okay.
10      Q. Did you add any additional responsibilities
11  between the time you became vice-president of product
12  marketing and the time you left?
13      A. Not that I recall.
14      Q. Okay. Who are you currently employed by?
15      A. A company called Digidesign, D I-G-I,
16  Design, one word.
17      Q. If you could just give me a summary of what
18  companies in addition to Digidesign that you have
19  been employed with since you left Burst.
20      A. The only other company is a company called
21  Globix, G-L-O-B-I-X.
22      Q. What was Globix's business?
23      A. Globix's business is manage services for --
24  and Internet spaces; basically, data centers.
25      Q. And your position with Globix was?

Page 25

1       A. V.P. and GM of streaming media group.
2       Q. Is Globix still an existent company?
3       A. Yes.
4       Q. And Digidesign, what's its business?
5       A. Digidesign's business is digital audio
6  workstations.
7       Q. And what is your position with Digidesign?
8       A. Program manager.
9       Q. Have you at any time in your career worked
10  for Microsoft?
11      A. No, I have not.
12      Q. RealNetworks?
13      A. No.
14      Q. Any Internet service providers?
15      A. Beyond Globix?
16      Q. Globix qualifies as an ISP?
17      A. Yes.
18      Q. Other than Globix, any other ISPs?
19      A. No.
20      Q. How about any telecommunications companies?
21      A. No.
22      Q. Any broadband-oriented companies, such as a
23  cable modem or DSL or satellite?
24      A. Well, in the mid '80s, I worked for
25  Raytheon.