Exhibit 7

Case 1:02-cv-02952-JFM    Document 168-9    Filed 10/04/2004    Page 1 of 3

## Page 1

```
UNITED STATES DISTRICT COURT
     STATE OF MARYLAND

IN RE MICROSOFT CORP.        ) Civil Action No.:
ANTITRUST LITIGATION         ) JFM-02-CV-2952
                             )
BURST.COM, INC.,             )
                             )
        Plaintiff,           )
                             )
   vs.                       )
                             )
MICROSOFT CORP.,             )
                             )
        Defendant.           )
_____)


DEPOSITION OF:
Don Apodaca

MONDAY, DECEMBER 8, 2003
12:30 p.m.


REPORTED BY:
Bill Ionescu, CSR 11417
```

## Page 2

LET IT BE KNOWN THAT Don Apodaca did offer sworn testimony in deposition before Bill Ionescu, Certified Shorthand Reporter 11417 for the State of California, commencing at 12:30 p.m. on Monday, December 8, 2003, at the Hilton Waterfront Beach Resort, Audobon Room, located at 21100 Pacific Coast Highway, Huntington Beach, State of California.

APPEARANCES OF COUNSEL:
FOR THE PLAINTIFF:

   HOSIE, FROST, LARGE & McARTHUR
   BY: Bruce J. Wecker, Attorney at Law
   One Market
   Spear Street Tower, 22nd Floor
   San Francisco, California 94105
   (415) 247-6000

FOR THE DEFENDANT:

   SIDLEY, AUSTIN, BROWN & WOOD
   BY: Craig B. Sonnenschein, Attorney at Law
   Bank One Plaza
   10 South Dearborn
   Chicago, Illinois 60603

ALSO PRESENT: Tim Nolan, Video Operator

## Page 3

INDEX

Examined by:                                    Page
Mr. Sonnenschein . . . . . . . . . . . . . .      6


EXHIBITS

| Exhibit | Description | Page |
|---|---|---|
| A-1 | E-mail from YWW!-Strategic Resumes to don@burst.com with attachment | 11 |
| A-2 | E-mail to multiple recipients with attached presentation | 14 |
| A-3 | E-mail with Excel attachment and reply chain | 20 |
| A-4 | E-mail with Power Point attachment and reply chain | 29 |
| A-5 | E-mail to multiple recipients titled "InterVu Update, 2-15-00" | 33 |
| A-6 | E-mail with reply chain | 36 |
| A-7 | E-mail from D. Apodaca to D. Egan | 38 |
| A-8 | E-mail from D. Apodaca to R. Sanchez with attachment | 42 |
| A-9 | E-mail with reply chain | 48 |
| A-10 | E-mail with reply chain | 51 |
| A-11 | E-mail with reply chain | 53 |
| A-12 | E-mail with reply chain | 56 |
| A-13 | E-mail to multiple recipients | 58 |
| A-14 | Supplemental Response of Burst.com, Inc., to Second Set of Interrogatories | 60 |

///

## Page 4

EXHIBITS (CONTINUED):

| Exhibit | Description | Page |
|---|---|---|
| A-15 | E-mail with reply chain | 66 |
| A-16 | E-mail with reply chain | 67 |
| A-17 | E-mail with reply chain | 71 |
| A-18 | E-mail with reply chain | 76 |
| A-19 | E-mail with reply chain | 81 |
| A-20 | E-mail to multiple recipients with attachment | 85 |
| A-21 | E-mail with reply chain | 87 |
| A-22 | Correspondence dated November 3, 2003 | 89 |

## Page 9

| | | |
|---|---|---|
| 1 | Q. Were you involved with the ongoing sales efforts | 12:39:14 |
| 2 | of Interest? | 12:39:17 |
| 3 | A. No. | 12:39:18 |
| 4 | Q. And you became an independent contractor to Burst | 12:39:19 |
| 5 | after November of 2000, is that what you stated? | 12:39:23 |
| 6 | A. Yes. | 12:39:25 |
| 7 | Q. What was the nature of that arrangement? | 12:39:26 |
| 8 | A. Commission only. | 12:39:30 |
| 9 | Q. When your employment with Burst ended in November | 12:39:41 |
| 10 | of 2000, what did you do with the documents that you had | 12:39:45 |
| 11 | created or received as an employee of Burst.com? | 12:39:47 |
| 12 | A. What did I do with the documents -- | 12:39:55 |
| 13 | Q. Well, e-mails, things like that. | 12:39:58 |
| 14 | A. I have some files that I used for ongoing sales | 12:40:04 |
| 15 | as an independent contractor. I threw a lot of it away. | 12:40:10 |
| 16 | Q. When did you throw that away, those files away? | 12:40:16 |
| 17 | A. I threw some away right after the formative | 12:40:21 |
| 18 | change in the operations of the company; some, | 12:40:28 |
| 19 | periodically, over time. I still have some. | 12:40:32 |
| 20 | Q. You still have some files in your possession? | 12:40:38 |
| 21 | A. Yes. | 12:40:40 |
| 22 | Q. Are they at your residence, those files? | 12:40:41 |
| 23 | A. Some. | 12:40:47 |
| 24 | Q. And where are the other files that you still have | 12:40:48 |
| 25 | in your possession? | 12:40:51 |

