Exhibit 9

EngstromE_093004 (ROUGH).txt

12    A.  Yes, could likely be made into once at least.

13    Q.  why do you say that?

14    A.  Because it has APIs and functionality for

15  delivering applications which more people make money.

16  You could imagine hosting any number of applications

17  and you see that on the Web today.

18    Q.  Sure.

19    A.  And you don't see examples of applications

20  around media today.

21    Q.  Media playbacks standing alone?

22    A.  Yes.

23    Q.  Now, if Real had developed and marketed a

24  browser in 1997, that would have made Real a platform

25  competitor as you thought about it?

Yamaguchi Obien Mangio, LLC  *  www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, Washington 98101  *  (206)
622-6875  *  1 (800) 831-6973
¶

95

1    MS. HARRIS:  Objection.  Lack of foundation,

2  calls for speculation, vague and ambiguous.

3    A.  Yes, I believe that.

4    Q.  (BY MR. HOSIE)  Sir, do you recall that

5  Microsoft entered into two written agreements with

6  RealNetworks in the summer of 1997?

7    A.  I believe so, yes.  I believe there were two.

8    Q.  Were you involved in negotiating either of

9  those two agreements?

10    A.  No.

11    Q.  No involvement at all?

12    A.  I provided a shopping list of features.  I was

13  working on what I thought was going to be a deal with

EngstromE_093004 (ROUGH).txt

14  RealNetworks, and in the end that was set to one side.

15  My shopping list was incorporated in it but I was no

16  part of the negotiations on either of those deals.

17      Q.  Do you recall asking Chris Phillips who worked

18  for you to go forth and negotiate with Real in late

19  March 1997?

20          MS. HARRIS:  Objection.  Vague and ambiguous.

21      A.  I do not remember the exact date or time, but

22  Chris Phillips was absolutely negotiating with

23  RealNetworks.  But that ended up being on our shopping

24  list.  It was not part of the actual deal that was

25  signed.  Everything we were doing was flipped aside.

1       Q.  (BY MR. HOSIE)  Did you ask Chris Phillips to

2  go negotiate with Real?

3       A.  Yes.

4       Q.  And you recall he actually did meet many times

5  with RealNetworks representatives?

6           MS. HARRIS:  Objection.  Vague and ambiguous.

7       A.  I believe he met many times with them, as I

8  did.

9       Q.  (BY MR. HOSIE)  And in the course of

10  negotiating these contracts?

11      A.  Not in the case of negotiating the contracts

12  that were signed.

13      Q.  Because there were changes at the last minute

14  and something different was signed?

Page 91

EngstromE_093004 (ROUGH).txt

15    A.  No, sir, you're incorrect.  The document that

16  I worked on was never used as the basis, it was used

17  literally like a shopping list.

18    Q.  When you say the document, what document are

19  you referring to?

20    A.  The list of things we made, which I think is

21  mostly in e-mail, in fact, I think it's entirely in

22  e-mail, that says here are the things that we're trying

23  to get done with Real.

24    Q.  I didn't mean to cut you off.  Go ahead.

25    A.  That's it.


                    Yamaguchi Obien Mangio, LLC  *  www.yomreporting.com
               520 Pike Street, Suite 1320, Seattle, Washington 98101  *  (206)
622-6875  *  1 (800) 831-6973
♀
                                                                97


1    Q.  What were you trying to get from Real?

2    A.  We were trying to get them to use our Windows

3  infrastructure to make their player so that a file

4  extension would not be a problem for the customer so

5  they could playback our content as well as their own

6  and their own brand of player, and so the future

7  versions of Windows wouldn't have any backward

8  compatibility issues with their different players.

9  There's a fourth point as well that would shrink the

10  download size which mattered at the time of IE because

11  it was downloaded over a tiny little pipe.

12    Q.  Narrow bandwidth problems?

13    A.  Yes.

14    Q.  Okay.  And so as you understood it, these

15  items were communicated by Chris Phillips to folks at

16  RealNetworks?
                        Page 92

EngstromE_093004 (ROUGH).txt

11  about the first sentence which says, Eric Engstrom

12  pleaded his case to Bob Muglia last night. It looks

13  like Bob will get more involved.

14       Do you remember asking Bob Muglia to get more

15  involved in the RealNetworks conversations on July 2nd?

