IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION.<br><br>This Document relates to:<br><br>*Burst.com, Inc. v.*<br>*Microsoft Corp.,*<br><br>Civil Action No JFM-02-cv-2952 | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz |

**BURST.COM, INC.'S MOTION FOR ADDITIONAL TIME TO DEPOSE
WILLIAM H. GATES, III AND CERTIFICATE OF CONFERENCE
[ATTACHMENTS FILED UNDER SEAL]**

Pursuant to Local Rules 104.8(c), Burst.com, Inc. herewith files its briefing on Burst.com's Motion for Additional Time to Depose William H. Gates, III and certification of a conference of counsel as required by Local Rule 104.7.  See Exhibits A-C.  The parties have conducted conferences addressing the issues raised in the motion.  Those conferences have been unsuccessful in resolving the issues presented in this motion.

DATED:  October 4, 2004    SPENCER HOSIE (Ca Bar # 101777)
BRUCE J. WECKER (Ca Bar # 078530)
JOHN BURRITT McARTHUR (Ca Bar # 159793;
   Texas Bar #13325650)
GEORGE F. BISHOP (Ca Bar # 89205)
JAMES T. McCARTT (Ca Bar # 121983)
HOSIE, FROST, LARGE & McARTHUR
One Market, Spear Street Tower, 22nd Floor
San Francisco, CA 94105
Telephone: 415-247-6000

ROBERT YORIO (Ca Bar # 93178))
CARR & FERRELL, LLP
2200 Geng Road
Palo Alto, CA 94303
Telephone: 650-812-3400

By   \_\_\_/s/_____
    Spencer Hosie
Attorneys for Plaintiff Burst.com, Inc.