IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION.<br><br>This Document relates to:<br><br>*Burst.com, Inc. v.*<br>*Microsoft Corp.,*<br><br>Civil Action No JFM-02-cv-2952 | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz |

## [PROPOSED] ORDER GRANTING MOTION TO COMPEL

Burst.com, Inc.'s Motion for Additional Time to Depose William H. Gates, III and Certificate of Conference is GRANTED. It is FURTHER ORDERED:

1.   Microsoft shall produce Mr. Gates for an additional deposition lasting no more than two (2) hours.


SO ORDERED this ____ day of _____, 2004.


_____
J. Frederick Motz
U.S. District Judge, District of Maryland