IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION. | MDL Docket No. 1332 |
| This Document relates to: | Hon. J. Frederick Motz |
| *Burst.com, Inc. v. Microsoft Corp.,* | |
| Civil Action No JFM-02-cv-2952 | |

**MOTION SEEKING LEAVE TO FILE UNDER SEAL**

Pursuant to the Amended Stipulated Protective Order Re Competitor Cases entered by the

Court on October 31, 2002, Plaintiff Burst.com hereby seeks leave to file under seal Exhibits A-

C of Burst.com, Inc.'s Motion for Additional Time to Depose William H. Gates, III and

Certificate of Conference, which references material designated as "Confidential" or "Highly

Confidential" under the protective order.

DATED:  October 4, 2004

SPENCER HOSIE (Ca Bar # 101777)
BRUCE J. WECKER (Ca Bar # 078530)
JOHN BURRITT McARTHUR (Ca Bar # 159793;
    Texas Bar #13325650)
GEORGE F. BISHOP (Ca Bar # 89205)
JAMES T. McCARTT (Ca Bar # 121983)
HOSIE, FROST, LARGE & McARTHUR
One Market, Spear Street Tower, 22nd Floor
San Francisco, CA 94105
Telephone: 415-247-6000

ROBERT YORIO (Ca Bar # 93178))
CARR & FERRELL, LLP
2200 Geng Road
Palo Alto, CA 94303
Telephone: 650-812-3400

By     __/s/_____
        Spencer Hosie
Attorneys for Plaintiff Burst.com, Inc.