**NOTICE OF DOCUMENT FILED SEPARATELY UNDER SEAL**

In re: Microsoft Corp. Antitrust Litigation

MDL Docket No. 1332

This Document relates to:

Burst.com, Inc. v. Microsoft Corp.
No. JFM-02-2952

FILED SEPARATELY UNDER SEAL

Burst.com, Inc.'s Motion for Additional Time to Depose William H. Gates, III and Certificate of Conference