IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Burst.com, Inc. v. Microsoft Corp.,*<br>Civil Action No. C-02-2952 | MDL Docket No. 1332<br>Hon. J. Frederick Motz |

## NOTICE OF SERVICE

Please take notice that on October 4, 2004, Defendant, Microsoft Corporation, served a copy of its Opposition to Burst.com Inc.'s Motion to Compel Microsoft to Produce Documents Relating to Its Patent Activity upon the following by Federal Express:

        Spencer Hosie
        HOSIE, FROST, LARGE & McARTHUR
        One Market Spear Street Tower, 22nd Floor
        San Francisco, CA  94105


        Robert Yorio
        CARR & FERRELL, LLP
        2200 Geng Road
        Palo Alto, CA  94303

_____
Michael F. Brockmeyer

Date:  October 6, 2004

| | |
|---|---|
| Of Counsel:<br>Philip L. Graham, Jr.<br>David B. Tulchin<br>Marc De Leeuw<br>SULLIVAN & CROMWELL<br>125 Broad Street<br>New York, New York  10004<br>Telephone:     (212) 558-4000 | Michael F. Brockmeyer<br>(Federal Bar No. 02307)<br>Jeffrey D. Herschman<br>(Federal Bar No. 00101)<br>PIPER RUDNICK LLP<br>6225 Smith Avenue<br>Baltimore, Maryland  21209<br>Telephone:     (410) 580-3000 |
| Thomas W. Burt<br>Richard J. Wallis<br>Steven J. Aeschbacher<br>MICROSOFT CORPORATION<br>One Microsoft Way<br>Redmond, Washington  98052<br>Telephone: (425) 936-8080 | Charles W. Douglas<br>Richard A. Cederoth<br>John W. Treece<br>SIDLEY AUSTIN BROWN & WOOD LLP<br>Bank One Plaza<br>10 South Dearborn Street<br>Chicago, Illinois  60603<br>Telephone: (312) 853-7000 |

*Attorneys for Microsoft Corporation*