IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION.<br><br>This Document relates to:<br><br>*Burst.com, Inc. v.*<br>*Microsoft Corp.*,<br><br>Civil Action No JFM-02-cv-2952 | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz |

### BURST.COM, INC.'S MOTION FOR ADDITIONAL TIME TO DEPOSE WILLIAM H. GATES, III AND CERTIFICATE OF CONFERENCE
~~[ATTACHMENTS FILED UNDER SEAL]~~ [1]

Pursuant to Local Rules 104.8(c), Burst.com, Inc. herewith files its briefing on Burst.com's Motion for Additional Time to Depose William H. Gates, III and certification of a conference of counsel as required by Local Rule 104.7. See Exhibits A-C. The parties have conducted conferences addressing the issues raised in the motion. Those conferences have been unsuccessful in resolving the issues presented in this motion.

---

[1] Filed publicly pursuant to October 5, 2004 telephonic conference.

DATED: October 4, 2004		SPENCER HOSIE (Ca Bar # 101777)
		BRUCE J. WECKER (Ca Bar # 078530)
		JOHN BURRITT McARTHUR (Ca Bar # 159793;
		  Texas Bar #13325650)
		GEORGE F. BISHOP (Ca Bar # 89205)
		JAMES T. McCARTT (Ca Bar # 121983)
		HOSIE, FROST, LARGE & McARTHUR
		One Market, Spear Street Tower, 22nd Floor
		San Francisco, CA 94105
		Telephone: 415-247-6000

		ROBERT YORIO (Ca Bar # 93178))
		CARR & FERRELL, LLP
		2200 Geng Road
		Palo Alto, CA 94303
		Telephone: 650-812-3400

		By _____
		       Spencer Hosie
		Attorneys for Plaintiff Burst.com, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION.<br><br>This Document relates to:<br><br>*Burst.com, Inc. v. Microsoft Corp.*,<br><br>Civil Action No JFM-02-cv-2952 | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz<br><br>**PROOF OF SERVICE** |

    I am employed in the State of California, County of San Francisco. I am over 18 years of age and am not party to the within action. My business address is One Market, Spear Tower, Suite 2200, San Francisco, California 94105.

    On October 4, 2004, I served BURST.COM, INC.'S MOTION FOR ADDITIONAL TIME TO DEPOSE WILLIAM H. GATES, III AND CERTIFICATE OF CONFERENCE upon counsel named below as indicated:

Jonathan Treece *(via Federal Express)*
**SIDLEY AUSTIN BROWN & WOOD LLP**
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603

Executed this 4th day of October, 2004.

                                                            _____
                                                            Janine DeAndre