# EXHIBIT A

1         IN THE UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF MARYLAND

3  _____

4  IN RE MICROSOFT CORP.          )

5  ANTITRUST LITIGATION.          )

6                               )

7  this Document relates to:     )

8  Burst.com, Inc. Vs.           )

9  Microsoft Corp.,              )

10                              )

11  Civil Action No. JPM-02-cv-2952 )

12

13  _____

14    VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

15                  OF

16           AMIR MAJIDIMEHR       COPY

17  _____

18

19              9:37 A.M.

20            AUGUST 6, 2004

21       925 FOURTH AVENUE, SUITE 2900

22         SEATTLE, WASHINGTON

23

24  DIANE M. MILLS, CCR No. 2399

25

AMIR MAJIDIMEHR; August 6, 2004

1     A.     It would be Windows Media.

2     Q.     Windows Media 9?

3     A.     Yes.

4     Q.     Now, there was a Windows Media 10 release.

5     A.     I was going to say, 10 just slightly refines it,

6     but from a core format point of view, there's very little

7     difference.

8     Q.     The most recent Windows Media 10 release did not

9     include a new server release; correct?

10    A.     It did not.

11    Q.     And when do you anticipate the Windows Media 10

12    server release?

13    A.     It's not determined right now.

14    Q.     Is it underway now?

15    A.     I'm sorry?

16    Q.     Is work underway now on what will be?

17    A.     Some work.  We don't have concrete product plans

18    right now around the next server.

19    Q.     Now, the Windows Media 9 server, does it have any

20    technology that optimizes across a network on a realtime

21    basis?

22           MR. ANDERSON:  Objection.  Ambiguous, lacks

23    foundation.

24    A.     The client works with the server and provides a

25    good experience for the user watching that stream that to

AMIR MAJIDIMEHR; August 6, 2004

171

1

2                    **REPORTER'S CERTIFICATE**

3

4       I, DIANE MILLS, the undersigned Certified Court

5   Reporter and Notary Public, do hereby certify:

6       That the testimony and/or proceedings, a transcript of

7   which is attached, was given before me at the time and place

8   stated therein; that any and/or all witness(es) were by me

9   duly sworn to tell the truth; that the sworn testimony and/or

10  proceedings were by me stenographically recorded and

11  transcribed under my supervision, to the best of my ability;

12  that the foregoing transcript contains a full, true, and

13  accurate record of all the sworn testimony and/or proceedings

14  given and occurring at the time and place stated in the

15  transcript; that I am in no way related to any party to the

16  matter, nor to any counsel, nor do I have any financial

17  interest in the event of the cause.

18

19       **WITNESS MY HAND AND SEAL** this 16th day of August 2004.

20

21  DIANE MILLS, CSR# 2399

22  Notary Public in and for the State

23  Of Washington, residing in King

24  County.  Commission expires 10/10/06.

25