# EXHIBIT C

Case 1:02-cv-02952-JFM   Document 176-4   Filed 10/12/2004   Page 1 of 3

# Welcome

Welcome to the latest Microsoft® Windows® XP digital media update, Microsoft Windows Media® Player 10, the next generation media player that pioneers new ways to discover, download, play and take digital media anywhere. Building on the award-winning features of Windows Media Player 9 Series, and sporting a bold new look, this release provides consumers with a seamless way to find and download digital media, play it on a Windows XP PC and enjoy their media anywhere, on a wide range of portable devices.



This new end-to-end digital media experience is enabled by a host of new and improved player features, including:

- **Bold New Design.** Windows Media Player 10 has a significantly updated look, making it quicker and more intuitive for users to perform common digital media tasks. The player includes new ways to manage and enjoy a broader range of digital media — music, video and now recorded TV and photos.
- **Choice of Online Stores.** Introducing the first Digital Media Mall, an integrated Player destination that offers a seamless way to discover, sample and buy music and video from a myriad of leading online stores and services.
- **Enhanced Device Support.** Windows Media Player 10 supports over 75 portable devices, allowing users to take more digital music with them on a wide range and type of devices. For mass storage and next generation devices, the new Auto Sync feature in Windows Media Player 10 enables users to automatically sync their music and even video, photos and recorded TV to portable music and video devices.
- **Smart Jukebox Features.** Users can enjoy a range of features that take the hassle out of managing even the largest digital media collections, and play the media they want to hear, fast and easily.

This reviewer's guide provides a comprehensive overview of Windows Media Player 10, its new and improved features and outlines new scenarios this next generation player enables. Inside you will find the following:

- An overview of the top new and improved features and capabilities of Windows Media Player 10
- A detailed explanation of the features of Windows Media Player 10
- Scenarios outlining how the new features of Windows Media Player 10 enable users to manage diverse digital media libraries and ensure they have the content they want, wherever they go
- How Windows Media Player 10 compares with other media players.

We invite you to take time to explore and experience the features of Windows Media Player 10 first hand. Additional information can be found online at http://www.microsoft.com/windows/windowsmedia/mp10/

For additional information, please contact
Jason Wellcome, Weber Shandwick, at (425) 452 – 5400 / jwellcome@webershandwick.com or
Hillary Crowley, Weber Shandwick, at (425) 452 – 5400 / hcrowley@webershandwick.com

The information contained in this document represents the current view of Microsoft Corporation on the issues discussed as of the date of publication. Because Microsoft must respond to changing market conditions, it should not be interpreted to be a commitment on the part of Microsoft, and Microsoft cannot guarantee the accuracy of any information presented after the date of publication.

Some example content contained herein is fictitious and is not intended to represent any real people, places or things.

This reviewers guide is for informational purposes only. MICROSOFT MAKES NO WARRANTIES, EXPRESS OR IMPLIED, IN THIS SUMMARY.

© 2004 Microsoft Corporation. All rights reserved.
Microsoft, MSN, Windows, Windows Mobile, and Windows Media are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries.

The names of actual companies and products mentioned herein may be the trademarks of their respective owners.

Section 1

# Executive Summary
Windows Media Player 10 — More Music, More Choices



In just a few years, digital media has changed the way people enjoy entertainment experiences. It's more than a trend; digital media has entered the mainstream with more choices, easier ways to discover new experiences and innovative ways to enjoy music, photos and video throughout the home and on the go.

Since its introduction in January 2003, Windows Media Player 9 Series has become extremely popular for its all-in-one experience that offers outstanding audio and video quality. Since its release, users have asked Microsoft for even more ways to work with and enjoy their digital media. As they build larger digital music collections on their PCs, users need more flexibility in the way they organize media libraries, and faster and easier ways to transfer media to CD and portable devices. At the same time the rise of compelling legitimate online music and video services is creating a whole new wave of user interest in digital media, and leading to even more discovery and downloading of digital media.

Based on this user feedback, Microsoft has designed the latest Windows XP digital media update, Windows Media Player 10, to offer a complete and easy to use all-in-one solution. The new player provides attractive features for mainstream users and digital media enthusiasts alike. For mainstream users, the new design is much easier to navigate, providing a seamless, friendlier experience. Digital audio and video enthusiasts will feel right at home with common tasks close at hand and a much improved Llibrary: now, they can burn CDs, sync to portable devices, create playlists, edit track information and organize more types of digital media – including recorded TV — all from within the library view.

With the popularity of music services built on WMA and Windows Media Digital Right Management, users have asked to be able to pick and choose their content from various stores, integrate all the content they purchase into one Library and easily build playlists, burn to CD or transfer to devices, mixing and matching music from various sources. Windows Media Player 10 introduces the Digital Media Mall for online stores and services, featuring the most comprehensive selection of leading online music and video stores and services available in one place. Here, users can discover and download new music and stream a wide variety of movies and sports on demand with video services — all from within the familiar and easy-to-use Windows Media Player 10 environment.

For users looking to create their own digital media collections by ripping music from their CDs, Windows Media Player 10 provides high quality WMA ripping and now adds new high bitrate MP3 ripping as well.

One of the most improved capabilities in Windows Media Player 10 addresses the flood of new portable devices that let consumers take digital media anywhere. The new Auto Sync feature makes it effortless for users to seamlessly move music and even videos, recorded TV and photos, to next generation and mass storage class portable devices for enjoyment anywhere.

Windows Media Player 10 is the only media player to provide a complete end-to-end solution for discovering music and video from a broad range of online stores and services, managing and playing media and taking digital media anywhere on a wide range of devices. Whether enjoying music while sitting at the desktop, watching a video on the laptop at the café, streaming music or video to the home entertainment center or quickly transferring a playlist of tunes to a device on the way out the door - Windows Media Player 10 delivers more choices than ever before.