# EXHIBIT K

Case 1:02-cv-02952-JFM   Document 176-12   Filed 10/12/2004   Page 1 of 4

# BURST.COM v. MICROSOFT

## '995 CLAIM CHARTS
### Attorneys' Eyes Only

The following claim charts compare certain independent claims and the associated dependent claims of U.S. Patent No. 4,963,995 ("the '995 patent"), assigned to Burst.com, to Microsoft's Windows Media 9 Series Platform.

**Independent Claim 1 and certain of its dependent claims:**

| Claim 1 | Claim Support | Windows Media 9 Series Platform |
|---|---|---|
| An audio/video transceiver apparatus comprising: | "The typical VCR has its own tuner-receiver …" (1:19-20).<br><br>"Referring to the drawing by characters of reference, FIGs. 1 and 2 illustrate an improved audio/video recorder transmitter-editor 10 (the "VCR-ET") comprising an audio/video recording unit (AVRU) 11, a video control unit (VCU) 12, memory 13, digital control unit (DCU) 14, video line or camera input line 15, TV RF tuner 16, auxiliary digital input port 17, fiber optic input/output port 18, RF modulator 19, RGB converter with syncronizer (sic) 21, and an audio/video | The "Microsoft Windows Media Resource Kit" discusses the phases of streaming[1] media as employed by the Windows Media 9 Series Platform, which transmits and receives signals. As to "capturing," or receiving signals, the Resource Kit states, "The capture phase is where you pull audio and video from its source and onto the computer using a capture card…" And, in discussing transmit signals, the Resource Kit states, "Distribution [is d]elivering the compressed digital media over the network or onto storage media such as CD-ROM, DVD, or floppy disk." (Tricia Gill and Bill Birney, Microsoft Windows Media Resource Kit at 7-8 (Microsoft Press (2003); a true and correct copy of pertinent |

---

[1] "The IBM Dictionary of Computing" defines "stream" as "(1) To send data from one device to another." It further defines "streaming" as "(1) A condition in which a device remains in a transmit state for an abnormal length of time." Also, The IBM Dictionary defines "stream mode" as "A method of sending and receiving data in which records are defined as a stream of data without boundaries." (The IBM Dictionary of Computing, at 654 (International Business Machines Corp. 1994)). The "Microsoft Windows Media Resource Kit" defines "streaming" as "A method of delivering digital media across a network in a continuous flow. The digital media is played by client software as it is received. Typically, streaming makes is unnecessary for users to download a file before playing it." (Tricia Gill and Bill Birney, Microsoft Windows Media Resource Kit at 512 (Microsoft Press (2003); a true and correct copy of pertinent portions of this Resource Kit attached hereto as Exhibit A).).

**BURST.COM v. MICROSOFT**
**'995 CLAIM CHARTS**
Attorneys' Eyes Only

| | |
|---|---|
| recorded material over optical fibers or the high speed reception or transmission of audio/video material in a digital format." (1:50-56).<br><br>"Controller 27 handles timing and aids in the communication between the different elements of VCU 12, AVRU 11 and memory 13." (5:25-27).<br><br>"The high speed data bus is required in order to meet bandwidth requirements." (6:64-66).<br><br>"The incorporation of fiber optic port 18 in the VCR-ET provides a capability for receiving audio/video signals from or delivering audio/video signals to the fiber optic line such as a fiber optic telephone line. The fiber optic line carries digital signals in the form of light waves over great distances with a high degree of accuracy and reliability and at a high speed (e.g., about 200 megabytes/second). The VCR-ET can receive a video program at an accelerated rate via fiber optic port 18, e.g., from a variety of sources. For example – a video program may be communicated at an accelerated rate from | 9 Series is the distribution component of the Windows Media 9 Series platform. It is a streaming media server that works in conjunction with Windows Media Encoder and Windows Media Player to deliver live or on-demand audio and video content to clients over an intranet or the Internet. ... Windows Media Services can deliver ... existing content, such as a Windows media file. ..." (Exhibit A, at 51).<br><br>Additionally evidencing that Microsoft Windows Media 9 Series satisfies the output requirement for transmitting time compressed audio/video source information, at Exhibit B, page 7, under the heading of "Reducing Costs," the White Paper concludes that "because Windows Media Viewer 9 Professional delivers approximately three times the compression efficiency of MPEG-2, dramatic improvements can be made in video quality for download-and-play or for delivery via physical media such as CDs or DVDs." (Id., at 8).<br><br>Further, referring to the "create it, deliver it, play it" figure at the bottom of Exhibit B, page 5, the right hand half of the figure shows two arrows point away from the |

17

{00608936v4}

# BURST.COM v. MICROSOFT
## '995 CLAIM CHARTS
### Attorneys' Eyes Only

| | |
|---|---|
| the first VCR-ET to a second VCR-ET in less time than it would take to view the program. Thus, it is not necessary to access the optical fiber for long periods of time to transmit a long video program." (7:51-64).<br><br>"Switch 37 is provided to select connection to the fiber optic input/output port 18. An OFF or open position is provided. The selected signal is delivered to or supplied from high speed data bus 34." (8:3-6).<br><br>"VCR-ET 10 includes audio/video transmitter/receiver 22 which is typically a modem. Advantageously, the modem may be used to communicate an audio/video program over conventional phone lines in a manner similar to that described above with respect to optical fibers. The term modem is derived directly from its functionality as a modulator-demodulator which allows transfer of the audio/video signal over the standard telephone line. Modems are commonly available for computers and are currently available in the form of a single integrated circuit. As an example, Sierra Semiconductor offers a 2400 baud | "deliver it" portion of the figure and toward the "play it" portion of the figure. Specifically, these arrows point from the "Windows Media Player 9 Series" toward the "Streaming" and "Download and Play" devices, respectively. This figure and the arrangement of these arrows in this figure show that content is transmitted away from the system server to the "Streaming" or "Download and Play" device. (Exhibit B, at 5).<br><br>In discussing an implementation scenario of the Windows Media Series 9 Server, Exhibit B explains that the requested content is output faster than real-time from the Windows Media Server and received by the requesting client where it is cached, stating "[Stephanie] is especially interested in the Faststream capabilities of the Windows Media Services 9 Series in .Net Server and is eager to try out the new Windows Media 9 audio and video codecs....First, Fast Streaming means that users can have instant gratification; they click on the stream and it starts playing instantly. Second, no more customer service calls because of lengthy buffering!...[T]he "Fast Cache" feature caches enough of the streaming content to ensure that it doesn't start to re-buffer in the |

18

{00608936v4}