# EXHIBIT L

# BURST.COM *r.* MICROSOFT

## '705 CLAIM CHARTS
### Attorneys' Eyes Only

The following charts compare certain of the independent claims and certain of the corresponding dependent claims of U.S. Patent No. 5,995,705 ("the '705 Patent"), owned by Burst.com, to Microsoft's Windows Media 9 Series Platform.

| Claim 1 | Claim Support | Windows Media 9 Series Platform |
|---|---|---|
| An audio/video transceiver apparatus comprising: | "Referring to the drawing by reference characters, FIGS. 1 and 2 illustrate an improved audio/video recorder editor/transceiver 10 (VCR-ET) comprising an audio/video recording unit (AVRU) 11, a video control unit (VCU) 12, memory 13, digital control unit (DCU) 14, video line or camera input line 15, TV RF tuner 16, auxiliary digital input port 17, fiber optic input/output port 18, RF modulator 19, RGB converter with synchronizer 21, and an audio/video transmitter/receiver 22 with keypad 45, all in a common housing." (3:38-47)

"The typical VCR has its own tuner-receiver ..." (1:27). | The "Microsoft Windows Media Resource Kit" discusses the phases of streaming media employed by the Windows Media 9 Series Platform, which transmits and receives signals. As to "capturing," or receiving signals, the Resource Kit states, "The capture phase is where you pull audio and video from its source and onto the computer using a capture card..." And, in discussing transmit signals, the Resource Kit states, "Distribution [is d]elivering the compressed digital media over the network or onto storage media such as CD-ROM, DVD, or floppy disk." (Tricia Gill and Bill Birney, Microsoft Windows Media Resource Kit at 7-8 (Microsoft Press (2003); a true and correct copy of pertinent portions of this Resource Kit attached |

[1] "The IBM Dictionary of Computing" defines "stream" as "(1) To send data from one device to another." It further defines "streaming" as (1) A condition in which a device remains in a transmit state for an abnormal length of time." Also, The IBM Dictionary defines ""stream mode" as "A method of sending and receiving data in which records are defined as a stream of data without boundaries." (The IBM Dictionary of Computing, at 654 (Internationaf Business Machines Corp. 1994). The "Microsoft Windows Media Resource Kit" defines 'streaming" as "A method of delivering digital media across a network in a continuous flow. The digital media is played by client software as it is received. Typically, streaming makes is unnecessary for users to download a file before playing it." (Tricia Gill and Bill Birney, Microsoft Windows Media Resource Kit at 512 (Microsoft Press (2003); a true and correct copy of pertinent portions of this Resource Kit attached hereto as Exhibit A.).

{00608984v1}

1

# BURST.COM v. MICROSOFT

## '705 CLAIM CHARTS
### Attorneys' Eyes Only

| | |
|---|---|
| delivery to such devices as televisions and conventional VCR's. These types of devices play back the video program on a particular frequency channel on the television. Delivery to the television or VCR is via RF output line 42.<br><br>Digital output signals from VCR-ET 10 may be dispatched from high speed data bus 34 via line 43 to input leads of RGB converter 21 and audio-video transmitter/receiver 22. " (8:16-36).<br><br>"VCR-ET 10 includes audio/video transmitter/receiver 22 which is typically a built-in modem. Advantageously, the modem may be used to communicate an audio/video program over conventional phone lines in a manner similar to that described above with respect to optical fibers. The term modem is derived directly from its functionality as a modulator-demodulator which allows transfer of the audio/video signal in a digital format over the standard telephone line. Modems are commonly available for computers and are currently available in the form of a single integrated circuit. As an example, Sierra Semiconductor offers a 2400 baud single chip modem under its part number SC111006. Representative manufacturers | stream from Windows Media Encoder before sending it on to clients." (Exhibit A, at 51).<br><br>Discussing downloading files, Exhibit A states, "you follow a process of combining sets of files into single compressed files with a .zip file name extension. Then the end user only has to download one file that contains all the pieces. … The Player downloads and reads the compressed file, …" (Id., at 195).<br><br>Also discussing this transmission means, Exhibit C states, "**Selecting the distribution method.** Encode content to a file or broadcast it live, either directly from the encoder or from a Microsoft Windows Media server. Encoding to a file supports on-demand scenarios. … A live broadcast enables streaming scenarios, … … Live broadcasts can be streamed directly from the encoder, or you can stream from a Microsoft Windows Media server, using either push or pull distribution." (Exhibit C, at 2).<br><br>The proxy server delivers content to the requesting client. Focusing on the Proxy |

17