# EXHIBIT M

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORPORATION ANTITRUST LITIGATION ) ) ) ) | MDL Docket No. 1332 JFM 02-CV-2090 |
| This Document Relates to: ) ) *Burst.com, Inc. v. Microsoft Corp.* ) ) Civil action No. C-02-2930-VRW ) ) | **MICROSOFT'S FIFTH SET OF INTERROGATORIES TO BURST.COM (BURST PATENT CLAIMS)** |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and Local Rule 104, Microsoft Corporation ("Microsoft") requests that Burst.com, Inc. ("Burst") answer the following interrogatory in writing and under oath within thirty days from the service date of this interrogatory in accordance with the Instructions and Definitions set forth hereinafter.

### UNIFORM INSTRUCTIONS AND DEFINITIONS

Microsoft herein incorporates the instructions and definitions set forth in the standard interrogatories form in Appendix D to the Local Rules.

### SUPPLEMENTAL DEFINITIONS

Microsoft herein incorporates the Supplemental Definitions from its Second Set of Interrogatories to Burst.

### INTERROGATORY

1. For each accused Microsoft software product, explain your infringement allegations for each asserted claim, including how each claim element is allegedly satisfied (in

claim chart form, identifying the components, portions, features and/or aspects of each accused Microsoft software product, or its manner of use, which allegedly correspond to each element of each allegedly infringed patent claim), and whether the alleged infringement is literal or under the doctrine of equivalents.

Dated: July 16, 2004

MICROSOFT CORPORATION

By: _____
Charles W. Douglas
John W. Treece
Douglas I. Lewis
Susan V. Harris
**SIDLEY AUSTIN BROWN & WOOD**
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Of Counsel:

Philip L. Graham, Jr.
David B. Tulchin
Marc De Leeuw
**SULLIVAN & CROMWELL**
125 Broad Street
New York, NY 10004-2498
(212) 558-4000

Thomas W. Burt
Richard J. Wallis
Steven J. Aeschbacher
**MICROSOFT CORPORATION**
One Microsoft Way
Redmond, Washington 98052
(425) 936-8080

Michael F. Brockmeyer
**PIPER RUDNICK LLP**
6225 Smith Avenue
Baltimore, Maryland 21209-3600
Telephone: (410) 580-4115

Karen A. Popp (D.Md. No. 26145)
**SIDLEY AUSTIN BROWN & WOOD LLP**
1501 K Street, N.W.
Washington, DC 20005

## CERTIFICATE OF SERVICE

I, Douglas I. Lewis, certify that I served MICROSOFT'S FIFTH SET OF INTERROGATORIES TO BURST.COM (BURST PATENT CLAIMS) by facsimile upon counsel named below:

Spencer Hosie
Bruce J. Wecker
George F. Bishop
HOSIE, FROST, LARGE & McARTHUR
One Market, Spear Street Tower, 22nd Floor
San Francisco, CA 94105

Robert Yorio
CARR & FERRELL, LLP
2225 East Bayshore Road, Suite 200
Palo Alto, CA 94303

Dated: July 16, 2004

_Douglas I. Lewis_
Douglas I. Lewis