IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Burst.com, Inc. v. Microsoft Corp.,*<br>Civil Action No. C-02-2952 | MDL Docket No. 1332<br>Hon. J. Frederick Motz |

## NOTICE OF SERVICE

Please take notice that on October 28, 2004, Defendant served a copy of Microsoft Corporation's Memorandum in Opposition to Burst.com, Inc.'s Motion to Compel Document Production upon the following by facsimile and Federal Express:

> Spencer Hosie
> Bruce J. Wecker
> John McArthur
> HOSIE, FROST, LARGE & McARTHUR
> One Market Spear Street Tower, 22nd Floor
> San Francisco, CA 94105

> Robert Yorio
> Mary A. Wiggins
> CARR & FERRELL, LLP
> 2200 Geng Road
> Palo Alto, CA 94303

_____
Michael F. Brockmeyer

- 2 -

Date: October 29, 2004

Of Counsel:
Philip L. Graham, Jr.
David B. Tulchin
Marc De Leeuw
SULLIVAN & CROMWELL
125 Broad Street
New York, New York 10004
Telephone:    (212) 558-4000


Thomas W. Burt
Richard J. Wallis
Steven J. Aeschbacher
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98052
Telephone: (425) 936-8080

Michael F. Brockmeyer
(Federal Bar No. 02307)
Jeffrey D. Herschman
(Federal Bar No. 00101)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209
Telephone:    (410) 580-3000

Charles W. Douglas
Richard A. Cederoth
John W. Treece
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000


*Attorneys for Microsoft Corporation*