IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION<br><br>This Document relates to:<br><br>*Burst.com, Inc.* v. *Microsoft Corp.*,<br>Civil Action No. C-02-2952 | MDL Docket No. 1332<br><br>Hon J. Frederick Motz |

**[PROPOSED] ORDER SETTING EXPERT DISCOVERY AND SUMMARY JUDGMENT BRIEFING SCHEDULE**

Pursuant to the parties' joint request, on this ____ day of _____, 2004, it is hereby ORDERED that the following schedule shall govern in the *Burst, Inc. v. Microsoft Corp.* action.

1. <u>Expert Discovery and Summary Judgment Briefing Schedule</u>. The following deadlines shall apply to expert discovery and motions for summary judgment:

| | |
|---|---|
| November 15, 2004 | Initial Expert reports due |
| February 4, 2005 | Responsive Expert reports due |
| March 4, 2005 | Rebuttal Reports due |
| April 5, 2005 | Expert Discovery Closes |
| April 15, 2005 | Dispositive Motions due |
| May 17, 2005 | Oppositions to Dispositive Motions Due |
| June 7, 2005 | Dispositive Motion Replies Due |

_____
J. Frederick Motz
U.S. District Judge, District of Maryland