IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Burst.com, Inc. v. Microsoft Corp.,*<br>Civil Action No. C-02-2952 | MDL Docket No. 1332<br>Hon. J. Frederick Motz |

## NOTICE OF SERVICE

Please take notice that on November 15, 2004, Defendant served a copy of Microsoft Corporation's Memorandum in Opposition to Burst.com, Inc.'s Renewed Motion to Compel Discovery of Microsoft E-mail Aliases upon the following counsel for the Plaintiff as follows:

By facsimile and overnight delivery to:

    Spencer Hosie
    Bruce J. Wecker
    John McArthur
    HOSIE, FROST, LARGE & McARTHUR
    One Market Spear Street Tower, 22nd Floor
    San Francisco, CA 94105
    Facsimile no.: 415-247-6001

By facsimile and U.S. Mail to:

    Robert Yorio
    Mary A. Wiggins
    CARR & FERRELL, LLP
    2200 Geng Road
    Palo Alto, CA 94303
    Facsimile no.: 650-812-3444

                              _____
                              Michael F. Brockmeyer

- 2 -

Date:  November 16, 2004

Of Counsel:
Philip L. Graham, Jr.
David B. Tulchin
Marc De Leeuw
SULLIVAN & CROMWELL
125 Broad Street
New York, New York  10004
Telephone:     (212) 558-4000


Thomas W. Burt
Richard J. Wallis
Steven J. Aeschbacher
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington  98052
Telephone: (425) 936-8080

Michael F. Brockmeyer
(Federal Bar No. 02307)
Jeffrey D. Herschman
(Federal Bar No. 00101)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland  21209
Telephone:     (410) 580-3000

Charles W. Douglas
Richard A. Cederoth
John W. Treece
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois  60603
Telephone: (312) 853-7000


*Attorneys for Microsoft Corporation*