UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORPORATION ANTITRUST LITIGATION | MDL Docket No. 1332 |
| This document relates to: | Hon. J. Frederick Motz |
| *Burst.com, Inc. v. Microsoft Corp.* | |
| Civil Action No. 1:02cv02952 | |

**STIPULATION REGARDING THE FILING OF BURST'S FIRST AMENDED AND SUPPLEMENTAL COMPLAINT.**

Microsoft hereby consents to Burst's filing of the attached First Amended and Supplemental Complaint, subject to and consistent with the Court's oral direction and ruling on October 15, 2004.

DATED:    November __, 2004

By: /s/ John W. Treece
Charles W. Douglas
John W. Treece
Richard A. Cederoth
Douglas I. Lewis
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

Of Counsel:
David B. Tulchin
Marc De Leeuw
SULLIVAN & CROMWELL
125 Broad Street

Michael F. Brockmeyer
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-4115

-2-

New York, New York 10004-2498
212.558.4000

Thomas W. Burt
Richard J. Wallis
Steven J. Aeschbacher
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98052

Karen A. Popp (D. MD. No. 26145)
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, NW
Washington, DC 20005

*Attorneys for Microsoft Corporation*

By: _____

Spencer Hosie (Ca Bar #101777)
Bruce J. Wecker (Ca Bar #078530)
HOSIE FROST LARGE & McARTHUR
One Market, Spear Tower, #2200
San Francisco, CA 94105
415.247.6000

Robert Yorio (Ca Bar #93178)
CARR & FERRELL, LLP
2200 Geng Road
Palo Alto, CA 94303
650.812.3400

*Attorneys for Plaintiff Burst.com, Inc.*

**SO ORDERED** this ____ day of November 2004

_____
J. FREDERICK MOTZ
United States District Judge