IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION | : <br> : <br> : <br> : MDL DOCKET NO. 1332 <br> : |
| This Document Relates To: | : Hon. J. Frederick Motz <br> : |
| *Burst.com, Inc. v. Microsoft Corp.,* <br> Civil Action No. C-02-2952 | : <br> : <br> : |

**CONSENT MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Pursuant to Local Rule 105(3), Microsoft Corporation ("Microsoft") requests leave to file its Opposition to Burst's Motion for Spoliation Instruction, Witness Preclusion, and Related Relief with a page count of 60 pages. The Plaintiff's Motion makes allegations regarding a series of events occurring over a number of years requiring that Microsoft's Opposition exceed this Court's usual 50 page limit. Microsoft's counsel is authorized to state that Burst.com, Inc. consents to this Motion.

Dated: December 1, 2004

Respectfully submitted,

_____
Michael F. Brockmeyer
(Fed. Bar No. 02307)
Jeffrey D. Herschman
(Fed. Bar No. 00101)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000

Charles W. Douglas
Richard A. Cederoth
John W. Treece
David M. Schiffman
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza, 10 South Dearborn
Chicago, Illinois 60603
(312) 853-7000

David B. Tulchin
Marc DeLeeuw
SULLIVAN & CROMWELL
125 Broad Street
New York, New York  10004-2498
(212)558-4000

Thomas W. Burt
Richard J. Wallis
Steven J. Aeschbacher
C. Andrew Culbert
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98502
(425) 936-8080

*Attorneys for Defendant Microsoft Corporation*

## CERTIFICATE OF SERVICE

Please take notice that on December 1, 2004 Defendant, Microsoft Corporation, served a copy of its Consent Motion For Leave To Exceed Page Limit upon the following:

>Spencer Hosie  (via Overnight Delivery)
>Bruce J. Wecker
>HOSIE, FROST, LARGE & McARTHUR
>One Market Spear Street Tower, 22nd Floor
>San Francisco, CA  94105


>Robert Yorio  (via Overnight Delivery)
>Mary A. Wiggins
>CARR & FERRELL, LLP
>2225 East Bayshore Road
>Suite 200
>Palo Alto, CA  94303

_____
Jeffrey D. Herschman