IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION | |
| This Document relates to: | MDL Docket No. 1332 |
| *Burst.com, Inc. v. Microsoft Corp.* | Hon. J. Frederick Motz |
| Civil Action No. C-02-02952 | |

**MICROSOFT CORPORATION'S MOTION TO FILE
CERTAIN MATERIAL UNDER SEAL**

Defendant Microsoft Corporation ("Microsoft") hereby moves, pursuant to Local Rule 105.11, for an order directing the filing of the following material under seal: Microsoft's Memorandum in Opposition to Burst's Motion for Spoliation Instruction, Witness Preclusion, and Related Relief, Exhibit Index and Exhibits 1-42 thereto.

Microsoft respectfully requests that this document be filed under seal because it includes information designated as "Confidential" or "Highly Confidential" pursuant to the Stipulated Revised Protective Order entered by the Court on September 5, 2000. Plaintiff's original motion was filed under seal.

Dated:  December 1, 2004                    MICROSOFT CORPORATION

                                            By: _____
Philip L. Graham, Jr.                       Michael F. Broekmeyer (Fed. Bar No. 02307)
David B. Tulchin                            Jeffrey D. Herschman (Fed. Bar No. 00101)
Marc De Leeuw                               PIPER RUDNICK LLP
SULLIVAN & CROMWELL                         6225 Smith Avenue
125 Broad Street                            Baltimore, Maryland  21209
New York, New York  10004-2498              Telephone:  (410) 580-3000
Telephone:  (212) 558-4000


Thomas W. Burt                              Charles W. Douglas
Richard J. Wallis                           Richard A. Cederoth
Steven J. Aeschbacher                       John W. Treece
MICROSOFT CORPORATION                       SIDLEY AUSTIN BROWN & WOOD
One Microsoft Way                           Bank One Plaza, 10 South Dearborn Street
Redmond, Washington  98052                  Chicago, Illinois  60603
Telephone:  (425) 936-8080                  (312) 853-7000

*Attorneys for Defendant Microsoft Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 1, 2004, I caused a copy of the foregoing Microsoft Corporation's Motion to File Certain Material Under Seal to be sent via overnight delivery to:

>Spencer Hosie
>Bruce J. Wecker
>John McArthur
>HOSIE, FROST, LARGE & McARTHUR
>One Market Spear Street Tower, 22nd Floor
>San Francisco, CA 94105

>Robert Yorio
>Mary A. Wiggins
>CARR & FERRELL, LLP
>2225 East Bayshore Road
>Suite 200
>Palo Alto, CA 94303

_____
Jeffrey D. Herschman