# NOTICE OF DOCUMENTS FILED SEPARATELY UNDER SEAL

In re: Microsoft Corp. Antitrust Litigation

MDL Docket No. 1332

This Document relates to:
*Burst.com, Inc. v. Microsoft Corporation*
Civil Action No. JFM-02-2952

FILED SEPARATELY UNDER SEAL:

1.  Microsoft's Memorandum in Opposition to Burst's Motion for Spoliation Instruction, Witness Preclusion, and Related Relief;

2.  Exhibit Index;

3.  and Exhibits 1-42 thereto.

Dated: December 1, 2004

RELATED TO DOCUMENT NO. 188