IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION<br><br>This Document relates to:<br><br>*Burst.com, Inc.* v. *Microsoft Corp.*,<br>Civil Action No. C-02-2952 | MDL Docket No. 1332<br><br>Hon J. Frederick Motz |

**COMPENDIUM OF UNPUBLISHED
AUTHORITIES AND SECONDARY SOURCES**

Charles W. Douglas
Richard A. Cederoth
John W. Treece
David M. Schiffman
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza, 10 South Dearborn
Chicago, Illinois 60603
(312) 853-7000

David B. Tulchin
Marc De Leeuw
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
(212) 558-4000

Michael F. Brockmeyer
(Fed. Bar No. 02307)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000

Thomas W. Burt
Richard J. Wallis
Steven J. Aeschbacher
C. Andrew Culbert
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98502
(425) 936-8080

*Attorneys for Defendant Microsoft Corporation*

December 1, 2004

## UNREPORTED CASES

**TAB**

*Concord Boat Corp. v. Brunswick Corp.*, 1997 U.S. Dist. Lexis 24068 ..........................A

*Lekkas v. Mitsubishi Motors Corp.*, 2002 U.S. Dist. Lexis 18390 (N.D. Ill. 2002)...............B

*Skeete v. McKinsey & Co.*, 1993 U.S. Dist. LEXIS 9099 (S.D.N.Y. 1993).......................C

*Zubulake v. UBS Warburg LLC*, 2004 U.S. Dist. LEXIS 13574 (S.D.N.Y. 2004).................D

*United States v. Microsoft Corp.*, 1998 WL 614660 (D.D.C 1998)...............................E

## SECONDARY SOURCES

*The Sedona Principles: Best Practices Guidelines & Commentary for Managing Information & Records in the Electronic Age* (Sedona Conference, Sept. 2004 Public Comment Draft), at 21, 24-25............................................................................................F

*The Sedona Principles: Best Practices & Principles for Addressing Electronic Document Production* (Sedona Conference Jan. 2004), at 3......................................................G

James W. Moore, *Moore's Federal Practice* § 37A.11[3][a], at 37 A-37 (3d ed. 2003)...........H

*Manual For Complex Litigation* (Fourth) § 11.442....................................................I

American Bar Association Civil Discovery Standards, August 1999, Standard No. 10............J