IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION<br><br>This Document relates to:<br><br>*Burst.com, Inc.* v. *Microsoft Corp.*,<br>Civil Action No. C-02-2952 | MDL Docket No. 1332<br><br>Hon J. Frederick Motz<br><br>**PUBLIC VERSION** |

**EXHIBIT INDEX TO MICROSOFT'S MEMORANDUM IN
OPPOSITION TO BURST'S MOTION FOR SPOLIATION INSTRUCTION,
WITNESS PRECLUSION, AND RELATED RELIEF**

Charles W. Douglas
Richard A. Cederoth
John W. Treece
David M. Schiffman
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza, 10 South Dearborn
Chicago, Illinois 60603
(312) 853-7000

David B. Tulchin
Marc De Leeuw
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
(212) 558-4000

Michael F. Brockmeyer (Fed. Bar No. 02307)
Jeffrey D. Herschman (Fed. Bar No. 00101)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000

Thomas W. Burt
Richard J. Wallis
Steven J. Aeschbacher
C. Andrew Culbert
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington 98502
(425) 936-8080

*Attorneys for Defendant Microsoft Corporation*

December 2, 2004

# EXHIBITS

                                                                         **Exhibit**

Declaration of Martha J. Dawson in Support of
Microsoft's Opposition to Burst's Motion For
Spoliation Instruction, Witness Preclusion, and Related Relief............................ 1

Burt Dep. (9/8/04), pp. 42, 68, 97-98.................................................................. 2

5/20/04 Hearing Transcript, pp. 4-5, 8................................................................. 3

Information Concerning Routine Re-Use of Back-up
Tapes for Services at Microsoft.......................................................................... 4

Stark Dep. (10/20/04), pp. 11-13, 18, 34-36, 38, 41, 46-49, 59, 62...................... 5

Schiefelbein Dep. (9/19/03), pp. 89-90............................................................... 6

Chart of E-mails Produced by Microsoft that Relate to
the Burst-Microsoft "Episodes" Previously Identified by Burst........................... 7

Moskowitz Dep. (10/10/03), pp. 23, 48-49......................................................... 8

Friedman Dep. (12/2/03), pp. 18-20.................................................................... 9

BUR5131721-24................................................................................................ 10

BUR5131713-20................................................................................................ 11

BUR0027225-34................................................................................................ 12

Lang 30(b)(6) Dep. (11/24/03), pp. 35-36.......................................................... 13

Walters 30(b)(6) Dep. (9/23/04), pp. 41-42, 49, 89, 91-93, 127, 212-215.......... 14

First Amended and Supplemental Complaint and Jury Demand,
¶¶ 42, 43-46, 67, 68, 71, 72................................................................................ 15

BUR0024583-84................................................................................................ 16

BUR5050709-10................................................................................................ 17

**Exhibit**

Third Supplemented Response of Burst.com, Inc. to Fourth
Set of Interrogatories Propounded by Microsoft Corp., p. 4, 11-13........................ 18

BUR0076631-32................................................................................... 19

BUR0093562-63................................................................................... 20

BUR0084829........................................................................................ 21

Lisman Dep. (1/8/04), pp. 18-22, 99......................................................... 22

BUR5004731-32................................................................................... 23

MS-CC-Bu 000009001705-9001707........................................................ 24

MS-CC-Bu 000009001444-9001447........................................................ 25

MS-CC-Bu 000009001672-9001676........................................................ 26

MS-CC-Bu 000009001650-9001655........................................................ 27

MS-CC-Bu 000009001640-9001643........................................................ 28

MS-CC-Bu 000009001608-9001610........................................................ 29

Engstrom Dep. (9/30/04), pp. 7, 121, 143-44, 146...................................... 30

Phillips Dep. (9/28/04), pp. 14-15, 18-19, 27, 100, 129............................... 31

Sommer Dep. (4/8/04), pp. 182, 186-87, 236 *(Filed Under Seal)*................ 32

Eastman Dep. (4/9/04), pp. 137-139 *(Filed Under Seal)*........................... 33

Burst.com, Inc.'s Motion to Compel Microsoft to Produce
Documents Relating to its Document Preservation Policy and Practice,
pp. 17-18 and Exhibit 34........................................................................ 34

Johnson Dep. (12/15/98), pp. 38-39, 42.................................................... 35

**Exhibit**

Burst.com, Inc.'s Renewed Motion to Compel Microsoft
to Search For and Produce Key E-Mails and Motion to Compel
Microsoft to Testify as to When, How and Why it Excluded
E-mails from Back-up Tapes, p. 9......................................................................36

Brown 30(b)(6) Dep. (9/30/03), pp. 8, 33, 48-50, 127, 173, 182............................37

Johnson Dep. (4/21/98), pp. 12-13, 36, 46.......................................................38

Brown 30(b)(6) Dep. (9/14/04), pp. 9-12, 17-18, 22-23, 33,
36-37, 44, 50, 90-95, 102-103.......................................................................39

Ochs Dep. (10/3/03), pp. 7-9, 12, 35-36, 37, 62, 73...........................................40

October 12, 2000 Letter to William Butterfield from Jessica Pers;
September 27, 2000 Letter to William Butterfield and
Daniel Furniss from Jessica Pers....................................................................41

Brown 30(b)(6) Dep. (4/21/04), p. 47..............................................................42