UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

IN RE MICROSOFT CORP.
ANTITRUST LITIGATION

This Document Relates To:

*Burst.com, Inc. v. Microsoft Corp.*,
Civil Action No. C-02-2952

MDL Docket No. 1332
Hon. J. Frederick Motz

NOTICE OF FILING OF LENGTHY EXHIBITS

Exhibits 1 through 42 which are attached to Microsoft's Memorandum in Opposition to Burst's Motion for Spoliation Instruction, Witness Preclusion, and Related Relief exist only in paper format and are longer than 15 pages. These Exhibits will be filed with the Clerk's Office in paper format. Please note that Exhibits 32 and 33 remain under seal.

I certify that within 24 hours of the filing of this Notice I will file and serve paper copies of the documents identified above.

Date:   December 2, 2004

Jeffrey D. Herschman
(Fed. Bar No. 00101)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, MD 21209-3600
410-580-3000