IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION.<br><br>This Document relates to:<br><br>*Burst.com, Inc. v.*<br>*Microsoft Corp.,*<br><br>Civil Action No JFM-02-cv-2952 | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz |

### CONSENT MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Pursuant to Local Rule 105(3), Burst, Inc. ("Burst") requests leave to file its Reply to Microsoft's Opposition to Burst's Motion for Spoliation Instruction and Related Relief with a page count of 60 pages, inclusive of Appendices. The Defendant's Motion makes allegations regarding a series of events occurring over a number of years requiring that Burst's Reply exceed this Court's usual 25-page limit. Many of those claims make assertions regarding the merits of Burst's case which cannot be left unrebutted. For the convenience of the Court, Burst provides much of the detailed discussion of the merits in an appendix that the Court only need consider should it deem necessary. Burst's counsel is authorized to state that Microsoft Corporation consents to this Motion.

DATED:  January 11, 2005    SPENCER HOSIE (Ca Bar # 101777)
BRUCE J. WECKER (Ca Bar # 078530)
JOHN BURRITT McARTHUR (Ca Bar # 159793;
   Texas Bar #13325650)
GEORGE F. BISHOP (Ca Bar # 89205)
JAMES T. McCARTT (Ca Bar # 121983)
HOSIE, FROST, LARGE & McARTHUR
One Market, Spear Street Tower, 22nd Floor
San Francisco, CA 94105
Telephone: 415-247-6000

ROBERT YORIO (Ca Bar # 93178))
CARR & FERRELL, LLP
2200 Geng Road
Palo Alto, CA 94303
Telephone: 650-812-3400

By   /s/
      Spencer Hosie
Attorneys for Plaintiff Burst.com, Inc.

2