IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*All Cases* | MDL Docket No. 1332<br>Hon. J. Frederick Motz |

### MOTION FOR LEAVE TO WITHDRAW APPEARANCE

Pursuant to Local Rule 101.2, Michael F. Brockmeyer, Jeffrey D. Herschman and Kathleen A. Ellis move for an Order permitting their withdrawal as one of the counsel of record for Defendant Microsoft Corporation. Counsel is requesting permission to withdraw because of their pending merger with another law firm. Throughout the course of these proceedings, Microsoft Corporation has been and will continue to be represented by other counsel whose appearance has been entered.

Respectfully submitted,

Dated: December 31, 2004

_____
Michael F. Brockmeyer (Fed. Bar # 02307)
Jeffrey D. Herschman (Fed. Bar # 00101)
Kathleen A. Ellis (Fed. Bar # 04204)
PIPER RUDNICK LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-3000

SO ORDERED this _____ day of _____, 200__.

J. Frederick Motz
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2004, I caused a copy of the foregoing Withdrawal of Appearance to be sent via first class mail, postage prepaid, to:

James P. Ulwick, Esquire
KRAMON & GRAHAM, P.A.
One South Street
Suite 2600
Baltimore, Maryland  21202

Eugene Crew, Esquire
TOWNSEND and TOWNSEND and CREW LLP
8th Floor
Two Embarcadero Center
San Francisco, CA  94111-3834

Ted Dane, Esquire
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA  90071

Spencer Hosie
Bruce J. Wecker
HOSIE, FROST, LARGE & McARTHUR
One Market Spear Street Tower, 22nd Floor
San Francisco, CA  94105

Robert Yorio
Mary A. Wiggins
CARR & FERRELL, LLP
2225 East Bayshore Road
Suite 200
Palo Alto, CA  94303

Stanley M. Chesley
WAITE, SCHNEIDER, BAYLESS & CHESLEY, L.P.A.
1513 Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202

Michael D. Hausfeld
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005

John W. Treece
SIDLEY AUSTIN BROWN & WOOD
Bank One Plaza, 10 South Dearborn Street
Chicago, Illinois 60603

David B. Tulchin
SULLIVAN & CROMWELL
125 Broad Street
New York, New York 10004

_____
Jeffrey D. Herschman

~BALT2:4122904.v1 |12/28/04