IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION | * |
| | * |
| This Document Relates To: | |
| | *   MDL Docket No. 1332 |
| | Hon. J. Frederick Motz |
| *Burst.com, Inc. v. Microsoft Corp.*, | * |
| | |
| Civil Action No. JFM-02-cv-2952 | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ENTRY OF APPEARANCE

Please enter the appearance of G. Stewart Webb, Jr. in the above-captioned matter as attorney for Microsoft Corporation, with the contact information on record with the Court and provided again below.

Respectfully Submitted,

*[signature]*

G. STEWART WEBB, JR.
Federal Bar No. 00828
Venable, LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
Tel: (410) 244-7400
Fax: (410) 244-7742

Attorneys for Microsoft Corporation

BA2/260365

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of January, 2005, I caused a copy of the foregoing notice to be served via overnight mail, postage prepaid on:

Robert Yorio, Esquire
Carr and Ferrell LLP
2225 E. Bayshore Road, Suite 200
Palo Alto, CA 94303

Spencer Hosie, Esquire
Hosie Frost Large and McArthur
One Market Spear Street Tower, 22nd Floor
San Francisco, CA 94105

/s/
G. Stewart Webb, Jr.

BA2/260365