

| | | |
|---|---|---|
| Two Hopkins Plaza, Suite 1800<br>Baltimore, Maryland 21201-2978 | Telephone 410-244-7400<br>Facsimile 410-244-7742 | www.venable.com |

| | | |
|---|---|---|
| G. Stewart Webb, Jr. | 410-244-7565 | gswebb@venable.com |

January 21, 2005

The Honorable J. Frederick Motz
United States District Court
   for the District of Maryland
101 West Lombard Street, Rm. 510
Baltimore, MD  21201

     Re:  ***Burst.com, Inc. v. Microsoft Corp.***
           ***Civil Action No. JFM-02-cv-2952***

Dear Judge Motz:

    I write to confirm my conversations with Chambers regarding the date for a hearing on Burst.com, Inc.'s Motion for Spoliation Instruction, Witness Preclusion, and Related Relief. The hearing on that motion is now scheduled for March 10, 2005, at 10 a.m.

    Thank you for your consideration of this matter.

                                   Very truly yours,

                                   G. Stewart Webb, Jr.

GSW/kds
BA2/260337

cc:   Robert J. Yorio, Esq.
       Spencer Hosie, Esq.
       John Treece, Esq.
       David B. Tulchin, Esq.
       Randolph S. Sergent, Esq.