IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION<br><br>This Document relates to:<br><br>*Burst.com, Inc.* v. *Microsoft Corp.*,<br>Civil Action No. JFM-02-cv-2952 | MDL Docket No. 1332<br><br>Hon J. Frederick Motz |

**MICROSOFT'S MOTION FOR LEAVE TO FILE SUR-REPLY
IN OPPOSITION TO BURST'S MOTION FOR SPOLIATION INSTRUCTION,
WITNESS PRECLUSION, AND RELATED RELIEF**

Microsoft respectfully moves for leave to file the accompanying sur-reply in opposition to Burst's spoliation motion. Burst's reply introduced a large number of new allegations and arguments that could have, and should have, been included in Burst's original motion. Burst's reply consists of a 40-page brief, an 18-page appendix (which is essentially another brief), and 96 exhibits – more than twice as many as Burst included with its original 50-page motion. In fairness, Microsoft should be permitted to respond to this new material, and accordingly seeks leave to submit the accompanying sur-reply. Microsoft has discussed this motion with Burst. Burst stated that it wishes to review the sur-reply before determining whether it has an objection to Microsoft filing the sur-reply.

Respectfully submitted,

February 25, 2005

_____
G. Stewart Webb, Jr.

Charles W. Douglas
Richard A. Cederoth
John W. Treece
David M. Schiffman
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza, 10 South Dearborn
Chicago, Illinois  60603
(312) 853-7000

David B. Tulchin
Marc De Leeuw
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
(212) 558-4000

G. Stewart Webb, Jr.
(Fed. Bar No. 00828)
VENABLE LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400

Thomas W. Burt
Richard J. Wallis
Steven J. Aeschbacher
C. Andrew Culbert
MICROSOFT CORPORATION
One Microsoft Way
Redmond, Washington  98502
(425) 936-8080

*Attorneys for Defendant Microsoft Corporation*

## CERTIFICATE OF SERVICE

G. Stewart Webb, an attorney, hereby certifies that on February 25, 2005, he caused a true and correct copy of the following documents to be served on counsel for the plaintiff: (1) Microsoft's Motion For Leave To File Sur-Reply In Opposition To Burst's Motion For Spoliation Instruction, Witness Preclusion, and Related Relief; (2) Microsoft's Sur-reply In Opposition To Burst's Motion For Spoliation Instruction, Witness Preclusion, and Related Relief to be served upon the following counsel for the Plaintiff (Filed Under Seal); (3) Exhibit Index to Microsoft's Sur-reply In Opposition To Burst's Motion For Spoliation Instruction, Witness Preclusion, and Related Relief to be served upon the following counsel for the Plaintiff (Filed Under Seal); and (4) Exhibits 43-56 (filed under seal).

> Spencer Hosie  (via Facsimile and Overnight Delivery)
> Bruce J. Wecker
> HOSIE, FROST, LARGE & McARTHUR
> One Market Spear Street Tower, 22nd Floor
> San Francisco, CA  94105
>
> Robert Yorio  (via Overnight Delivery)
> Mary A. Wiggins
> CARR & FERRELL, LLP
> 2200 Geng Road
> Palo Alto, CA  94303

_____
G. Stewart Webb