## NOTICE OF DOCUMENT FILED SEPARATELY UNDER SEAL

In re: Microsoft Corp. Antitrust Litigation

MDL Docket No. 1332

This Document relates to:
*Burst.com, Inc. v. Microsoft Corporation*
Civil Action No. JFM-02-cv-2952

FILED SEPARATELY UNDER SEAL:

Microsoft's Sur-reply in Opposition to Burst's Motion for Spoliation Instruction, Witness Preclusion, and Related Relief; Exhibit Index to Microsoft's Sur-reply in Opposition to Burst's Motion for Spoliation Instruction, Witness Preclusion, and Related Relief; and Exhibits 43 through 56

Dated: February 25, 2005

BA2/262802