IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION.<br><br>This Document relates to:<br><br>*Burst.com, Inc. v. Microsoft Corp.,*<br><br>Civil Action No JFM-02-cv-2952 | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz<br><br>**PROOF OF SERVICE** |

    I am employed in the State of California, County of San Francisco.  I am over 18 years of age and am not party to the within action.  My business address is One Market, Spear Tower, Suite 2200, San Francisco, California 94105.

    On March 4, 2005, I served BURST.COM, INC.'S RESPONSE TO MICROSOFT'S SURREPLY IN OPPOSITION TO BURST'S MOTION FOR SPOLIATION INSTRUCTION, WITNESS PRECLUSION AND RELATED RELIEF upon counsel named below as indicated:

John W. Treece *(via e-mail and Federal Express)*
**SIDLEY AUSTIN BROWN & WOOD LLP**
Bank One Plaza
10 South Dearborn Street
Chicago, IL  60603
jtreece@sidley.com

David B. Tulchin *(via e-mail and Federal Express)*
**SULLIVAN & CROMWELL**
125 Broad Street
New York, NY 10004
deleeuwm@sullcrom.com

    Executed on March 4, 2005.

                                                                                      /s/
                                                                   Jerry Shaw