IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP.<br>ANTITRUST LITIGATION.<br><br>This Document relates to:<br><br>*Burst.com, Inc. v.*<br>*Microsoft Corp.,*<br><br>Civil Action No JFM-02-cv-2952 | MDL Docket No. 1332<br><br>Hon. J. Frederick Motz |

**BURST.COM, INC.'S NON-OPPOSITION TO MICROSOFT'S MOTION TO FILE A SURREPLY AND REQUEST TO FILE A RESPONSE**

Burst does not oppose Microsoft's Motion for Leave to File a Surreply. Given that the issues are complex and many assertions in the surreply are contrary to the record even taken in the light most favorable to Microsoft, Burst believes that a short response with supporting record exhibits would be helpful. Therefore, Burst requests leave to submit the attached response.

DATED: March 4, 2005  

SPENCER HOSIE (Ca Bar # 101777)  
BRUCE J. WECKER (Ca Bar # 078530)  
JOHN BURRITT McARTHUR (Ca Bar # 159793; Texas Bar #13325650)  
GEORGE F. BISHOP (Ca Bar # 89205)  
JAMES T. McCARTT (Ca Bar # 121983)  
GEORGE FROST (Ca Bar #178528)  
HOSIE, FROST, LARGE & McARTHUR  
One Market, Spear Street Tower, 22nd Floor  
San Francisco, CA 94105  
Telephone: 415-247-6000  

ROBERT YORIO (Ca Bar # 93178)  
COLBY SPRINGER (Ca Bar # 214868)  
CARR & FERRELL, LLP  
2200 Geng Road  
Palo Alto, CA 94303  
Telephone: 650-812-3400  

By: _____/s/_____  
    Spencer Hosie  
Attorneys for Plaintiff Burst.com, Inc.

## PROOF OF SERVICE

I am employed in the State of California, County of San Francisco.  I am over 18 years of age and am not party to the within action.  My business address is One Market, Spear Tower, Suite 2200, San Francisco, California 94105.

On March 4, 2005, I served **BURST.COM, INC.'S NON-OPPOSITION TO MICROSOFT'S MOTION TO FILE A SURREPLY AND REQUEST TO FILE A RESPONSE** upon counsel named below as indicated:

John W. Treece *(via e-mail and Federal Express)*
**SIDLEY AUSTIN BROWN & WOOD LLP**
Bank One Plaza
10 South Dearborn Street
Chicago, IL  60603
jtreece@sidley.com

David B. Tulchin *(via e-mail and Federal Express)*
**SULLIVAN & CROMWELL**
125 Broad Street
New York, NY 10004
deleeuwm@sullcrom.com

Executed this 4[h] day of March, 2005.

　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　Jerry Shaw