IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE MICROSOFT CORP. ANTITRUST LITIGATION. | MDL Docket No. 1332 |
| | Hon. J. Frederick Motz |
| This Document relates to: | |
| *Burst.com, Inc. v. Microsoft Corp.*, | |
| Civil Action No JFM-02-cv-2952 | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Federal Rules of Civil Procedure and the Settlement Agreement dated April 4, 2005 entered between plaintiff Burst.com, Inc. ("Burst") and defendant Microsoft Corporation ("Microsoft"), the parties hereto, by their undersigned counsel, stipulate to the dismissal with prejudice of the above-captioned case.

Burst and Microsoft will each bear its own costs and expenses in connection with the above-captioned case.

SO ORDERED this ___ day of _____, 2005.

_____
Hon. J. Frederick Motz
United States District Judge

Agreed to by:

*[signature: Spencer Hosie]*   *[signature: Richard A. Cederoth]*

Spencer Hosie (Ca Bar # 101777)
Bruce J. Wecker
John Burritt McArthur
George F. Bishop
James T. McCartt
George Frost
HOSIE, FROST, LARGE & McARTHUR
One Market, Spear Street Tower, 22nd Floor
San Francisco, CA 94105
415.247.6000

Robert Yorio
Colby Springer
CARR & FERRELL, LLP
2200 Geng Road
Palo Alto, CA 94303
650.812.3400

*Attorneys for Plaintiff Burst.com, Inc.*

G. Stewart Webb, Jr.
(Fed. Bar No. 00828)
VENABLE LLP
Two Hopkins Plaza, Suite 1800
Baltimore, MD 21201
410.244.7400

Charles W. Douglas
Richard A. Cederoth
John W. Treece
David M. Schiffman
SIDLEY AUSTIN BROWN & WOOD
Bank One Plaza, 10 South Dearborn
Chicago, IL 60603
312.853.7000

David B. Tulchin
Marc De Leeuw
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
212.558.4000

Thomas W. Burt
Richard J. Wallis
Steven J. Aeschbacher
C. Andrew Culbert
MICROSOFT CORPORATION
One Microsoft Way
Redmond, WA 98502
425.936.8080

*Attorneys for Defendant Microsoft Corporation*