## Page 10

| | | |
|---|---|---|
| 1 | A. I don't know if I have any in storage. I had -- | 12:40:51 |
| 2 | I don't think I have any in storage, but I can't say that | 12:41:03 |
| 3 | for 100 percent certain. | 12:41:07 |
| 4 | Q. Okay. Do you have any financial interest in | 12:41:08 |
| 5 | Burst.com? | 12:41:12 |
| 6 | A. I don't know. | 12:41:16 |
| 7 | Q. Did you at any time own either stock or stock | 12:41:19 |
| 8 | options in Burst.com? | 12:41:23 |
| 9 | A. Yes. | 12:41:24 |
| 10 | Q. Did you sell those options -- I'm sorry. What | 12:41:25 |
| 11 | did you have, stock in Burst.com? | 12:41:34 |
| 12 | A. I had options. | 12:41:36 |
| 13 | Q. Did you exercise those options? | 12:41:38 |
| 14 | A. No. | 12:41:40 |
| 15 | Q. So you still have options in Burst.com? | 12:41:43 |
| 16 | A. I don't know the state of those options in light | 12:41:47 |
| 17 | of their change of ownership structure in the last three | 12:41:54 |
| 18 | years. | 12:41:59 |
| 19 | Q. Okay. | 12:42:00 |
| 20 | A. It was not preferred stock. | 12:42:01 |
| 21 | Q. Okay. Do you have any idea what those options | 12:42:03 |
| 22 | are worth? | 12:42:11 |
| 23 | A. Currently? | 12:42:12 |
| 24 | Q. Currently. | 12:42:14 |
| 25 | A. No. | 12:42:14 |

## Page 11

| | | |
|---|---|---|
| 1 | Q. Do you know what those options were worth, say, | 12:42:15 |
| 2 | three years ago? | 12:42:19 |
| 3 | A. No. | 12:42:20 |
| 4 | MR. SONNENSCHEIN: The court reporter will mark | 12:42:45 |
| 5 | as Exhibit A-1 an e-mail and attachment that contains the | 12:42:47 |
| 6 | Bates number starting at BUR-0180405 and running through | 12:43:05 |
| 7 | BUR-0180408. | 12:43:15 |
| 8 | (Exhibit A-1 is marked for identification.) | 12:43:32 |
| 9 | BY MR. SONNENSCHEIN: | 12:43:32 |
| 10 | Q. Okay. On the first page of Exhibit A-1 is an | 12:43:56 |
| 11 | e-mail from "YWWI-Strategic Resumes," sent November 16th, | 12:44:00 |
| 12 | 2000, to Don at Burst.com, subject, "Don Apodaca completed | 12:44:09 |
| 13 | resume." | 12:44:15 |
| 14 | Mr. Apodaca, do you recognize this document? | 12:44:16 |
| 15 | A. I recognize the contents. | 12:44:36 |
| 16 | Q. Okay. | 12:44:39 |
| 17 | A. I don't -- is this a service, I guess? I don't | 12:44:40 |
| 18 | remember if I engaged -- I might have engaged a resume | 12:44:44 |
| 19 | writing service to tailor this. I don't recall. But the | 12:44:50 |
| 20 | contents are familiar, yes. | 12:44:55 |
| 21 | Q. Okay. I'd like to focus your attention on the | 12:44:56 |
| 22 | portion of your resume on the second page of Exhibit A-1, | 12:45:01 |
| 23 | which contains the Bates number BUR-0180406. About middle | 12:45:10 |
| 24 | down the page it says, "Regional sales manager, 2000 to | 12:45:20 |
| 25 | the present." On the fourth bullet point to this page it | 12:45:24 |

## Page 12

| | | |
|---|---|---|
| 1 | says, "Ranked number one in sales of hosting services." | 12:45:27 |
| 2 | So I take it, from this document, that you were | 12:45:39 |
| 3 | Burst.com's number one salesperson for hosting services? | 12:45:45 |
| 4 | A. It was a -- I was one of the very few that even | 12:45:52 |
| 5 | attempted to sell the hosting services as provided, as a | 12:46:00 |
| 6 | distinction from soliciting business or actually selling | 12:46:09 |
| 7 | the license for Burst products. The hosting service was | 12:46:13 |
| 8 | an ASP model that was formative -- in the formative | 12:46:21 |
| 9 | stages, rolling out, and I was one of the few that secured | 12:46:27 |
| 10 | service contracts for the use of that. | 12:46:31 |
| 11 | The scale of it was small. "Number one ranking" | 12:46:35 |
| 12 | is just from my familiarity in selling it compared to my | 12:46:43 |
| 13 | peers. I'm the one that had more business than anybody | 12:46:48 |
| 14 | else generated with this type of revenue generating | 12:46:51 |
| 15 | activity. | 12:46:54 |
| 16 | Q. Okay. | 12:46:55 |
| 17 | A. It was not a ranking that came from sales | 12:46:55 |
| 18 | management down to the troops, so to speak. | 12:47:04 |
| 19 | Q. Okay. Now, you said that many of your colleagues | 12:47:12 |
| 20 | had not attempted to sell Burst's hosting services; is | 12:47:14 |
| 21 | that correct? | 12:47:21 |
| 22 | A. I was more active -- I don't know -- I couldn't | 12:47:21 |
| 23 | tell you specifically, from recollection, as to the degree | 12:47:29 |
| 24 | of effort my peers made in that regard. | 12:47:33 |
| 25 | Q. You mentioned something about an ASP model. | 12:47:35 |