16       A. Actually, prior to that I believe, if I have

17  my dates right, Paul Maritz told all of us that our

18  relationship with Progressive Networks was -- had too

19  many fronts, and took it all over. That was how the

20  first deal got done. I believe on this date the first

21  deal was then. He then had to go on vacation or

22  something and handed it to Bob Muglia. So as you can

23  see here in this mail, my discussions on the

24  Progressive Networks thing were with Muglia because the

25  deal with Maritz was done before he took my shopping

Yamaguchi Obien Mangio, LLC  *  www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, Washington 98101  *  (206)
622-6875  *  1 (800) 831-6973

115

1  list and went and did the deal without talking to me.

2       Q. That was the first of the two deals?

3       A. The first deal. This was before the second

4  deal, I believe, if I have my time lines correct, which

5  I'm not terribly good at. So this mail just shows that

6  I took my wish list which I thought Progressive

7  Networks was going to try to confuse Bob out of since

8  he didn't know what was going on and didn't understand

9  the technical issues, and so I went to Bob Muglia, gave

10  him the wish list and explained it was all important,

11  and then I walked out.

EngstromE_093004 (ROUGH).txt

12    Q.  Leaving it in his hands?

13    A.  Yes.

14    Q.  And that was July 2nd, according to this

15  e-mail?

16    A.  Apparently it was July 2nd.

17    Q.  Do you have any reason to believe that this

18  e-mail is inaccurate about that date?

19    A.  No.

20    Q.  The second deal, that was known as the ASF

21  deal?

22    A.  I don't know.  I don't know what it was

23  called.

24    Q.  It was called on occasion the Chris Phillips

25  deal, isn't that true?

1    A.  I believe that's possible, yes.

2    Q.  Why do you say that that's possible?

3    A.  Because Chris manages to get his name attached

4  to many things he's not involved in, unfortunately for

5  him.

6    Q.  Sort of Johnny Appleseed of contract monikers?

7    A.  Yes.

8    Q.  Let me show you what's been marked as Exhibit

9  21.

10       (Deposition Exhibit No. 21 was marked for

11        identification.)

12    Q.  (BY MR. HOSIE)  I'm going to focus your

13  attention, Eric, on the e-mail you sent on July 5th to

Page 110

EngstromE_093004 (ROUGH).txt

6    Q.  And you were asked on page 88, what search

7  terms did you use in making that search?

8    A.  Yes.

9    Q.  And your answer was Apple.  I think that's the

10  only one I've actually been asked to do.

11    A.  Yes.  And then I go on to clarify that it was

12  actually a whole host of words around Apple.

13    Q.  Like Apple computer, Quicktime?

14    A.  Steve Jobs, Tim Schaaff.

15    Q.  All Apple stuff?

16    A.  All Apple stuff.

17    Q.  And then if you look to page 89, the question,

18  you weren't asked to search for RealNetworks or

19  streaming in general?  And your answer was, I wasn't

20  asked to, no.

21    A.  Right.

22    Q.  Is that accurate testimony at the time, sir?

23    A.  Yes.

24    Q.  Does this refresh your recollection?

25    A.  Yes.

Yamaguchi Obien Mangio, LLC  *  www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, Washington 98101  *  (206)
622-6875  *  1 (800) 831-6973

133

1        MR. HOSIE:  I have nothing further.

2

3                    EXAMINATION

4

5  BY MS. HARRIS:

6    Q.  I have a few questions.

7        Mr. Engstrom, earlier you testified that you
                    Page 126

EngstromE_093004 (ROUGH).txt

8    and Chris Phillips had discussions with RealNetworks in

9    the spring of 1997. Do you recall that testimony?

10    A. That's the -- sorry.

11    Q. I'll restate the question. You testified

12   earlier that you and Chris Phillips had discussions

13   with RealNetworks in the spring of 1997. Do you recall

14   that testimony?

15    A. Yes.

16    Q. Did those discussions end at some point in

17   time?

18    A. Yes.

19    Q. Do you recall when that was?

20    A. Those discussions were centered around trying

21   to make a deal on the player. Those discussions ended

22   as far as deal negotiations go when Paul Maritz went

23   and did a deal with RealNetworks without our

24   involvement and issued the statements that basically

25   all deals are going to flow through me through

Yamaguchi Obien Mangio, LLC  *  www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, Washington 98101  *  (206)
622-6875  *  1 (800) 831-6973
♀

134

1    RealNetworks because he's confusing us as a company.

2     Q. When you refer to a deal that Paul Maritz did,

3    do you have an understanding of whether that was the

4    first Real contract in the summer of 1997?

5     A. Well, there was a deal prior to that that was

6    just for distribution, so to be canonical, there was

7    another contract to distribute RealNetworks and IE

8    before that. But the Maritz deal was the deal

EngstromE_093004 (ROUGH).txt

9    everybody talks about as the first RealNetworks deal, I

10   believe?

11        Q.  And do you recall if that would have been in

12   June of 1997?

13        A.  I believe that's when it happened, yes.  I was

14   notified after it was done.

15        Q.  Did you participate in the negotiation of that

16   contract in any way?

17        A.  I did not.  I provided my wish list and that

18   was it.  I was not in the room and I was not even aware

19   it was being done.

20        Q.  Are you aware of whether Chris Phillips

21   participated in the negotiation of that deal at all?

22        A.  I think that Chris Phillips specifically was

23   not.  He was as surprised as I was.

24        Q.  With respect to -- then -- I believe you

25   testified earlier there was a second contract with

Yamaguchi Obien Mangio, LLC  *  www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, Washington 98101  *  (206)
622-6875  *  1 (800) 831-6973

135

1    RealNetworks in the summer in July of 1997?

2         A.  I believe that's true, yes.

3         Q.  Did you participate in the negotiation of that

4    second contract with RealNetworks?

5         A.  No, that was Bob Muglia.  I participated only

6    by educating Bob on the issues.

7         Q.  Did Chris Phillips participate in negotiating

8    that second deal with RealNetworks?

9         A.  No.  That was Bob Muglia.

10        Q.  Did you have any front line responsibility for

EngstromE_093004 (ROUGH).txt

11  discussions with RealNetworks with respect to either of

12  those?

13        MR. HOSIE:  Objection.  Vague and ambiguous.

14  Front line.

15      A.  I mean, let me see if I can answer this.  I

16  spoke directly to RealNetworks frequently in that

17  period about technical issues.  I got mail from them

18  frequently.  Some of that mail even included deal

19  points that were discussed.  The reason that I never

20  responded to those pieces of mail negatively even

21  though they would send me deal points is because

22  obviously we did not want to communicate to

23  RealNetworks what we were actually doing internally.

24        My conversations with Mr. Glaser and

25  RealNetworks was all about the technology issues and

⇟

136

1  the platform adoption issues I've discussed previously.

2  From the time that Paul Maritz did that deal forward, I

3  had no business negotiations and I had no business

4  negotiations involved in the deal that Paul Maritz did.

5      Q.  (BY MS. HARRIS)  And when you say the deal

6  that Paul Maritz did, you're talking about the June

7  1997 contract?

8      A.  Yes.

9      Q.  How would you characterize your involvement

10  the final -- in either of the two RealNetworks final

11  contracts?

Page 129

EngstromE_093004 (ROUGH).txt

12    A.  Zero.

13    Q.  How would you characterize Chris Phillips's

14    involvement in either of the two contracts with Real

15    that were finalized?

16    A.  Zero.

17    Q.  Earlier you testified that in early June --

18    I'm sorry, early July of 1997 you and Chris were

19    working on the deal.  Do you still believe that

20    testimony is correct?

21    A.  No, I was confused on the dates, and I

22    apologize for that.  Sometimes I use the wrong word to

23    describe what is actually a deal.  What Chris Phillips

24    and I were working on in July was the technology piece

25    that we're still involved in, not the terms of the

Yamaguchi Obien Mangio, LLC  *  www.yomreporting.com
520 Pike Street, Suite 1320, Seattle, Washington 98101  *  (206)
622-6875  *  1 (800) 831-6973
♀

137

1    agreement, just providing our list and educating Muglia

2    on what we wanted.

3    Q.  Do you have an understanding why after

4    Mr. Maritz started the discussions with RealNetworks,

5    why you would have received e-mails from Bruce Jacobsen

6    after that point in time?

7    A.  Of course.  There was no way that any of us

8    wanted to communicate to Bruce Jacobsen that basically

9    we had been completely overridden and had no authority

10    to deal with him anymore since at the end of the day we

11    would in fact be held responsible for managing the

12    account anyway.  So I continued to respond but we never

13    did any business negotiations.  It was all about
Page 130